| | |
|---|---|
| 1 | REBEKAH KAUFMAN (CA SBN 213222) |
| | RKaufman@mofo.com |
| 2 | ROBERT TRAVIS PETRAGLIA (CA SBN 264849) |
| | RPetraglia@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendant |
| | YAHOO! INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC HOLLAND and CODY BAKER, on behalf of themselves and all others similarly situated, | Case No. CV 13-4980 HRL |
| Plaintiff, | **YAHOO! INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| YAHOO! INC., | Complaint filed: October 25, 2013 |
| Defendant. | Magistrate Judge Howard R. Lloyd |

YAHOO! INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS & CORP. DISCLOSURE
CV 13-4980 HRL
sf-3348496

# YAHOO! INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Yahoo! Inc. has no parent corporation and that no publicly traded corporation owns ten percent or more of Yahoo! Inc.'s stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report as required by Rule 3-16.

Dated: November 11, 2013

REBEKAH KAUFMAN
ROBERT TRAVIS PETRAGLIA
MORRISON & FOERSTER LLP

By: /s/ Rebekah Kaufman
REBEKAH KAUFMAN

Attorneys for Defendant
YAHOO! INC.