Daniel C. Girard (SBN 114826)
dcg@girardgibbs.com
Matthew B. George (SBN 239322)
mbg@girardgibbs.com
Heidi H. Kalscheur (SBN 287993)
hhk@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs Eric Holland and Cody Baker*

Laurence D. King (SBN 206423)
lking@kaplanfox.com
Linda M. Fong (SBN 124232)
lfong@kaplanfox.com
Mario M. Choi (SBN 243409)
mchoi@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

*Attorneys for Plaintiff Brian Pincus*

*[Additional Counsel Continued After Caption Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ERIC HOLLAND and CODY BAKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br><br>YAHOO! INC.,<br><br>Defendant. | Case No. 5:13-cv-04980-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS** |

| | |
|---|---|
| HALIMA NOBLES, on behalf of Herself and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>YAHOO! Inc., a Delaware Corporation, and DOES 1-10, inclusive<br><br>    Defendants. | Case No.: 5:13-cv-04989-LHK |
| BRIAN PINCUS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>YAHOO! INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 5:13-cv-05326-LHK |
| REBECCA ABRAMS, Individually and on Behalf of Those Similarly Situated,<br><br>    Plaintiff,<br>vs.<br><br>YAHOO! INC., a California Corporation,<br><br>    Defendant. | Case No.: 5:13-cv-05388-LHK |

David A. Straite (admitted *pro hac vice*)
dstraite@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Attorneys for Plaintiff Brian Pincus*

---

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS
CASE NO.: 5:13-CV-04980-LHK

sf-3375014

| | |
|---|---|
| 1 | Reginald Terrell, Esq. (SBN 127874) |
| | reggiet2@aol.com |
| 2 | **THE TERRELL LAW GROUP** |
| | Post Office Box13315, PMB #148 |
| 3 | Oakland, California 94661 |
| 4 | Telephone: (510) 237-9700 |
| | Facsimile: (510) 237-4616 |
| 5 | |
| | Sydney J. Hall, Esq. (SBN 158151) |
| 6 | sydneyhalllawoffice@yahoo.com |
| 7 | **LAW OFFICES OF SYDNEY JAY HALL** |
| | 1308 Bayshore Highway, #220 |
| 8 | Burlingame, California 94010 |
| | Telephone: (650) 342-1830 |
| 9 | Facsimile: (650) 342-6344 |
| 10 | |
| | *Attorneys for Plaintiff Halima Nobles* |
| 11 | |
| | Lionel Z. Glancy (SBN 134180) |
| 12 | lglancy@glancylaw.com |
| | Michael Goldberg (SBN 188669) |
| 13 | mmgoldberg@glancylaw.com |
| 14 | **GLANCY BINKOW & GOLDBERG LLP** |
| | 1925 Century Park East, Suite 2100 |
| 15 | Los Angeles, California 90067 |
| | Telephone: (310) 201-9150 |
| 16 | Facsimile: (310) 201-9160 |
| 17 | Jeremy A. Lieberman (admitted *pro hac vice*) |
| | jalieberman@pomlaw.com |
| 18 | Lesley F. Portnoy (admitted *pro hac vice*) |
| | lfportnoy@pomlaw.com |
| 19 | **POMERANTZ LLP** |
| | 600 Third Avenue, 20th Floor |
| 20 | New York, New York 10016 |
| | Telephone: (212) 661-1100 |
| 21 | |
| | *Attorneys for Plaintiff Rebecca Abrams* |
| 22 | |
| 23 | Rebekah Kaufman (SBN 213222) |
| | RKaufman@mofo.com |
| 24 | Robert Petraglia (SBN 264849) |
| | RPetraglia@mofo.com |
| 25 | **MORRISON & FOERSTER LLP** |
| | 425 Market Street |
| 26 | San Francisco, California 94105 |
| | Telephone: (415) 268-7000 |
| 27 | Facsimile: (415) 268-7522 |
| 28 | *Attorneys for Defendant YAHOO! INC.* |

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs Eric Holland, Cody Baker, Halima Nobles, Brian Pincus, and Rebecca Abrams, and Defendant Yahoo! Inc. ("Yahoo") respectfully request that the Court consolidate the above-captioned actions ("the Related Actions") to efficiently manage and streamline the litigation.  The parties stipulate as follows:

