1 | Daniel C. Girard (SBN 114826)
2 | dcg@girardgibbs.com
  | Matthew B. George (SBN 239322)
3 | mbg@girardgibbs.com
  | Heidi H. Kalscheur (SBN 287993)
4 | hhk@girardgibbs.com
5 | **GIRARD GIBBS LLP**
  | 601 California Street, 14th Floor
6 | San Francisco, California 94104
  | Telephone:  (415) 981-4800
7 | Facsimile:   (415) 981-4846
8 |
  | *Attorneys for Plaintiffs Eric Holland and Cody Baker*
9 |
  | Laurence D. King (SBN 206423)
10| lking@kaplanfox.com
  | Linda M. Fong (SBN 124232)
11| lfong@kaplanfox.com
  | Mario M. Choi (SBN 243409)
12| mchoi@kaplanfox.com
13| **KAPLAN FOX & KILSHEIMER LLP**
  | 350 Sansome Street, Suite 400
14| San Francisco, California 94104
  | Telephone:  (415) 772-4700
15| Facsimile:   (415) 772-4707
16|
  | *Attorneys for Plaintiff Brian Pincus*
17|
  | *[Additional Counsel Continued After Caption Page]*
18|

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| ERIC HOLLAND and CODY BAKER, on behalf of themselves and all others similarly situated, | Case No. 5:13-cv-04980-LHK |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER APPOINTING GIRARD GIBBS LLP AND KAPLAN FOX & KILSHEIMER LLP AS INTERIM CLASS COUNSEL** |
| vs. | |
| YAHOO! INC., | |
| Defendant. | |

---

STIPULATION AND [PROPOSED] ORDER APPOINTING GIRARD GIBBS LLP AND
KAPLAN FOX & KILSHEIMER LLP AS CO-LEAD LEAD INTERIM CLASS COUNSEL
CASE NO.: 5:13-CV-04980-LHK

| | |
|---|---|
| HALIMA NOBLES, on behalf of Herself and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>YAHOO! Inc., a Delaware Corporation, and DOES 1-10, inclusive<br><br>    Defendants. | Case No.: 5:13-cv-04989-LHK |
| BRIAN PINCUS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>YAHOO! INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 5:13-cv-05326-LHK |
| REBECCA ABRAMS, Individually and on Behalf of Those Similarly Situated,<br><br>    Plaintiff,<br>vs.<br><br>YAHOO! INC., a California Corporation,<br><br>    Defendant. | Case No.: 5:13-cv-05388-LHK |

David A. Straite (admitted *pro hac vice*)
dstraite@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone:  (212) 687-1980
Facsimile:   (212) 687-7714

*Attorneys for Plaintiff Brian Pincus*

---

STIPULATION AND [PROPOSED] ORDER APPOINTING GIRARD GIBBS LLP AND
KAPLAN FOX & KILSHEIMER LLP AS CO-LEAD LEAD INTERIM CLASS COUNSEL
CASE NO.: 5:13-CV-04980-LHK

Reginald Terrell, Esq. (SBN 127874)
reggiet2@aol.com
**THE TERRELL LAW GROUP**
Post Office Box13315, PMB #148
Oakland, California 94661
Telephone:  (510) 237-9700
Facsimile:  (510) 237-4616

Sydney J. Hall, Esq.  (SBN 158151)
sydneyhalllawoffice@yahoo.com
**LAW OFFICES OF SYDNEY JAY HALL**
1308 Bayshore Highway, #220
Burlingame, California 94010
Telephone:  (650) 342-1830
Facsimile:   (650) 342-6344

*Attorneys for Plaintiff Halima Nobles*

Lionel Z. Glancy (SBN 134180)
lglancy@glancylaw.com
Michael Goldberg (SBN 188669)
mmgoldberg@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

Jeremy A. Lieberman (admitted *pro hac vice*)
jalieberman@pomlaw.com
Lesley F. Portnoy (admitted *pro hac vice*)
lfportnoy@pomlaw.com
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100

*Attorneys for Plaintiff Rebecca Abrams*

---

STIPULATION AND [PROPOSED] ORDER APPOINTING GIRARD GIBBS LLP AND
KAPLAN FOX & KILSHEIMER LLP AS CO-LEAD LEAD INTERIM CLASS COUNSEL
CASE NO.: 5:13-CV-04980-LHK

Pursuant to Federal Civil Rule 23(g), Plaintiffs Eric Holland, Cody Baker, Halima Nobles, Brian Pincus, and Rebecca Abrams in the above-captioned actions ("the Related Actions") respectfully request that the Court appoint Girard Gibbs LLP and Kaplan Fox & Kilsheimer LLP as interim class counsel to prosecute the Related Actions on behalf of Plaintiffs and the proposed class members.  Defendant Yahoo! Inc. ("Yahoo") takes no position on the appointment of interim class counsel.  Plaintiffs stipulate as follows:

