**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Yahoo Mail Litigation. | Case No. 5:13-CV-04980-LHK<br>**MINUTE ORDER AND CASE MANAGEMENT ORDER** |

Clerk: Martha Parker Brown  Plaintiffs' Attorneys: Daniel Girard, Laurence King
Reporter: Lee-Anne Shortridge  Defendant Attorney: Rebekah Kaufman, Mark Zwillinger
Length of hearing: 32 minutes

An initial case management conference was held on January 22, 2014, at 2:00 p.m. A further case management conference is set for May 14, 2014, at 2:00 p.m.

The Court has granted the Plaintiffs' stipulation to appoint co-lead interim counsel. Daniel Gerard and Laurence King will personally review each of their respective firm's bills every month throughout this litigation to ensure efficiency and will coordinate to avoid duplicative fees and expenses.

The deadline for the parties to file a protective order is February 5, 2014.

The Court denied Defendant's request for phased discovery.

Each side will be allowed only one motion for summary judgment or adjudication in the entire case.

The Court set the following case schedule:

PLAINTIFFS SHALL FILE A CONSOLIDATED COMPLAINT by February 12, 2014.

ANY MOTION TO DISMISS by Defendant shall be filed by: March 5, 2014

Opposition filed by: March 26, 2014

Reply filed by: April 7, 2014

1

Case No.: 5:13-CV-04980-LHK
CASE MANAGEMENT AND MINUTE ORDER

LAST DAY FOR PLAINTIFFS TO FILE CLASS CERTIFICATION MOTION or FOR DEFENDANT TO FILE SECOND MOTION TO DISMISS: September 18, 2014. Any such motion is set for hearing on December 4, 2014, at 1:30 p.m.

    Opposition filed by: October 16, 2014

    Reply filed by: November 13, 2014

FACT DISCOVERY CUTOFF is May 1, 2015.

**IT IS SO ORDERED.**

Dated: January 22, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge