# Exhibit C

| Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More |

Search Web

Sign In        Mail

**Yahoo Terms Center**

Yahoo Info Center > Yahoo Terms Center

Email this Page    Print this Page

# Yahoo Terms Center

There may be other terms of service and license terms  hat are not listed below that apply to the Yahoo property, product or service you are accessing, including without limitation co-branded services. Please refer directly to the specific Yahoo property, service or product or co-branded services for those terms.

**Yahoo Terms of Service**

Yahoo Terms of Service

**Additional Terms of Service**

| | |
|---|---|
| Yahoo Content Upload | Yahoo Publisher Network |
| Yahoo Contributor Network | Yahoo Small Business Terms of Service Center |
| Yahoo Directory Submit | |
| Yahoo Finance Premium Services | Yahoo Sports: Fantasy Football |
| Communications Terms of Service | Yahoo Sports: Fantasy Golf |
| Yahoo Local Annotations Service | Yahoo Sports: Fantasy NBA |
| Yahoo Local Listings Terms of Service for Enhanced Listings | Yahoo Connected TV Terms of Service |
| Yahoo Mail: POP Access | Yahoo Watchlist |
| Yahoo Mail: Plus | |
| Yahoo Mail: Premium | |
| Yahoo Maps | |

**Developer Terms Of Use**

| | |
|---|---|
| Yahoo Address Book Terms of Use | Yahoo Query Language Terms of Use |
| Yahoo APIs Terms of Use | |
| Yahoo Application Platform Terms of Use | Yahoo Search BOSS Services Terms of Use |
| Yahoo Direct Authentication API Terms of Use | Yahoo Connected TV Developer Terms of Use |
| Yahoo Maps API Terms of Use | |
| Yahoo Messenger IM SDK Developer Terms of Use | |

**End User License Agreements**

| | |
|---|---|
| Inquisitor End-User License Agreement | Yahoo OpenID Buttons Terms of Use |
| | Yahoo Toolbar |

**Advertiser Terms**

| | |
|---|---|
| Enterprise Web Services Commercial License Program Terms | Payment Plans Program Terms |
| Master Terms and Conditions & Program Terms | |

**Mobile Services And Applications Terms Of Use**

| | |
|---|---|
| Flickr iPhone App Terms and Conditions | Yahoo Mobile Widget Terms of Service |
| Flickr Mobile App Terms of Use | |
| Yahoo Messenger for the iPhone Terms Of Service | Yahoo SMS Terms of Service |

**Games User Purchase ATOS**

Yahoo Games User Purchase Terms of Service