# Exhibit E



Home    Mail    News    Sports    Finance    Weather    Games    Groups    Answers    Screen    Flickr    Mobile

Search Web                    Sign In

**Home**        **Products**        **Topics**        **Privacy Tools**        **Help**

## PRODUCTS

Learn more about our privacy practices for a wide range of Yahoo products and services.

✉ Email          🖨 Print

**A**

Yahoo Alerts
Yahoo Answers
AT&T Yahoo Service Users
Yahoo Autos

**B**

Yahoo Bookmarks

**C**

Yahoo Calendar
Yahoo Celebrity
Yahoo Connected TV
Yahoo Contacts (Address Book)

**D**

Yahoo Developer Network
Yahoo Directory
Yahoo Domains

**E**

Yahoo Education

**F**

Yahoo Family Accounts
Yahoo Finance
Flickr
Frontier Yahoo Broadband

**G**

Yahoo Games
Yahoo Groups

**H**

Yahoo Health
Yahoo Help
Yahoo Homepage
Yahoo Homes

**L**

Yahoo Local

**M**

Yahoo Mail
Yahoo Maps
Yahoo Merchant Solutions
Yahoo Messenger for Mac
Yahoo Messenger for PC
Yahoo Messenger for Web
Yahoo Mobile
Yahoo Movies
Yahoo Music
My Yahoo

**N**

Yahoo News
Yahoo Notepad

**P**

Yahoo Pipes
Yahoo Profile
Yahoo Promotions

**R**

Yahoo Research
Rivals

**S**

Yahoo Screen
Yahoo Search
Yahoo Search Protection
Yahoo Shine
Yahoo Shopping
Yahoo Small Business
Yahoo Sports

**T**

Yahoo Toolbar
Yahoo Travel
Yahoo TV

**V**

Verizon Yahoo Broadband

**W**

Yahoo Wallet
Yahoo Weather

Privacy | Legal