# Exhibit F

Home      Mail     News     Sports     Finance     Weather     Games     Groups     Answers     Screen     Flickr     Mobile   | More

Search Web                              Sign In          Mail

Home              Products              Topics              Privacy Tools              Help

Yahoo Mail

Yahoo Privacy Pol cy > Yahoo Privacy Policy > Yahoo Mail

Email      Print

## Yahoo Mail

--------------------------------------------------------------------------------

Yahoo Mail is a free web-based email service. In order to use Yahoo Mail, you must be a registered Yahoo user. You may also purchase premium services such as Mail Plus for a fee. This Privacy Policy applies to the newest version of Yahoo Mail. To see the Privacy Policy for previous versions of Yahoo Mail, please click here.

### Information Collection and Use Practices

- Premium services, such as Mail Plus, are available for a fee.

- When you sign up for premium services, you will be asked to enter your credit card information. Yahoo takes your security seriously and takes reasonable steps to protect your information. We use industry-standard SSL (Secure Socket Layer) to encrypt the transmission of your credit card and other information used when ordering premium services.

- Billing

  - To view, edit or cancel Yahoo premium services you have ordered, please visit Yahoo Premium Services Account Information. It includes information about services you currently subscribe to, payment scheduling and payment history.

### Personally Relevant Experiences

- Yahoo provides personally relevant product features, content, and advertising, and spam and malware detection by scanning and analyzing Mail, Messenger, and other communications content. Some of these features and advertising will be based on our understanding of the content and meaning of your communications. For instance, we scan and analyze email messages to identify key elements of meaning and then categorize this information for immediate and future use.

  - Please read our FAQ to learn more.

  - This information may also be used for interest-based advertising. To learn more, you can visit Yahoo's control tool for interest-based advertising.

- Yahoo Mail may include interactive mail features from 3rd parties as well. Your personally identifiable information is not directly shared with the 3rd party without your consent.

### Message Search and Access

- Yahoo Mail and Yahoo Messenger now share a common search platform. You may now elect to archive Yahoo instant messages along with Yahoo Mail messages and search them together (including Voice Mail, SMS, and more).

- Messages stored on Yahoo servers in this manner are accessible from any computer system or device able to access Yahoo Mail or the latest versions of Yahoo Messenger.

- Yahoo may scan and analyze instant messages you elect to archive in order to provide personally relevant product features, content, and advertising, and spam and malware detection.

### Information Sharing and Disclosure Practices

- Yahoo Mail includes IP addresses in outgoing mail message headers, as specified by standard Internet protocol.

- When users click on the Spam and Not Spam buttons, information is sent to Yahoo's anti-spam team or other spam compliance service providers for review, and aspects of these

messages may be shared with the sender to reduce spam. See our spam FAQ for more
information.

**Practices Regarding Your Ability to Update or Delete Information**

- You can modify your settings and preferences in your Yahoo Mail account by accessing
  "Account Information".

**Other**

- When you use Yahoo Mail, you are subject to the Yahoo Terms of Service.

- Please see Yahoo Mail Help if you have questions about this service.

This page describes current Yahoo practices with respect to this particular service. This
information may change as Yahoo revises this service by adding or removing features or using
different service providers. To find out how Yahoo treats your personal information, please visit
our Privacy Policy.

Copyright © 2014 Yahoo! Inc. All Rights Reserved.

Privacy | Legal