# Exhibit G

| Home | Mail | News | Sports | Finance | Weather | Games | Groups | Answers | Screen | Flickr | Mobile | More |

Search Web

Sign In    Mail

**Home**   **Products**   **Topics**   **Privacy Tools**   **Help**

**Yahoo Mail FAQ**

Yahoo Privacy Policy  >  Yahoo Privacy Policy  >  Yahoo Mail FAQ

Email    Print

## Yahoo Mail FAQ

1. **What are "relevant ads" as they relate to Yahoo Mail?**

   To make our ads more relevant and useful for you, we make educated guesses about your interests based on your activity on Yahoo's sites and services, as well as provide ads that are contextually relevant to the page they are being served with. When you use the new Yahoo Mail our automated systems scan and analyze all incoming and outgoing communications content sent and received from your account (such as Mail and Messenger content including instant messages and SMS messages) to detect, among other things, certain words and phrases (we call them "keywords") within these communications. This might result in ads being shown to you in Mail for products and services that are related to those keywords. In addi ion, these keywords may contribute to the interest categories we assign to your browser for interest-based ads that we show throughout the Yahoo Ad Network. No additional ads are shown to you, just more relevant ads.

2. **How does Yahoo Mail message analysis work?**

   While many features in the Yahoo Mail are new, the underlying technology that supports them is the same as the automated systems that already scan and analyze your inbox for spam, viruses, malware, and phishing scams. This technology looks for patterns, keywords, and files in Mail, Messenger, and other communications content. In order to bring you the newest Yahoo Mail, Yahoo's automated systems will scan and analyze all incoming and outgoing email, IM, and other communications content sent and received from your account in order to personalize your experience. This will result in both product enhancements as well as more relevant advertising in addition to a safer, less cluttered Mail experience.

3. **How are the new features in Yahoo Mail related to Yahoo Messenger?**

   We know in your connected life you frequently cross devices as well as communication mediums. With that in mind, Yahoo Mail and the new Yahoo Messenger version 11 (to find your version, go to Help -> About) work together better than ever. Yahoo Mail and Yahoo Messenger share a common search platform. This means you may now archive Yahoo instant messages along wi h your mail messages on Yahoo servers and search them together (including Voice Mail, SMS, and more) from a wide variety of devices and computing systems.

4. **Does Yahoo Mail automatically share my messages with anyone else?**

   Your messages are shared only with  he people you want. Yahoo may anonymously share specific objects from a message with a 3rd party to provide a more relevant experience within your mail. For example, Yahoo may share a package tracking number with  he shipping company so that you can easily see when your package will arrive, or may share your flight number with your airline to enable flight notifications within your inbox.

5. **Can I use Yahoo Mail and still opt-out of interest-based ads?**

   Yes. Yahoo Mail respects your choice to opt out of interest-based ads. Keep in mind, your opt-out will also apply to certain other products we offer including scanning communications content for advertising purposes, receiving interest-based content, and the receipt of data from partner sites for our analytics products. Depending on your locale, you can easily exercise this choice here, or find it via links within Yahoo Mail and footer and icon links where available throughout Yahoo.

Copyright © 2014 Yahoo! Inc. All Rights Reserved.

Privacy | Legal