1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10                 SAN JOSE DIVISION
11

12 | IN RE YAHOO MAIL LITIGATION | Case No.   5:13-CV-10-4980 LHK
13 |                              | **[PROPOSED] ORDER GRANTING DEFENDANT YAHOO! INC.'S MOTION TO DISMISS**
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   This matter came on for hearing before this Court, the Honorable Lucy H. Koh presiding, on Defendant Yahoo! Inc.'s motion to dismiss the Consolidated Class Action Complaint. All parties at the hearing were represented by counsel. The Court, having considered the papers filed in support and opposition, and the oral argument of counsel, and for good cause shown, HEREBY ORDERS THAT:

The Court hereby GRANTS Yahoo! Inc.'s motion to dismiss and dismisses plaintiffs' Consolidated Class Action Complaint with prejudice.

**IT IS SO ORDERED**

Dated:

_____
The Honorable Lucy H. Koh
United States District Judge

[Proposed] Order Granting Motion to Dismiss
5:13-CV 10-4980 LHK
sf-3390604

1