1  REBEKAH KAUFMAN (CA Bar No. 213222)
   ROBERT PETRAGLIA (CA Bar No. 264849)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, CA 94105
   Telephone: (415) 268-7000
4  Facsimile:  (415) 268-7522
   RKaufman@mofo.com
5  RPetraglia@mofo.com

6  MARC J. ZWILLINGER (*pro hac vice*)
   JACOB SOMMER (*pro hac vice*)
7  ZWILLGEN PLLC
   1705 N. Street, NW
8  Washington, D.C. 20036
   Telephone: (202) 706-5202
9  Facsimile: (202) 706-5298
   Marc@zwillgen.com
10 Jake@zwillgen.com
   *Attorneys for Defendant YAHOO! INC.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE YAHOO MAIL LITIGATION | Case No.  5:13-cv-4980 LHK |
|---|---|
| | **YAHOO! INC.'S ANSWER TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT** |

Defendant Yahoo! Inc. ("Yahoo") responds as follows to each numbered paragraph of the Consolidated Class Action Complaint filed in the above-captioned case. For clarity, Yahoo has repeated the section headings of the Complaint, but does not admit that those headings are an accurate or fair representation of Yahoo's alleged conduct.

## I. NATURE OF CLAIMS

1. Yahoo is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding whether Plaintiffs sent or received emails from users of Yahoo Mail, and on that basis denies them. Yahoo states that insofar as paragraph 1 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 1 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the remaining allegations in paragraph 1.

2. Yahoo admits the allegations in paragraph 2.

3. Yahoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and on that basis denies them.

4. Yahoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and on that basis denies them.

5. Yahoo states that insofar as paragraph 5 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 5 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies them.

6. Yahoo states that insofar as paragraph 6 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 6 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies them.

7. Yahoo states that insofar as paragraph 7 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 7 contains allegations that are neither conclusions of law nor conclusions of law

1 purporting to be allegations of fact, Yahoo admits that Plaintiffs purport to seek injunctive and
2 declaratory relief and statutory damages on behalf of themselves and a putative class. Except as
3 expressly admitted, Yahoo denies the remaining allegations in paragraph 7.

**II. JURISDICTION AND VENUE**

8. Yahoo states that insofar as paragraph 8 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 8 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies them.

9. Yahoo states that paragraph 9 states conclusions of law or conclusions of law purporting to be allegations of fact, and no response thereto is required.

10. Yahoo states that paragraph 10 states conclusions of law, and no response thereto is required.

11. Yahoo states that insofar as paragraph 11 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 11 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo admits that Yahoo is headquartered in California. Except as expressly admitted, Yahoo denies the remaining allegations in paragraph 11.

12. Yahoo states that insofar as paragraph 12 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 12 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies them.

13. Yahoo states that insofar as paragraph 13 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 13 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo admits that it is headquartered in Sunnyvale, California.

14. Yahoo states that insofar as paragraph 14 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that

paragraph 14 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies them.

## III.  THE PARTIES

15.  Yahoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15, and on that basis denies them.

16.  Yahoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16, and on that basis denies them.

17.  Yahoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17, and on that basis denies them.

18.  Yahoo is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18, and on that basis denies them.

19.  Yahoo admits the allegations in paragraph 19.

## IV.  BACKGROUND AND BASIS OF YAHOO'S LIABILITY

### A.  Yahoo Mail

20.  Yahoo states that insofar as paragraph 20 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required.  To the extent that paragraph 20 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo admits that it allows users to register and use @yahoo.com email addresses.  Yahoo admits that it also allows users with @ymail.com and @rocketmail.com email addresses to continue to use those email addresses, but denies that new Yahoo Mail users may register @ymail.com and @rocketmail.com email address.  Except as expressly admitted, Yahoo denies the remaining allegations in paragraph 20.

21.  Yahoo admits the allegations in paragraph 21.

22.  Yahoo admits that within Yahoo Mail, its users can send and receive email messages.  Yahoo also admits that some of its users send outgoing messages and receive incoming messages.  Except as expressly admitted, Yahoo denies the remaining allegations in paragraph 22.

23.  Yahoo admits that it does not charge money for its basic email service.  Yahoo

admits that some users are subject to advertising on the Yahoo Mail webpage. Yahoo admits that advertisers pay to have advertisements placed on Yahoo webpages. Yahoo is without knowledge or information sufficient to form a belief as to whether Microsoft and Google charge money for "basic email service," or which email services Plaintiffs consider their "basic email service." Except as expressly admitted, Yahoo denies the remaining allegations in paragraph 23.

