UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE YAHOO MAIL LITIGATION | Case No.: 13-CV-04980-LHK |
| | ORDER REGARDING CASE SCHEDULE |

The Court filed its order to file supplemental joint case management statement in error. *See* ECF No. 54. The next case management conference will remain as set on December 4, 2014. The parties shall file a supplemental joint case management statement by November 26, 2014. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: November 7, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-04980
ORDER REGARDING CASE SCHEDULE