UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE YAHOO MAIL LITIGATION | Case No.: 13-CV-04980-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorneys: Matthew George; Laurence King
Defendant's Attorneys: Rebekah Kaufman; Robert Petraglia

     A case management conference was held on December 4, 2014. A further case management conference is set for April 23, 2015, at 1:30 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by April 16, 2015.

     The parties shall file a joint settlement status report by December 19, 2014.

     The Court set the following case schedule:

DEADLINE TO COMPLETE SETTLEMENT NEGOTIATIONS is January 1, 2015[1]

FACT DISCOVERY CUTOFF is May 1, 2015

PLAINTIFF'S MOTION FOR CLASS CERTIFICATION shall be set for hearing no later than April 23, 2015, at 1:30 p.m. The briefing schedule is set as follows:

- Deadline to file motion for class certification, and designate expert reports related to class certification, if necessary: February 5, 2015
- Deadline to file opposition to motion for class certification, and designate related expert reports, if necessary: March 12, 2015
- Deadline to file reply in support of motion for class certification: April 2, 2015

---

[1] The deadline to complete settlement negotiations and the fact discovery cutoff remain as set in this Court's January 22, 2014 case management order. *See* ECF No. 31.

1

Case No.: 13-CV-04980-LHK
CASE MANAGEMENT ORDER

FINAL EXPERT DISCOVERY:

    Opening Reports:   June 5, 2015
    Rebuttal Reports:   July 10, 2015
    Cutoff:   August 5, 2015

DISPOSITIVE MOTIONS shall set for hearing no later than December 10, 2015, at 1:30 p.m. Each side may file only one dispositive motion in the entire case. The briefing schedule is set as follows:

- Deadline to file motion for summary judgment: September 11, 2015
- Deadline to file opposition to motion for summary judgment: October 12, 2015
- Deadline to file reply in support of motion for summary judgment: November 12, 2015

PRETRIAL CONFERENCE is January 28, 2016 at 1:30 p.m.

JURY TRIAL: February 8, 2016, at 9:00 a.m. in Courtroom 8, 4th floor

ESTIMATED LENGTH OF TRIAL: 6 days

**IT IS SO ORDERED.**

Dated: December 4, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-04980-LHK
CASE MANAGEMENT ORDER

2