Laurence D. King (CA Bar No. 206423)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com

Daniel C. Girard (CA Bar No. 114826)
Matthew B. George (CA Bar No. 239322)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dcg@girardgibbs.com
mbg@girardgibbs.com

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
ffox@kaplanfox.com
dstraite@kaplanfox.com

*Co-Lead Interim Class Counsel*

Rebekah Kaufman (CA Bar No. 213222)
Robert Petraglia (CA Bar No. 264849)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
RKaufman@mofo.com
RPetraglia@mofo.com

Marc J. Zwillinger (*pro hac vice*)
Jacob Sommer (*pro hac vice*)
ZWILLGEN PPLC
1705 N. Street, NW
Washington, D.C. 20036
Telephone: (202) 706-5202
Facsimile: (202) 706-5298
Marc@zwillgen.com
Jake@zwillgen.com

*Attorneys for Defendant YAHOO! INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE YAHOO MAIL LITIGATION | Case No.  5:13-cv-4980 LHK<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Plaintiffs Cody Baker, Halima Nobles, Rebecca Abrams, and Brian Pincus ("Plaintiffs") and Defendant Yahoo! Inc. ("Yahoo") (collectively "the Parties") hereby submit their Joint Settlement Status Report, as required by Your Honor's Case Management Order dated December 4, 2014 [ECF No. 57].

The Parties participated in a mediation session on December 11, 2014, before Bruce Friedman of JAMS. The Parties did not reach an agreement.

DATED:  December 18, 2014

GIRARD GIBBS LLP
Daniel C. Girard
Matthew B. George

By: /s/ Matthew B. George

*Co-Lead Interim Class Counsel*

DATED:  December 18, 2014

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King
Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)

By: /s/ Laurence D. King

*Co-Lead Interim Class Counsel*

DATED:  December 18, 2014

MORRISON & FOERSTER  LLP
Rebekah Kaufman
Robert Petraglia

By: /s/ Rebekah Kaufman

*Attorneys for Defendant YAHOO! INC.*

DATED:  December 18, 2014

ZWILLGEN PPLC
Marc Zwillinger
Jacob Sommer

By: /s/ Marc Zwillinger

*Attorneys for Defendant YAHOO! INC.*

**ECF ATTESTATION**

I, Rebekah Kaufman, am the ECF User whose ID and password are being used to file the following: **JOINT CASE MANAGEMENT STATEMENT**. In compliance with General Order 45, X.B., I hereby attest that all signatories have concurred in this filing.

DATED: December 18, 2014                MORRISON & FOERSTER LLP
                                        REBEKAH KAUFMAN
                                        ROBERT PETRAGLIA


                                        By: /s/ Rebekah Kaufman
                                            REBEKAH KAUFMAN
                                            *Attorneys for Defendant YAHOO! INC.*

JOINT SETTLEMENT STATUS REPORT
CASE NO. 13-CV-4980-LHK

sf-3488425

2