Daniel C. Girard (SBN 114826)
Matthew B. George (SBN 239322)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dcg@girardgibbs.com*
*mbg@girardgibbs.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Ave., 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*dstraite@kaplanfox.com*

*Co-Lead Interim Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE YAHOO MAIL LITIGATION | Case No.: 5:13-CV-4980-LHK |
| | **DECLARATION OF MATTHEW B. GEORGE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF THE RECORD OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL** |
| | N.D. Cal Local Rules 7-11 and 79-5 |
| | No Hearing Necessary |
| | The Honorable Lucy H. Koh |

# DECLARATION OF MATTHEW B. GEORGE

I, Matthew B. George:

1. I am an attorney licensed to practice in the State of California. I am a partner in the law firm of Girard Gibbs LLP, Co-Lead Interim Class Counsel for Plaintiffs in this class action against Defendant Yahoo! Inc.

2. I submit this declaration in support of Plaintiffs' Administrative Motion To File Portions of the Record Of Plaintiffs' Motion For Class Certification Under Seal. The following statements are based on my personal knowledge and review of the files in this case and, if called on to do so, I could and would testify competently thereto.

3. The Court entered the Parties' Stipulated Protective Order on February 28, 2014 (ECF No. 36). Pursuant to the Protective Order, Yahoo has produced documents and provided testimony in discovery throughout the course of the litigation that Yahoo designated as "Highly Confidential – Attorneys' Eyes Only."

4. Plaintiffs are filing a Motion for Class Certification containing documents, testimony, summaries, and references to the discovery that Yahoo has designated as "Highly Confidential – Attorneys' Eyes Only."

5. Below is a chart identifying documents (or portions thereof) that Yahoo has designated as "Highly Confidential – Attorneys' Eyes Only" that Plaintiffs are lodging under seal in connection with Plaintiffs' Motion for Class Certification. In order to best comply with the Stipulated Protective Order, Plaintiffs have erred on the side of caution in redacting or designating summaries and references to discovery material that was designated by Yahoo as "Highly Confidential – Attorneys' Eyes Only":

| Document | Portion Designated Confidential | Designating Party |
|---|---|---|
| Plaintiffs' Memorandum of Points and Authorities In Support of Plaintiffs' Motion for Class Certification | • Table of contents, headings III.A.1, 3, 4, 5, 6; III.B;<br>• Page 3, lines: 2-6, 11-18, 21-22, 24-26, 28;<br>• Page 4, lines 1-4, 9-13, 15-18, 20- | Yahoo |

| | | |
|---|---|---|
| | 27;<br>• Page 5, lines 1-7, 9-16, 19-28;<br>• Page 6, lines 1-4, 6-12, 14-15, 18-28;<br>• Page 7, lines 1-2, 4-9, 11-12, 14-18, 21-26;<br>• Page 8, lines1-18;<br>• Page 9, lines 1-15;<br>• Page 12, lines 9-10, 18-19;<br>• Page 15, lines 21-23;<br>• Page 16, lines 14-16;<br>• Page 18, lines 15-17; and<br>• Page 21, lines 19-22. | |
| Declaration of R. Sherwood, Ex. 1 | • Page 2, Table of contents subheadings for Pages 8 and 9;<br>• Page 5, ¶ 9<br>• Page 6, ¶¶ 9-12, fn. 3-4<br>• Page 7, ¶¶ 12-13, fn. 7,8, & 10;<br>• Page 8, ¶¶ 14-16, fn. 11 & 13;<br>• Page 9, ¶¶ 17-19, fn. 15-17;<br>• Page 10, ¶¶ 19-20, fn. 21, 23-24; and<br>• Page 11, ¶¶ 21-22. | Yahoo |
| Declaration of Daniel C. Girard, Ex. 1, Deposition Transcript of Amir Doron | The entire transcript was designated as "Highly Confidential - Attorneys' Eyes-Only." | Yahoo |
| Declaration of Daniel C. Girard, Ex. 4 | YAH00068104 to YAH00068110 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 5 | YAH00074540 to YAH00074545 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 6 | YAH00011652 to YAH00011657 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 7 | YAH00011495 to YAH00011504 | Yahoo |

| | | |
|---|---|---|
| Declaration of Daniel C. Girard, Ex. 8 | YAH00012409 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 9 | YAH00011490 to YAH00011494 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 10 | YAH00011659 to YAH00011660 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 11 | YAH00013078 to YAH00013086 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 12 | YAH00011470 to YAH00011477 | Yahoo |
| Declaration of Daniel C. Girard, Ex.13 | YAH00070444 to YAH00070450 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 14 | YAH00070459 to YAH00070477 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 15 | YAH00002407 to YAH0002415 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 16 | YAH00016540 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 17 | YAH00070605 to YAH00070606 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 18 | YAH00071889 to YAH00071892 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 19 | YAH00021083 to YAH00021084 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 20 | YAH00009864 to YAH00009865 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 21 | YAH00012368 to YAH00012370 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 22 | YAH00060140 to YAH00060141 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 26 | YAH00016830 to YAH00016835 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 27 | YAH00016484 to YAH00016485 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 28 | YAH00004758 to YAH00004759 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 29 | YAH00040217 to YAH00040224 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 32 | YAH00002625 to YAH00002641 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 33 | YAH00013041 to YAH00013046 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 34 | YAH00004771 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 35 | YAH00017121 to YAH00017123 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 37 | YAH00004932 toYAH00004933 | Yahoo |

| Declaration of Daniel C. Girard, Ex. 41 | YAH00070621 to YAH00070626 | Yahoo |
| Declaration of Daniel C. Girard, Ex. 42 | YAH00071991 to YAH00071993 | Yahoo |

I declare under penalty of perjury under the laws of the California that the foregoing is true and correct. Executed on this 5th day of February, 2015, at San Francisco, California.

>  */s/* Matthew B. George
> Matthew B. George

**ATTESTATION OF E-FILED SIGNATURE**

I, Daniel C. Girard, am the ECF User whose ID and password are being used to file this Declaration of Matthew B. George in Support of Plaintiffs' Administrative Motion to File Under Seal. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Matthew B. George has concurred in this filing.

                                                   */s/ Daniel C. Girard*

DECLARATION OF MATTHEW B. GEORGE IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO.: 5:13-CV-4547-LHK