## I. FACTUAL AND PROCEDURAL BACKGROUND

### A. The Court Related Six Proposed Class Actions Against Yahoo.

1. Beginning October 2, 2013, six proposed class actions have been filed in the Northern District of California against Defendant Yahoo generally alleging that Yahoo engages in a practice of scanning and analyzing email in purported violation of consumers' privacy rights.  In each case the Plaintiffs propose to represent identical or substantially overlapping classes of non-Yahoo! Mail subscribers and all Plaintiffs assert claims under California's Invasion of Privacy Act (the "California Wiretap Act" or "CIPA").  Four of the six actions also assert federal claims under Title I of the Electronic Communications Privacy Act (the federal "Wiretap Act"), 28 USC § 2510 *et seq*.  Yahoo denies the allegations in Plaintiffs' complaints.  The six actions filed to date include:

| Case Name | Case No. | Date Filed |
| --- | --- | --- |
| *Kevranian, et al., v. Yahoo! Inc.* | 5:13-cv-04547-LHK | 10/02/13 |
| *Zelaya, et al., v. Yahoo! Inc.* | 5:13-cv-04619-LHK | 10/04/13 |
| *Holland, et al., v. Yahoo! Inc.* | 5:13-cv-04980-LHK | 10/25/13 |
| *Nobles, et al., v. Yahoo! Inc.* | 5:13-cv-04989-LHK | 10/25/13 |
| *Pincus v. Yahoo! Inc.* | 5:13-cv-05326-LHK | 11/15/13 |
| *Abrams v. Yahoo! Inc.* | 5:13-cv-05388-LHK | 11/20/13 |

2. On October 30, 2013, Yahoo filed an administrative motion to relate the first three filed cases pursuant to Civil Local Rule 3-12(a).  Plaintiffs Holland and Baker filed a statement in support of relating the cases on November 1, 2013.  Plaintiffs Pincus and Abrams subsequently filed administrative motions to relate their cases once their complaints were filed.  No oppositions were filed in response to the parties' motions to relate the cases.

3. On December 18, 2013, the Court granted the parties' Administrative Motions to Consider Whether the Cases Should be Related. In its Order, the Court found that the cases "involve the same defendant, *Yahoo!*, and involve substantially the same basic allegations." *Kevranian et al. v. Yahoo!, Inc.*, Order Relating Cases, at 2, Case No. 5:13-cv-04547 (*Kevranian* Dkt. 27). The Court agreed that there "will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." *Id*. The Court related all six of the pending actions against Yahoo to the first filed *Kevranian* Action.

**B.     The Parties Have Agreed To Consolidate The Related Actions.**

1. Plaintiffs Kevranian, Zapata, Zelaya and Campos filed a Joint Motion to Appoint Cotchett, Pitre & McCarthy, LLP, and Kirtland & Packard LLP as Interim Lead Class Counsel on November 5, 2013 ("*Kevranian* Motion"). On January 2, 2013, Plaintiffs Holland and Baker filed a Motion to Consolidate the Related Cases and to Appoint Girard Gibbs LLP as Interim Lead Counsel ("*Holland* Motion"). On January 2, 2013, Plaintiff Pincus also filed a Motion to Consolidate the Related Actions and to Appoint Kaplan Fox & Kilsheimer LLP as Interim Lead Counsel ("*Pincus* Motion"). The *Kevranian*, *Holland*, and *Pincus* Motions were all set for hearing on March 27, 2014 at 1:30 p.m.

2. On January 8, 2014, the *Kevranian* and *Zelaya* Plaintiffs filed stipulations to dismiss their actions, which were granted by the Court on January 9, 2014. Accordingly, the *Kevranian* Motion is moot.

3. Counsel for Plaintiffs in the four remaining actions and Yahoo have met and conferred and agree that this District Court should exercise its "broad discretion" to consolidate these Related Cases that involve "a common question of law or fact." Fed. R. Civ. P. 42(a); *Investors Research Co. v. U.S. District Court for the Central District of California*, 877 F.2d 777, 777 (9th Cir. 1989). As the Court recognized, the Related Cases "arise from Yahoo!'s alleged use of Plaintiffs' and class members' private and confidential email communications," and "Plaintiffs in each case allege that Yahoo!'s interception, storage, reading and scanning of email violates Plaintiffs' and other consumers' rights of privacy." *Kevranian et al. v. Yahoo!, Inc.*, Order Relating Cases, at 2, Case No. 5:13-cv-04547 (Dkt. 27). Moreover, each case "will require the Court to determine the same or similar questions of law and fact," and raise similar procedural issues because "all of the Plaintiffs filed their cases as proposed class

actions under Federal Rule of Civil Procedural 23 on behalf of identical or substantially overlapping classes." *Id.* The Court also found that there would "be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." *Id.* (quoting Civil Local Rule 3-12(a)). While the parties agree that relating the cases is an important first step, consolidating the cases will further streamline the litigation and make it more efficient. Moreover, consolidation will not cause any inconvenience, delay or extra expenses. Instead, it will make litigating the case more convenient for the plaintiffs, Yahoo, and the Court and minimize delay and costs.