## I. FACTUAL AND PROCEDURAL BACKGROUND

### A. The Court Related Six Proposed Class Actions Against Yahoo Alleging Email Privacy Violations

1. Beginning October 2, 2013, six proposed class actions have been filed in the Northern District of California against Yahoo generally alleging that Yahoo's practices of scanning and analyzing of email violates consumers' privacy rights.  In each case the Plaintiffs propose to represent identical or substantially overlapping classes of non-Yahoo! Mail subscribers and all Plaintiffs assert claims under California's Invasion of Privacy Act (the "California Wiretap Act" or "CIPA").  Four of the six actions also assert federal claims under Title I of the Electronic Communications Privacy Act (the federal "Wiretap Act"), 28 USC § 2510 *et seq*.  Yahoo denies the allegations in Plaintiffs' complaints.  The six actions filed to date include:

| Case Name | Case No. | Date Filed |
|---|---|---|
| *Kevranian, et al., v. Yahoo! Inc.* | 5:13-cv-04547-LHK | 10/02/13 |
| *Zelaya, et al., v. Yahoo! Inc.* | 5:13-cv-04619-LHK | 10/04/13 |
| *Holland, et al., v. Yahoo! Inc.* | 5:13-cv-04980-LHK | 10/25/13 |
| *Nobles, et al., v. Yahoo! Inc.* | 5:13-cv-04989-LHK | 10/25/13 |
| *Pincus v. Yahoo! Inc.* | 5:13-cv-05326-LHK | 11/15/13 |
| *Abrams v. Yahoo! Inc.* | 5:13-cv-05388-LHK | 11/20/13 |

2. On October 30, 2013, Yahoo filed an administrative motion to relate the first three filed cases to the pursuant to Civil Local Rule 3-12(a).  Plaintiffs Holland and Baker filed a statement in

1

support of relating the cases on November 1, 2013. Plaintiffs Pincus and Abrams subsequently filed administrative motions to relate their cases once their complaints were filed. No oppositions were filed in response to the parties' motions to relate the cases.

3.     On December 18, 2013, the Court granted the parties' Administrative Motions to Consider Whether the Cases Should be Related. In its Order, the Court found that the cases "involve the same defendant, *Yahoo!*, and involve substantially the same basic allegations." *Kevranian et al. v. Yahoo!, Inc.*, Order Relating Cases, at 2, Case No. 5:13-cv-04547 (*Kevranian* Dkt. 27). The Court agreed that there "will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before difference Judges." *Id*. The Court related all six of the pending actions against Yahoo to the first filed *Kevranian* Action.

**B.     The Parties Have Stipulated To Consolidate The Related Actions**

1.     Plaintiffs Kevranian, Zapata, Zelaya and Campos filed a Joint Motion to Appoint Cotchett, Pitre & McCarthy, LLP, and Kirtland & Packard LLP as Interim Lead Class Counsel on November 5, 2013 ("*Kevranian* Motion"). On January 2, 2013, Plaintiffs Holland and Baker filed a Motion to Consolidate the Related Cases and to Appoint Girard Gibbs LLP as Interim Lead Counsel ("*Holland* Motion"). The *Holland* Motion was supqported by the Declaration of Matthew B. George (attached hereto as Exhibit A). Plaintiffs Holland and Baker also filed a statement in response to the *Kevranian* Motion. On January 2, 2013, Plaintiff Pincus also filed a Motion to Consolidate the Related Actions and to Appoint Kaplan Fox & Kilsheimer LLP as Interim Lead Counsel ("*Pincus* Motion"). The *Pincus* Motion was supported by the Declaration of Laurence D. King (attached hereto as Exhibit B). Plaintiff Pincus also filed a statement in response to the *Kevranian* Motion. The *Kevranian*, *Holland*, and *Pincus* Motions were all set for hearing on March 27, 2014 at 1:30 p.m.

2.     On January 8, 2014, the *Kevranian* and *Zelaya* Plaintiffs filed stipulations to dismiss their actions, which were granted by the Court on January 9, 2014. Accordingly, the *Kevranian* Motion is moot.

3.     Counsel for Plaintiffs in the four remaining actions and Yahoo have met and conferred and agree that this District Court should exercise its "broad discretion" to consolidate these Related Cases that involve "a common question of law or fact." Fed. R. Civ. P. 42(a). The parties are preparing

and filing a separate stipulation for the Court to consider whether to consolidate the Related Actions for the purposes of efficiency and to streamline the litigation.  Should the Court consolidate the Related Actions, Plaintiffs have agreed to file a consolidated complaint 28 days after consolidation and the parties have negotiated a briefing schedule on Yahoo's anticipated motion to dismiss.