### B. Yahoo Intercepts and Scans Yahoo Mail Users' Email for Content

24. Yahoo states that insofar as paragraph 24 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 24 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegations in paragraph 24.

25. Yahoo states that insofar as paragraph 25 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 25 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegations in paragraph 25.

26. Yahoo denies the allegations in paragraph 26.

27. Yahoo admits that it uses information from certain types of incoming emails to enhance Yahoo's ability to target advertising. Yahoo denies the remaining allegations in paragraph 27.

28. To the extent paragraph 28 makes allegations regarding the contents of a publicly available document, Yahoo responds that the document speaks for itself, and no response is required. Yahoo admits that under certain circumstances it may be able to charge an advertiser more for a targeted advertisement than for an untargeted advertisement. Yahoo denies the remaining allegations in paragraph 28.

29. Yahoo denies the allegation in paragraph 29.

### C. Yahoo' Disclosures to Yahoo Mail Users About Its Scanning of Email

30. Yahoo states that insofar as paragraph 30 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 30 contains allegations that are neither conclusions of law nor conclusions of law

1  purporting to be allegations of fact, Yahoo admits that the Yahoo Terms of Service, which by
2  their terms incorporate by reference the posted guidelines and rules applicable to Yahoo owned or
3  operated services, governs the relationship between Yahoo and any user.  Yahoo denies that the
4  Terms of Service is the only document that governs the relationship between Yahoo and any user.
5  Yahoo admits that the Terms of Service include a reference to the Yahoo Privacy Policy.  Except
6  as expressly admitted, Yahoo denies the remaining allegations in paragraph 30.

7        31.      Yahoo admits the allegations in paragraph 31.

8        32.      Yahoo states that insofar as paragraph 32 states conclusions of law or conclusions
9  of law purporting to be allegations of fact, no response thereto is required.  To the extent that
10  paragraph 32 contains allegations that are neither conclusions of law nor conclusions of law
11  purporting to be allegations of fact, Yahoo admits that it contends that clicking on the "Create
12  Account" button creates a contract between the new Yahoo Mail user and Yahoo.  Except as
13  expressly admitted, Yahoo denies the remaining allegations in paragraph 32.

14        **1.**      **Terms of Service**

15        33.      Yahoo states that insofar as paragraph 33 states conclusions of law or conclusions
16  of law purporting to be allegations of fact, no response thereto is required.  To the extent that
17  paragraph 33 contains allegations that are neither conclusions of law nor conclusions of law
18  purporting to be allegations of fact, Yahoo admits that the Terms of Service does not state that
19  Yahoo "scans emails for content."  Yahoo admits that a copy of the Terms of Service as of the
20  date of the Complaint was attached as Exhibit A.  Except as expressly admitted, Yahoo denies the
21  remaining allegations in paragraph 33.

22        34.      Yahoo admits that the Terms of Service provides a hyperlink to the Privacy policy
23  in a paragraph that informs users that Yahoo "collects and uses" registration data and "certain
24  other information" about the users.  Yahoo admits that this paragraph accurately quotes a
25  paragraph from the Terms of Service.  Except as expressly admitted, Yahoo denies the remaining
26  allegations in paragraph 34.

27        **2.**      **Privacy Policy**

28        35.      Yahoo states that insofar as paragraph 35 states conclusions of law or conclusions

of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 35 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo admits that the Privacy Policy does not state that Yahoo "scans emails for content." Yahoo admits that a copy of the Privacy Policy as of the date of the Complaint was attached as Exhibit B. Except as expressly admitted, Yahoo denies the remaining allegations in paragraph 35.

36. Yahoo states that insofar as paragraph 36 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 36 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo admits that this paragraph accurately quotes provisions from the Privacy Policy. Except as expressly admitted, Yahoo denies the remaining allegations in paragraph 36.

37. Yahoo admits the paragraph accurately quotes from Yahoo's Privacy Policy. Yahoo further admits that the Privacy Policy does not identify specific trusted partners by name. Except as expressly admitted, Yahoo denies the remaining allegations in paragraph 37.