4. Should the Court consolidate the Related Actions, Plaintiffs have agreed to file a consolidated complaint 28 days after consolidation and the parties have negotiated a briefing schedule on Yahoo's anticipated motion to dismiss.

## II. STIPULATION

### A. The Related Cases Are Consolidated.

ACCORDINGLY, IT IS HEREBY AGREED, by and between the attorneys of record for the undersigned parties, that:

1. Pursuant to Federal Rule of Civil Procedure 42, the Court finds that the four related cases (*Holland, et al., v. Yahoo! Inc.,* Case No. 13-CV-4980-LHK, *Nobles v. Yahoo! Inc.*, Case No. 13-CV-4989-LHK, *Pincus v. Yahoo! Inc.*, Case No. 13-CV-5326-LHK, and *Abrams v. Yahoo! Inc.*, Case No. 13-CV-05338-LHK), involve substantially similar issues of law and fact and that consolidation will save time and effort. The cases are therefore consolidated.

2. Each document filed by a party to this litigation shall bear the following caption and assigned the case number of the above-captioned *Holland* action, and all filings must only be made in the consolidated case:

| In re Yahoo Mail Litigation | No. 5:13-CV-10-4980 LHK |
|---|---|

3. Any cases that are filed in, removed to, or transferred to this Court that involve the same or substantially similar issues of law and fact shall be consolidated with this consolidated case unless an objection is filed within 14 days of notice to counsel for the plaintiff(s) in the newly-filed action, and the objection is sustained.

**B.     Plaintiffs Shall File a Consolidated Complaint.**

1.     Within 28 days of entry of this Order, Plaintiffs shall file an amended consolidated pleading. Yahoo shall respond to the consolidated complaint within 28 days. If Yahoo moves to dismiss, Plaintiffs shall have 28 days to respond and Yahoo shall have 14 days thereafter to file a reply. Yahoo shall have no obligation to respond to any complaint previously filed in the consolidated cases and any dates and deadlines previously set by the Court in those matters are VACATED. As a result of these agreements and this stipulation, the parties' related motions for consolidation have been withdrawn and the March 27, 2014 hearing on the motions is VACATED.

Dated: January 21, 2014          **GIRARD GIBBS LLP**

                                 By:   Daniel C. Girard
                                       Daniel C. Girard
                                       Matthew B. George
                                       Heidi H. Kalscheur

                                 *Attorneys for Plaintiffs Holland and Baker*

Dated: January 21, 2014          **KAPLAN FOX & KILSHEIMER LLP**

                                 By:   Laurence D. King
                                       Laurence D. King
                                       Linda M. Fong
                                       Mario M. Choi
                                       David A. Straite

                                 *Attorneys for Plaintiff Pincus*

Dated: January 21, 2014          **THE TERRELL LAW GROUP**
                                 **LAW OFFICES OF SYDNEY JAY HALL**

                                 By:   Reginald Von Terrell
                                       Reginald Von Terrell
                                       Sydney J. Hall

                                 *Attorneys for Plaintiff Nobles*

1 | Dated: January 21, 2014 **POMERANTZ LLP**

By: <u>Jeremy A. Lieberman</u>
Jeremy A. Lieberman
Lesley F. Portnoy

*Attorneys for Plaintiff Abrams*

Dated: January 21, 2014 **MORRISON & FOERSTER LLP**

By: <u>Rebekah Kaufman</u>
Rebekah Kaufman
Robert T. Petraglia

*Attorneys for Defendant Yahoo! Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 1/22/2014

*[signature: Lucy H. Koh]*
United States District Judge Lucy H. Koh

**ATTESTATION**

I, Matthew B. George, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

Dated:  January 22, 2014                    By:    Matthew B. George
                                                                    Matthew B. George