**C.     Plaintiffs Request Appointment of Girard Gibbs LLP and Kaplan Fox & Kilsheimer LLPAs Co-Lead Interim Class Counsel**

1.     Plaintiffs in the Related Actions have also agreed on a proposed leadership structure of co-lead interim class counsel consisting of Girard Gibbs LLP and Kaplan Fox & Kilsheimer LLP.  Both firms have significant, relevant qualifications that support their appointment as interim lead counsel under Federal Civil Rule 23(g) and have worked successfully together in prior litigation.  *See In re Pre-Filled Propane Tank Marketing and Sales Practices Litigation*, Case No. 4:09-cv-00465-GAF (W.D. Mo.) (served as two of four lead counsel firms in antitrust and consumer fraud action that recovered over $10 million); *In re Wal-Mart Stores, Inc. Delaware Derivative Litigation*, Consolidated C.A. No. 7455-CS (appointed as two of four lead counsel firms in shareholder litigation pending against Wal-Mart regarding its alleged violations of the Foreign Corrupt Practices Act) (Del. Ch. Ct.); *In re Winstar Communications Securities Litigation*, 01-Civ. 3014 (joint representation of various institutional investors affiliated with Allianz A.G. in "opt-out" securities action).  As detailed in the Declarations of Matthew B. George and Laurence D. King filed in support of the *Holland* and *Pincus* Motions (and submitted herewith), each firm has already invested significant time and effort into investigating the claims, analyzing the technological and legal issues that will drive the litigation, coordinating efforts with plaintiffs' counsel in the other cases, and have worked with an expert who has a background in the very issues raised by this case.  Each firm has also previously litigated cases asserting privacy claims and has vast experience in litigating class action cases.  The firms also have the resources to commit to prosecuting this case on behalf of the plaintiffs and proposed class and will do so in an efficient manner. Plaintiffs have conferred with Yahoo's counsel and have been informed that Yahoo takes no position on the appointment of co-lead interim class counsel.

3

STIPULATION AND [PROPOSED] ORDER APPOINTING GIRARD GIBBS LLP AND
KAPLAN FOX & KILSHEIMER LLP AS CO-LEAD INTERIM CLASS COUNSEL
CASE NO.: 5:13-CV-04980-LHK

**II.     STIPULATION**

**A.     The Related Cases Are Consolidated**

ACCORDINGLY, IT IS HEREBY AGREED, by and between the attorneys of record for the undersigned plaintiffs, that:

1.     Pursuant to Federal Rule of Civil Procedure 23(g), the Court appoints Girard Gibbs LLP Kaplan Fox & Kilsheimer LLP as Co-Lead Interim Class Counsel for the Plaintiffs in the Related Actions and Co-Lead Interim Class Counsel shall also serve in the same capacity should the Court consolidate the Related Actions.

2.     Interim Class Counsel shall have sole authority over all matters concerning the prosecution of the case on behalf of Plaintiffs, including: (a) coordinating all proceedings, including preparing, structuring, and presenting pretrial and other case management related orders; (b) convening meetings of counsel; (c) communicating with defense counsel; (d) the initiation, response, scheduling, briefing and argument of all motions; (e) the scope, order and conduct of all discovery proceedings; (f) assigning non-duplicative work to be performed by other Plaintiffs' counsel as appropriate; (g) retaining experts; (h) appearing on behalf of Plaintiffs at all court conferences, hearings, and trial; (i) the timing and substance of any settlement negotiations and settlement; and (k) allocating any attorneys' fees awarded by the Court among the various counsel doing work on the case.

3.     As a result of this stipulation, plaintiffs' related motions for for appointment of Interim Lead Counsel have been withdrawn.  Should the Court also grant the parties' stipulation to consolidate the Related Actions the March 27, 2014 hearing on the motions for appointment of lead counsel is VACATED.

Dated: January 21, 2014                    **GIRARD GIBBS LLP**

                                            By:     Daniel C. Girard
                                                    Daniel C. Girard
                                                    Matthew B. George
                                                    Heidi H. Kalscheur

                                            *Attorneys for Plaintiffs Holland and Baker*

4

STIPULATION AND [PROPOSED] ORDER APPOINTING GIRARD GIBBS LLP AND
KAPLAN FOX & KILSHEIMER LLP AS CO-LEAD INTERIM CLASS COUNSEL
CASE NO.: 5:13-CV-04980-LHK

| | | |
|---|---|---|
| 1 | Dated: January 21, 2014 | **KAPLAN FOX & KILSHEIMER LLP** |
| 2 | | |
| 3 | | By:   Laurence D. King |
| 4 | | Laurence D. King<br>Linda M. Fong |
| 5 | | Mario M. Choi<br>David A. Straite |
| 6 | | *Attorneys for Plaintiff Pincus* |
| 7 | Dated: January 21, 2014 | **THE TERRELL LAW GROUP** |
| 8 | | **LAW OFFICES OF SYDNEY JAY HALL** |
| 9 | | |
| 10 | | By:   Reginald Von Terrell<br>Reginald Von Terrell |
| 11 | | Sydney J. Hall |
| 12 | | *Attorneys for Plaintiff Nobles* |
| 13 | Dated: January 21, 2014 | **POMERANTZ LLP** |
| 14 | | |
| 15 | | By:   Jeremy A. Lieberman<br>Jeremy A. Lieberman |
| 16 | | Lesley F. Portnoy |
| 17 | | *Attorneys for Plaintiff Abrams* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 1/22/2014

*Lucy H. Koh*
United States District Judge Lucy H. Koh

## ATTESTATION

I, Matthew B. George, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

Dated: January 21, 2014                                By:   /s/ Matthew B. George
                                                                          Matthew B. George