### 3. Communications Terms of Service

38. Yahoo states that insofar as paragraph 38 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 38 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo admits that the Communications Terms of Service governs Yahoo Mail and Yahoo Messenger. Yahoo admits that there are links to documents located on a webpage called "Yahoo Terms Center," and that a copy of that webpage as of the date of the Complaint is attached as Exhibit C to the complaint. Except as expressly admitted, Yahoo denies the remaining allegations in paragraph 38.

39. Yahoo admits that there are eighteen documents listed under the heading "Additional Terms of Service," including one entitled "Communications Terms of Service" on the Yahoo Terms Center webpage. Yahoo admits that it is apparent that the Communications Terms of Service provide additional terms of service (or "ATOS") for Yahoo Mail. Yahoo

admits that the Communications Terms of Service do not include the terms "mail" or "email" in their title. Yahoo admits that a copy of the Communications Terms of Service as of the date of this Complaint is attached as Exhibit D to the complaint. Except as expressly admitted, Yahoo denies the remaining allegations in paragraph 39.

40. Yahoo admits that the second-to-last paragraph of the Terms of Service references additional terms and conditions that may apply to the use or purchase of other Yahoo services, affiliate services, third-party content or third-party software:

> *Entire Agreement.* The TOS constitutes the entire agreement between you and Yahoo and governs your use of the Yahoo Services, superseding any prior version of this TOS between you and Yahoo with respect to the Yahoo Services. You also may be subject to additional terms and conditions that may apply when you use or purchase certain other Yahoo services, affiliate services, third-party content or third-party software.

Except as expressly admitted, Yahoo denies the remaining allegations in paragraph 40.

41. Yahoo admits the allegations in paragraph 41.

42. Yahoo admits that it added the sentence in bold in paragraph 42 at some time during the proposed class period. Yahoo denies the remaining allegations in paragraph 42.

**4. Yahoo's Additional "Privacy Practices"**

43. Yahoo admits that in addition to the Privacy Policy, Yahoo has additional "privacy practices" for a wide range of Yahoo products and services. Yahoo admits that a copy of the webpage listing additional privacy practices as of the time of the Complaint is attached as Exhibit E. Except as expressly admitted, Yahoo denies the allegations in paragraph 43.

44. Yahoo admits that the 54 documents listed in Exhibit E are not mentioned in the Terms of Service or Privacy Policy. Except as expressly admitted, Yahoo denies the allegations in paragraph 44.

45. Yahoo admits that it is apparent on the webpage attached as Exhibit E that one of its privacy practices applies to Yahoo Mail. Yahoo admits that a copy of this privacy practice as of the time of the Complaint is attached as Exhibit F. Unless expressly admitted, Yahoo denies the allegations in paragraph 45.

1   46. Yahoo admits that it only uses the phrase "to identify key elements of meaning and then categorize this information for immediate and future use" in its Yahoo Mail Privacy document. Yahoo admits that a section of that document entitled "Personally Relevant Experiences" says, in part:

> Yahoo provides personally relevant product features, content, and advertising, and spam and malware detection by scanning and analyzing Mail, Messenger, and other communications content. Some of these features and advertising will be based on our understanding of the content and meaning of your communications. For instance, we scan and analyze email messages to identify key elements of meaning and then categorize this information for immediate and future use.

Except as explicitly admitted, Yahoo denies the allegations in paragraph 46.

47. Yahoo admits that, below the paragraph quoted in paragraph 46 is the sentence "Please read our FAQ to learn more." Yahoo admits that it only uses the phrases "looks for patterns, keywords, and files" and "specific objects from a message" in its "Yahoo Mail FAQ." Yahoo admits that a copy of the Yahoo Mail FAQ as of the filing of the Complaint is attached as Exhibit G. Except as explicitly admitted, Yahoo denies the allegations of paragraph 47.

48. Yahoo admits the allegations in paragraph 48.

49. Yahoo admits the allegations in paragraph 49.

**D.  Yahoo Does Not Obtain Actual Consent to Intercept and Scan Emails**

50. Yahoo states that insofar as paragraph 50 states conclusions of law no response thereto is required. To the extent that paragraph 50 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegations in paragraph 50.

51. Yahoo states that insofar as paragraph 51 states conclusions of law no response thereto is required. To the extent that paragraph 51 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegations in paragraph 51.

52. Yahoo states that insofar as paragraph 52 states conclusions of law no response thereto is required. To the extent that paragraph 52 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo admits that

the Communications Terms of Service says, "If you consent to this ATOS and communicate with non-Yahoo users using the Services, you are responsible for notifying those users about this feature."  Yahoo denies the remaining allegations in paragraph 52.

**V.     CLAIMS**

**COUNT ONE**
**VIOLATION OF CALIFORNIA PENAL CODE §§ 631 and 637.2 CALIFORNIA INVASION OF PRIVACY ACT ("CIPA")**

53.     Yahoo incorporates each and every response above as if fully set forth herein.

54.     Yahoo states that insofar as paragraph 54 states conclusions of law no response thereto is required.

55.     Yahoo states that insofar as paragraph 55 states conclusions of law no response thereto is required.  To the extent that paragraph 55 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegations in paragraph 55.

56.     Yahoo states that insofar as paragraph 56 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required.  To the extent that paragraph 56 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegations in paragraph 56.

57.     Yahoo states that insofar as paragraph 57 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required.  To the extent that paragraph 57 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegations in paragraph 57.

58.     Yahoo states that insofar as paragraph 58 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required.  To the extent that paragraph 58 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegation in paragraph 58.

59.     Yahoo states that insofar as paragraph 59 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required.  To the extent that paragraph 59 contains allegations that are neither conclusions of law nor conclusions of law

purporting to be allegations of fact, Yahoo denies the allegation in paragraph 59.

60. Yahoo states that insofar as paragraph 60 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 60 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegations in paragraph 60.

61. Yahoo states that insofar as paragraph 61 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 61 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegations in paragraph 61.

62. Yahoo states that insofar as paragraph 62 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 62 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegations in paragraph 62.

63. Yahoo admits the allegation in paragraph 63.

64. Yahoo states that insofar as paragraph 64 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 64 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo does not know whether any Plaintiff is also a Yahoo user, and therefore is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64, and on that basis denies them.

65. Yahoo states that insofar as paragraph 65 and its subparts state conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 65 and its subparts contain allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegations in paragraph 65.

**COUNT TWO**
**VIOLATION OF THE CALIFORNIA CONSTITUTION ARTICLE I, SECTION 1**

66. Yahoo incorporates each and every response above as if fully set forth herein.

67. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

68. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

69. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

70. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

71. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

72. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

73. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

74. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

**COUNT THREE**
**VIOLATION OF THE FEDERAL WIRETAP ACT**
**TITLE I OF THE ECPA (18 U.S.C. § 2510 *et seq.*)**

75. Yahoo incorporates each and every response above as if fully set forth herein.

76. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

77. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

78. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

79. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

80. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

81. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

82. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

83. Yahoo states that as Plaintiffs' claim has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

**COUNT FOUR**
**VIOLATION OF THE STORED COMMUNICATIONS ACT ("SCA")**
**TITLE II OF THE ECPA (18 U.S.C. § 2701 *et seq.*)**

84. Yahoo incorporates each and every response above as if fully set forth herein.

85. Yahoo states that insofar as paragraph 85 states conclusions of law no response thereto is required. Yahoo states that as Plaintiffs' claim for intentionally accessing a facility through which an electronic communications service is provided has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

86. Yahoo states that insofar as paragraph 86 states conclusions of law no response thereto is required. Yahoo states that as Plaintiffs' claim for intentionally accessing a facility through which an electronic communications service is provided has been dismissed pursuant to the Court's order dated August 12, 2014, no response is required.

87. Yahoo admits that Plaintiffs allege that Yahoo intercepts communications while "in transit" and thus in violation of the Wiretap Act. Yahoo admits that Plaintiffs assert this SCA claim in the alternative, in the event the Court finds that Yahoo intercepts the emails while they are in "storage" rather than "in transit" or holds that Plaintiffs may assert both a Wiretap Act claim and an SCA claim simultaneously. Except as expressly admitted, Yahoo denies the remaining allegations in paragraph 87.

88. Yahoo states that insofar as paragraph 88 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 88 contains allegations that are neither conclusions of law nor conclusions of law

1  purporting to be allegations of fact, Yahoo denies the allegations in paragraph 88.

2        89.    Yahoo states that insofar as paragraph 89 states conclusions of law no response
3  thereto is required.  To the extent that paragraph 89 contains allegations that are neither
4  conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the
5  allegations in paragraph 89.

6        90.    Yahoo states that insofar as paragraph 90 states conclusions of law no response
7  thereto is required.  To the extent that paragraph 90 contains allegations that are neither
8  conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the
9  allegations in paragraph 90.

10        91.    Yahoo states that insofar as paragraph 91 states conclusions of law no response
11  thereto is required.  To the extent that paragraph 91 contains allegations that are neither
12  conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo admits that
13  emails to and from Yahoo Mail users may result in interstate data transmission, as noted by
14  Yahoo in paragraph 7 of its Terms of Service.  Except as expressly admitted, Yahoo denies the
15  remaining allegations in paragraph 91.

16        92.    Yahoo states that insofar as paragraph 92 and its subparts state conclusions of law
17  or conclusions of law purporting to be allegations of fact, no response thereto is required.  To the
18  extent that paragraph 92 and its subparts contain allegations that are neither conclusions of law
19  nor conclusions of law purporting to be allegations of fact, Yahoo denies them.

### COUNT FIVE
### DECLARATORY RELIEF
### 28 U.S.C. § 2201

22        93.    Yahoo incorporates each and every response above as if fully set forth herein.

23        94.    Yahoo states that insofar as paragraph 94 states conclusions of law no response
24  thereto is required.  To the extent that paragraph 94 contains allegations that are neither
25  conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the
26  allegations in paragraph 94.

27        95.    Yahoo states that insofar as paragraph 95 states conclusions of law no response
28  thereto is required.  To the extent that paragraph 95 contains allegations that are neither

conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo admits the allegations in paragraph 95.

96. Yahoo states that insofar as paragraph 96 states conclusions of law no response thereto is required. To the extent that paragraph 96 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies the allegations in paragraph 96.

## VI. CLASS ACTION ALLEGATIONS

97. Yahoo admits that Plaintiffs purport to bring a class action as stated. Yahoo denies that class certification is appropriate.

98. Yahoo admits that Plaintiffs purport to bring a class action under Federal Rule of Civil Procedure 23(a), 23(b)(1), 23(b)(2), 23(b)(3), and 23(c)(4). Yahoo denies that this action may properly be maintained as a class action under the Federal Rules of Civil Procedure.

99. Yahoo states that insofar as paragraph 99 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 99 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies them.

100. Yahoo states that insofar as paragraph 100 and its subparts state conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 100 and its subparts contain allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies them.

101. Yahoo states that insofar as paragraph 101 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 101 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies them.

102. Yahoo states that insofar as paragraph 102 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 102 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies them.

103. Yahoo states that insofar as paragraph 103 states conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 103 contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies them.

104. Yahoo states that insofar as paragraph 104 and its subparts state conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that paragraph 104 and its subparts contain allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo denies them.

## VII. PRAYER FOR RELIEF

105. Yahoo states that insofar as this paragraph and its subparts state conclusions of law or conclusions of law purporting to be allegations of fact, no response thereto is required. To the extent that such paragraph contains allegations that are neither conclusions of law nor conclusions of law purporting to be allegations of fact, Yahoo admits that Plaintiffs purport to move this court for a judgment in their favor and for an order certifying the class, appointing Plaintiffs as representatives of the class, and appointing Plaintiffs' counsel as class counsel, and that the Plaintiffs seek statutory damages, interest, litigation costs, attorneys' fees, disgorgement of all revenues unjustly earned, injunctive relief, and declaratory judgment. Yahoo denies that Plaintiffs are entitled to any form of relief. Yahoo denies the remaining allegations.

**AFFIRMATIVE DEFENSES**

As to affirmative defenses to the Complaint, Yahoo does not by stating the matters set forth in these defenses allege or admit that it has the burden of proof and/or persuasion with respect to any of these matters, and does not assume the burden of proof or persuasion as to any matters as to which Plaintiffs have the burden of proof or persuasion. As separate and affirmative defenses to each and every putative claim in the Complaint, Yahoo alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**
**(Failure to State a Claim)**

Plaintiffs fail to state facts sufficient to constitute a claim against Yahoo.

**SECOND AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

Plaintiffs' claims are barred by the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE
**(Damages Caused by Subsequent/Intervening Acts of Plaintiff or Third Parties)**

If Plaintiffs have sustained any damages as alleged in the Complaint, which Yahoo denies, such damages were proximately caused by subsequent and intervening or superseding acts of the Plaintiffs and/or of third parties, such that Yahoo is not responsible or liable for any damages allegedly suffered by Plaintiffs.

### FOURTH AFFIRMATIVE DEFENSE
**(Failure to Mitigate Damages)**

If Plaintiffs have sustained any damages as alleged in the Complaint, which Yahoo denies, Plaintiffs failed to mitigate said damages.

### FIFTH AFFIRMATIVE DEFENSE
**(Laches)**

The Complaint and each of its purported claims are barred, in whole or in part, by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE
**(Waiver)**

The Complaint and each of its purported claims are barred, in whole or in part, by the doctrine of waiver.

### SEVENTH AFFIRMATIVE DEFENSE
**(Estoppel)**

The Complaint and each of its purported claims are barred, in whole or in part, by the equitable doctrine of estoppel.

### EIGHTH AFFIRMATIVE DEFENSE
### (Consent)

The Complaint and each of its purported claims are barred, in whole or in part, by the doctrine of consent.

### NINTH AFFIRMATIVE DEFENSE
### (18 U.S.C. § 2702 )

Yahoo may divulge the contents of a communication pursuant to the exceptions listed in 18 U.S.C. § 2702.

### TENTH AFFIRMATIVE DEFENSE
### (18 U.S.C. § 2707(e))

Yahoo acted in good faith reliance on a court warrant or order, a grand jury subpoena, a legislative authorization, or a statutory authorization (including a request of a governmental entity under section 2703(f) of this title); a request of an investigative or law enforcement officer under section 2518(7) of this title; and/or a good faith determination that section 25111(3) of title 18 permitted the conduct complained of.

### ELEVENTH AFFIRMATIVE DEFENSE
### (Preemption)

Plaintiffs' claims are preempted by federal law.

### TWELFTH AFFIRMATIVE DEFENSE
### (Standing)

Plaintiffs lack standing to assert some or all of their claims.

### THIRTEENTH AFFIRMATIVE DEFENSE
### (Due Process and Excessive Fines Clauses)

Certification and/or maintenance of the class claims alleged in the Complaint, and/or imposition of statutory, actual, exemplary, or punitive damages would violate Defendant's due process rights under the United States and/or California Constitutions, including the due process clauses of the 5th and 14th Amendment to the United States Constitution and Article 1, section 7

of the California Constitution. The imposition of statutory, actual, or punitive damages would also violate the excessive fines clauses of the United States and California Constitutions.

### FOURTEENTH AFFIRMATIVE DEFENSE
(Commerce Clause)

Any judgment in favor of Plaintiffs in connection with their claims would constitute a violation of the Commerce Clause of the United States Constitution.

### FIFTEENTH AFFIRMATIVE DEFENSE
(No Extra-Territorial Application of Statute in Issue)

Plaintiffs improperly seek extra-territorial reach of California law.

### SIXTEENTH AFFIRMATIVE DEFENSE
(Public Policy)

Plaintiffs' application of the California Invasion of Privacy Act in this case is contrary to public policy.

### SEVENTEETH AFFIRMATIVE DEFENSE
(Adequate Remedy at Law)

Plaintiffs, and any member of a putative class, are not entitled to any injunctive or equitable relief because they have an adequate remedy at law.

### EIGHTEENTH AFFIRMATIVE DEFENSE
(First Amendment to the United States Constitution and Article 1, Section 2 of the California Constitution)

This action is barred by the First Amendment to the United States Constitution and/or by Article 1, Section 2 of the California Constitution.

### RESERVATION OF RIGHTS

Yahoo hereby gives notice it intends to rely upon such other further affirmative defenses as may become available during discovery in this action and reserves the right to amend its Answer to assert any such defenses as necessary.

### PRAYER FOR RELIEF

WHEREFORE, Yahoo prays for the order and judgment of this Court in its favor against Plaintiff as follows:

1. Dismissing this action with prejudice on the merits;
2. Awarding Yahoo its reasonable costs as may be allowed by law; and
3. Awarding Yahoo such other and further relief as the Court deems just and proper.

Dated: August 26, 2014

**MORRISON & FOERSTER LLP**
REBEKAH KAUFMAN
ROBERT PETRAGLIA

**ZWILLGEN PLLC**
MARC ZWILLINGER
JACOB SOMMER


By: /s/ Rebekah Kaufman
      Rebekah Kaufman

*Attorneys for Defendant*
*YAHOO! INC.*