FILED UNDER SEAL

EXHIBIT 1

**EXHIBIT 2**

Daniel C. Girard (SBN 114826)
Matthew B. George (SBN 239322)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dcg@girardgibbs.com*
*mbg@girardgibbs.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*ffox@kaplanfox.com*
*dstraite@kaplanfox.com*

*Co-Lead Interim Class Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE YAHOO MAIL LITIGATION | Consol. Case No. 5:13-cv-04980-LHK |
| | **AMENDED NOTICE OF DEPOSITION TO DEFENDANT YAHOO! INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in accordance with Federal Rule of Civil Procedure 30(b)(6), on January 14, 2015, beginning at 9:30 a.m., Plaintiffs will take the deposition of the person or persons designated by Defendant Yahoo! Inc. ("Yahoo") to testify about the matters set forth in the attached Exhibit A. The deposition will occur at the office of Girard Gibbs LLP, 601 California Street, 14th Floor, San Francisco, California, 94108, and will be taken before a notary public or other officer authorized to administer oaths and will be recorded stenographically. The deposition(s) will continue from day to day until completed.

Pursuant to Rule 30(b)(6), Defendant shall designate one or more officers, directors, managing agents, or other persons who consent to testify on Defendant's behalf as to the following matters for examination which incorporate the definitions listed below. The relevant time period for each matter for examination is from January 1, 2011 to the present.

Dated: January 6, 2015      **GIRARD GIBBS LLP**

By: _____

Daniel C. Girard (SBN 114826)
Matthew B. George (SBN 239322)
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846


**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

AMENDED NOTICE OF DEPOSITION TO DEFENDANT YAHOO! INC.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)
CONSOLIDATED CASE NO. 5:13-cv-04980-LHK

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Co-Lead Interim Class Counsel*

AMENDED NOTICE OF DEPOSITION TO DEFENDANT YAHOO! INC.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)
CONSOLIDATED CASE NO. 5:13-cv-04980-LHK

# EXHIBIT A

## Definitions

1.     The term "subscriber" refers to a registered user of Yahoo Mail who agreed to the Yahoo Communications Terms of Service.

2.     The term "non-subscriber" refers to a person who corresponds via Yahoo Mail with a Yahoo subscriber from a non-Yahoo email account.

## Instructions

1.     All areas of inquiry are from January 1, 2011, to the present.

## Areas of Inquiry

1.     Yahoo's scanning and analysis of Yahoo Mail.

2.     Yahoo's collection and storage of data (including content) from Yahoo Mail.

3.     Yahoo's sharing of data (including content) from Yahoo Mail with third parties.

AMENDED NOTICE OF DEPOSITION TO DEFENDANT YAHOO! INC.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)
CONSOLIDATED CASE NO. 5:13-cv-04980-LHK

# PROOF OF SERVICE

### *In Re Yahoo Mail Litigation*
**United States District Court, Northern District of California, Case no.: 5:13-CV-04980-LHK**

I, Anne von Goetz, am employed in the County of San Francisco. I am over the age of eighteen years and not a party to the within entitled action; my business address is 601 California Street, Suite 1400, San Francisco, California 94108.

On January 6, 2015, I served the following document:

### AMENDED NOTICE OF DEPOSITION TO DEFENDANT YAHOO! INC., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(B)(6)

I served the document on the persons below as follows:

| | |
|---|---|
| Robert Travis Petraglia | Marc J. Zwillinger |
| Rebekah E. Kaufman | Jacob Alan Sommer |
| **MORRISON & FOERSTER LLP** | **ZWILLGEN PLLC** |
| 425 Market Street | 1900 M Street, NW, Suite 250 |
| San Francisco, California 94105 | Washington, D.C. 20036 |
| rpetraglia@mofo.com | marc@zwillgen.com |
| rkaufman@mofo.com | jake@zwillgen.com |

/ ✓ / **BY U.S. MAIL:** I served said document on the interested parties by placing a true copy thereof enclosed in a sealed envelope with the postage thereon fully prepaid to the person at the address set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it, would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/ ✓ / **BY ELECTRONIC SERVICE:** I caused a true and correct copy of the document in PDF format to be electronically mailed through Girard Gibbs' electronic mail system to the email addresses set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 6, 2015, at San Francisco, California.

_____
Anne von Goetz

EXHIBIT 3

Home　　Mail　　News　　Sports　　Finance　　Weather　　Games　　Groups　　Answers　　Sc

Search Web

**Additional Terms of Service**

Yahoo Info Center > Yahoo Terms Center > Yahoo Mail and Yahoo Messenger > Additional Terms of Service

Email this Page　　　Print this Page

# Communications Terms of Service

## 1. ACCEPTANCE OF TERMS

a. Welcome to Yahoo. Yahoo provides Yahoo Mail and Yahoo Messenger (the "Services"), all of which are subject to the terms and conditions of this Additional Terms of Service ("ATOS") and the applicable Yahoo Universal Terms of Service ("TOS") in Section 10, which is incorporated into this ATOS. In this ATOS, "Yahoo" or "Applicable Yahoo Company" means the Yahoo company that provides you with the Services as set out in Section 10. Your use of the Services constitutes acceptance of and is subject to this ATOS and the law specified by the Applicable Yahoo Company in Section 10. This ATOS may be updated by Yahoo from time to time without individual notice to you. The prior sentence does not apply to you if Yahoo Deutschland GmbH, Theresienhöhe 12, 80339 München ("Yahoo Deutschland") provides you with your Yahoo Mail account. You can review the most current version of this ATOS and the TOS by clicking the applicable links in Section 10.

b. "Yahoo Messenger" as used in this ATOS means Yahoo Messenger.

c. Please note that your Yahoo Messenger account is tied to your Yahoo Mail account. Therefore, your use of Yahoo Messenger and all Yahoo Messenger services will be subject to the TOS and laws applicable to the Applicable Yahoo Company in Section 10. Yahoo's automated systems scan and analyze all incoming and outgoing communications content sent and received from your account (such as Mail and Messenger content including instant messages and SMS messages) including those stored in your account to, without limitation, provide personally relevant product features and content, to match and serve targeted advertising and for spam and malware detection and abuse protection. By scanning and analyzing such communications content, Yahoo collects and stores the data. Unless expressly stated otherwise, you will not be allowed to opt out of this feature. If you consent to this ATOS and communicate with non-Yahoo users using the Services, you are responsible for notifying those users about this feature.

d. By accessing, using and continuing to use the Services, you represent and warrant that you are permitted to do so under applicable law. You are solely responsible for using the Services in compliance with any and all applicable law. If you are in a jurisdiction where download or use of the Services is prohibited or restricted or if you are below the applicable legal age required to use the Services, click "cancel" and do not download or use the Services. Unless explicitly stated otherwise, any new features that augment or enhance the current Services shall be subject to this ATOS, which you agree to by continued use of the Services. The prior sentence does not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account.

## 2. DESCRIPTION AND USE OF YAHOO! MAIL AND YAHOO! MESSENGER

a. *Use of Software*. As needed, you may install or download and use software in the Services including any third party software, and any authorized updates provided by Yahoo (the "Software") in object code form on a personal computer or device owned or controlled by you for your own personal, non commercial use. You are only permitted to access the Services through

the Software strictly as authorized in this ATOS. The Services and its components contain software licensed from Yahoo licensors ("Licensor Software"). The Licensor Software enables the Yahoo Software to perform certain functions including, without limitation, access proprietary data on third-party data servers. Your license to the Software continues until it is terminated by either party. You may terminate the license to the Software by discontinuing use of and by destroying all copies of the Software. In addition, this Software license terminates if you violate any term of this ATOS, Yahoo publicly posts a written notice of termination on Yahoo's web site, or Yahoo sends a written notice of termination to you. If your license terminates, you agree to cease any and all use of the Services, their components, and any third-party data. All rights in any third-party data, any third-party software, and any third-party data servers, including all ownership rights are reserved and remain with the respective third parties. You agree that these third parties may enforce their rights under this ATOS against you directly in their own name and that you are solely responsible for such claims or defenses and all costs associated with them. If you are on a Yahoo Messenger desktop version released in 2013 or later, from time to time, Yahoo may automatically download and install the latest version of Yahoo Messenger. If there is a material change you will be notified after installation.

b. *Saving and Accessing Information*. Yahoo Messenger (including Yahoo Messenger within your Yahoo Mail and web based versions) allows you to see when your friends are online, and send and receive instant messages and other information. Yahoo Messenger will also allow you, and the people with whom you communicate, to save your conversations and other information in your Yahoo Mail accounts located on Yahoo servers. This means you can access and search your message history from any computer or device with access to the Internet. Whether or not you use this feature, other users may choose to use it to save conversations and other information with you in their account located on Yahoo servers. Your agreement to this ATOS constitutes your consent to allow Yahoo to store these communications and other information on its servers for back up, security and all other purposes set forth in this ATOS. You are solely responsible for the content that you use or store in connection with the Services and if you wish, are solely responsible for backing up your data. Except as set forth herein, you acknowledge and agree that the Applicable Yahoo Company does not guarantee that data associated with your account will be accessible to you, or that any data deleted, removed or rendered inaccessible can be provided to you. The prior sentence does not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account.

c. This ATOS grants you no right, title or interest in any intellectual property owned or licensed by Yahoo, including, without limitation, the Services and Yahoo trademarks.

d. *Advertisements*. You understand and agree that the Services may include advertisements and that these advertisements are necessary for Yahoo to provide the Services.

e. *Communications from Yahoo*. You also understand and agree that the Services may include certain communications from Yahoo, such as service announcements and administrative messages and that you will not be able to opt out of receiving such communications.

f. *Accessing and Using the Services*. In order to use the Services and those services and products within the Services (for both free and charged services), you must obtain access to the World Wide Web, either directly or through devices that access web-based content. You are responsible for and must pay any service fees associated with such access and for all costs of any equipment used to gain such access (which could include third party fees).

g. *Interoperability with Other Networks*. If authorized by Yahoo, Yahoo Messenger may allow you to communicate with users of other instant messaging products. In that event, you acknowledge and agree that: (i) your use of Yahoo Messenger is subject to this ATOS and the terms governing the use of other instant messaging products you have agreed to, if any, that are consistent with this ATOS; and (ii) users of other instant messaging products are subject to the terms governing such other instant messaging products. Yahoo assumes no responsibility for the conduct of persons or entities with which you communicate. With the exception of messages sent

to you by Yahoo, Yahoo does not own or control the content of any messages sent or received by users of the Services.

h. The Services may allow you to use different methods of communicating and sending and receiving messages, files, photos, videos and other information, including via Yahoo Messenger, Yahoo Mail, SMS, voice calling and video calling.

i. *Blocking*. By using the Services, you acknowledge that other users of the Services (including Yahoo Messenger) may elect to receive a notification from the Services when you sign on and may send you instant messages and other information or call you via the Services. If you wish to block the notification feature of Yahoo Messenger sent to other users or if you don't want to receive messages from such users, you will have to enable the "Ignore" or similar feature separately. Your ability to send and receive instant messages and other information may be blocked by Yahoo and other users, which may partially or wholly limit your ability to use the Services. By using the Services, you agree that Yahoo has no responsibility for assessing or resolving any disputes arising from your or any other user's ability (or otherwise) to ignore, send messages or other information, or otherwise use the Services. The prior sentence does not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account.

j. *Yahoo Support*. Yahoo may elect to provide you with customer support and/or upgrades, enhancements, or modifications for the Services (collectively, "Support"), in its sole discretion, and may terminate such Support at any time without notice to you. You understand and agree that in the event Yahoo elects to provide you with Support, such Support is provided voluntarily in Yahoo's sole discretion and that it does not create any contractual right to receive Support and that you may not rely upon any statement or offer of Support to create a contractual right to Support.

k. *Yahoo Fees*. Yahoo reserves the right to charge fees for future use of or access to the Services, or other Yahoo services and web sites, in Yahoo's sole discretion. If Yahoo decides to charge fees, Yahoo will provide you with prior notice.

## 3. DIFFERENT VERSIONS OF YAHOO! MESSENGER AND OTHER YAHOO! AUTHORIZED INSTANT MESSAGE CLIENTS

Different features may be available in different versions of Yahoo Mail and Yahoo Messenger and not all features may be available in your country or region. Also, not all features may be available if the user that you are communicating with is using a different version of Yahoo Mail or Yahoo Messenger, or is using an instant message software client offered by a non-Yahoo company.

## 4. MEMBER ACCOUNT, PASSWORD, AND SECURITY

If you don't already have a Yahoo I.D. and password, you will be prompted to complete the Yahoo registration process. You agree Yahoo provides you only with the right to access your account in accordance with this ATOS and applicable rules and guidelines. If you violate this Section 4, or otherwise cannot validate your account to Yahoo, you acknowledge and agree that your account may be permanently inaccessible to you and that all data associated with the account may not be retrievable. Yahoo does not guarantee that you will have permanent access to your data used with the Services, or that it will provide copies to you in the event data is deleted or lost. Yahoo encourages you to properly back up your data. Yahoo may also impose limits on certain features and services or restrict your access to parts or all of the Services or other Yahoo services or web sites without notice or liability. The prior sentence does not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account.

## 5. YAHOO! PRIVACY POLICY

Your access to and use of the Services constitutes acceptance of and is subject to the Yahoo

Privacy Policy. Your registration data and other information about you are also subject to the Yahoo Privacy Policy. You can review the most current version of the Yahoo Privacy Policy at any time by clicking on the Privacy Policy link under the Applicable Yahoo Company in Section 10 below.

## 6. RESTRICTIONS ON USE

YOU MAY NOT and will not allow any third party to (except to the extent required by local law):

a. Copy, decompile, reverse engineer, reverse assemble, disassemble, modify, rent, lease, loan, distribute, or create derivative works (as defined by the applicable local laws) or improvements (as defined by the applicable local laws) to the Services or Software or otherwise attempt to discover the source code or protocols in the Services or Software;

b. Obtain or attempt to obtain unauthorized access to the Services or the Yahoo network;

c. Incorporate the Services or the Software, or any portion thereof, into any other service, software, hardware, or other technology manufactured or distributed by or for you;

d. Use the Services in any unlawful manner, for any unlawful purpose, or in any manner inconsistent with this ATOS or the TOS;

e. Use the Services to operate nuclear facilities, life support, or other mission critical application where human life or property may be at stake (you specifically understand that the Services are not designed for such purposes and that their failure in such cases could lead to death, personal injury, or severe property or environmental damage for which Yahoo is not responsible). Note that the prior sentence does not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account; or

f. Sell, lease, loan, distribute, transfer, sublicense, reproduce, duplicate, copy, trade or exploit the Services or access thereto or derive income from the use or provision of the Services, whether for direct commercial or monetary gain or otherwise, without Yahoo's prior, express and written permission.

## 7. DISCLAIMER AND EQUIPMENT

a. You understand and agree that the Services are provided "AS-IS" and that Yahoo assumes no responsibility for the timeliness, deletion, mis-delivery, or failure to store any user communications or personalization settings. You also understand that Yahoo is not responsible for the security or privacy of communications sent via the Services. The prior sentences in this clause do not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account.

b. You may use optional equipment to access the Services (e.g., a USB port phone device to access the pc-to-pc calling feature, which device may include dual functionality to access a traditional landline service which is not provided by Yahoo).

c. Any third party plug-in applications that you use with the Services are owned by and are the sole responsibility of the plug-in application developer, and it is up to you decide whether these plug-in applications, or your use of them, is legal or appropriate.

d. If the Services downloaded or accessed by you includes anti spyware features, software that is identified as "spyware" by this tool may be software that you have agreed to load onto your computer pursuant to a separate agreement with a third party. You are solely responsible for compliance with agreements you have executed with third parties.

e. Any required or optional equipment or third party plug-in applications that you use to use, access, or augment the Services, including your mobile or other device, whether required or

optional, is subject to the terms, conditions, warranties and disclaimers provided by the manufacturer of such equipment or third party plug-in applications, and Yahoo makes no warranties or representations whatsoever regarding such equipment and third party plug-in applications. Please refer to the materials you received when you purchased the equipment or obtained the third party plug-in applications to understand your rights and obligations, including what warranties and disclaimers apply to you. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, YAHOO! AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS EXPRESSLY DISCLAIM ALL WARRANTIES, CONDITIONS AND OTHER TERMS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, RELATING TO SUCH EQUIPMENT OR THIRD PARTY PLUG-IN APPLICATIONS, INCLUDING ANY IMPLIED TERMS AND WARRANTIES OF TITLE, MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, AS TO THE PROVISION OF SERVICES TO A STANDARD OF REASONABLE CARE AND SKILL AND AS TO NON-INFRINGEMENT OF ANY INTELLECTUAL PROPERTY RIGHT. The prior sentence does not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account.

## 8. GENERAL INFORMATION

*Entire Agreement*. This ATOS and the TOS and all documents incorporated therein constitute the entire agreement between you and Yahoo as it relates to your use of the Services and supersedes any prior version of this ATOS or the TOS, if any, between you and Yahoo with respect to the Services. You also may be subject to additional terms and conditions that may apply when you use or purchase certain other Yahoo services (including charged services), affiliate services, third-party content or third-party software. This ATOS will continue to govern your use of the Services unless you agree to other terms with a Yahoo company that specifically state that they supercede the previously agreed version of the "Yahoo Global Communications Additional Terms of Service". If you are using the Services, in the event of a conflict between the provisions of this ATOS and the TOS, the provisions of the ATOS shall control, as they relate to the Services.

## 9. VIOLATIONS

Please report any violations of this ATOS to the Customer Care link set forth in Section 10 below under the Applicable Yahoo Company.

## 10. CONTRACTING PARTY, CHOICE OF LAW, LOCATION FOR RESOLVING DISPUTES AND OTHER LOCAL REGION PROVISIONS

This ATOS is between you and the Applicable Yahoo Company. In the subsection below, find the Yahoo company that provides you with your Yahoo Mail account, and in that subsection you will find the Yahoo company that you are contracting with for the Services, the choice of law, the location for resolving disputes with the Applicable Yahoo Company and other important provisions. Please note that your use of Yahoo Messenger and all other Yahoo Messenger services will be subject to the laws applicable to the Applicable Yahoo Company. If you do not recall which Yahoo company provides you with your Yahoo Mail account, please click on the "About" link in Yahoo Messenger and then the "Legal Jurisdiction" link. If you are using Yahoo Mail, please click on the "Help" link in Yahoo Mail and then the "Terms of Service."

<u>REGION:</u>

<u>The Americas</u>.

a. **United States**. If Yahoo! Inc., 701 First Avenue, Sunnyvale, CA 94089, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo! Inc. and Yahoo! Inc. provides you with the Services and the substantive law of the State of California governs the interpretation of this ATOS and applies to all claims related to it, regardless of conflict of laws principles. You and Yahoo! Inc. irrevocably consent to the exclusive jurisdiction and venue of the

state courts located in Santa Clara County, California or in the Federal Courts located in the Northern District of California, USA for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. If applicable, all Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995, is provided with the commercial rights and restrictions described herein. If the Services and related documentation are supplied to or purchased by or on behalf of the United States Government, if applicable, then the Services are deemed to be "commercial software" as that term is used in the Federal Acquisition Regulation system. Rights of the United States shall not exceed the minimum rights set forth in FAR 52.227-19 for "restricted computer software." All other terms and conditions of this ATOS apply. You agree to not provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act. You acknowledge and understand that Yahoo does NOT currently allow you to access any 911 or similar emergency services (no traditional 911, E911, or similar access to emergency services). You should always have an alternative means of accessing 911 or similar emergency services. Please inform others who use your Yahoo Messenger or Yahoo Mail and devices used to access Yahoo Messenger or Yahoo Mail that they must access these numbers through a traditional landline or mobile phone. Yahoo Messenger and Yahoo Mail are not intended to replace your primary phone service, such as a traditional landline or mobile phone. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/. For Yahoo En Español ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/us/yahoo/utos/en-us/. For Yahoo En Español TOS: https://info.yahoo.com/legal/e1/yahoo/utos/es-us.

C. Privacy Policy: https://info.yahoo.com/privacy/us/yahoo/. For Yahoo En Español Privacy Policy: https://info.yahoo.com/privacy/espanol/yahoo/.

D. Customer Care: Customer Care For Yahoo en Español Customer Care: espanol-abuse@yahoo-inc.com .

b. **Canada**: If Yahoo Canada, 207 Queen's Quay West, Suite 801, Toronto, ON, M5J 1A7 provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Canada Co. and Yahoo Canada Co. provides you with the Services, and the laws of Canada govern the interpretation of this ATOS, including breaches of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Canada irrevocably consent to the exclusive jurisdiction and venue the courts located within the province of Ontario, Canada for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ca/yahoo/utos/terms .

C. Privacy Policy: https://info.yahoo.com/privacy/ca/yahoo/.

D. Customer Care: http://help.yahoo.com/l/ca/yahoo/helpcentral/.

c. **Brasil**: If Yahoo Brasil Internet Ltda.,R. Fidencio Ramos, 195 - 12o andar, Sao Paulo, 04551-010, Brazil, provides you with your Yahoo Mail account and service, then you are contracting with

Yahoo Brasil and Yahoo Brasil provides you with the Service, and the laws of the Federative Republic of Brazil govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Brasil irrevocably consent to the exclusive jurisdiction and venue of the Federative Republic of Brasil for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. For Yahoo Brasil users, the limitation of rights of the users, limitations of liabilities and validity of this ATOS shall be applied to the extent permitted by Brazilian law. Yahoo Brasil reserves the right to solve eventual conflicts or contradictions solely in accordance to the UTOS and Brazilian law. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/br/yahoo/utos/terms//

C. Privacy Policy: https://info.yahoo.com/privacy/br/yahoo/.

D. Customer Care: http://help.yahoo.com/l/br/yahoo/helpcentral/.

d. **Argentina**: If Yahoo de Argentina SRL, Av. Congreso 1685 - 2do.Piso, Cdad, Aut. de Buenos Aires, C1428BUC, Argentina provides you with your Yahoo Mail account and service, then you are contracting with Yahoo de Argentina and Yahoo de Argentina provides you with the Services, and the laws of the Argentine Republic govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo de Argentina irrevocably consent to the exclusive jurisdiction and venue of the Argentine Republic for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ar/yahoo/utos/terms/ .

C. Privacy Policy: https://info.yahoo.com/privacy/ar/yahoo/.

D. Customer Care: ar-abuse@yahoo-inc.com

e. **Mexico**: If Yahoo de Mexico S.A. de C.V., Av Paseo de las Palmas 330, Piso 2, Lomas de Chapultepec, Mexico City, 11000, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo de Mexico and Yahoo de Mexico provides you with the Services, and the laws of the United Mexican States govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo de Mexico irrevocably consent to the exclusive jurisdiction and venue of the United Mexican States for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/mx/yahoo/utos/terms/.

C. Privacy Policy: https://www.yahoo.com/privacy/mx/yahoo/.

D. Customer Care: mx-abuse@yahoo-inc.com .

f. **Venezuela, Colombia, Peru and Chile**: If Yahoo Hispanic Americas, LLC, One Alhambra Plaza, 8th Floor, Coral Gables, FL 33134, U.S.A, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Hispanic Americas and Yahoo Hispanic Americas provides you with the Services, and the laws of the State of Florida govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Hispanic Americas irrevocably consent to the exclusive jurisdiction and venue of the courts of Miami-Dade County for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. Yahoo Venezuela: You can review the most current version of this ATOS, UTOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

Yahoo Venezuela: You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ve/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/ve/yahoo/.

D. Customer Care: espanol-abuse@yahoo-inc.com .

Yahoo Colombia: You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/co/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/co/yahoo/.

D. Customer Care: espanol-abuse@yahoo-inc.com .

Yahoo Peru: You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/pe/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/pe/yahoo/.

D. Customer Care: espanol-abuse@yahoo-inc.com .

Yahoo Chile: You can review the most current version of this License, the ATOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/cl/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/cl/yahoo/.

D. Customer Care: espanol-abuse@yahoo-inc.com .

**REGION:**

**Europe**.

g. **United Kingdom**: If Yahoo UK Ltd, 125 Shaftesbury Avenue, London WC2H 8AD, United Kingdom provides you with your Yahoo Mail account and service, then you are contracting with Yahoo UK Ltd. and Yahoo UK Ltd. provides you with the Services, and the laws of England and Wales govern this ATOS and any non-contractual obligations arising out of it. You and Yahoo UK Ltd. irrevocably consent to the exclusive jurisdiction and venue of the English courts for all disputes arising out of or in connection with this ATOS, any non-contractual obligation arising out of or in connection with this ATOS or any claim or dispute arising out of or relating to the relationship between you and Yahoo UK Limited regardless of the type of claim. If you upgrade your Yahoo UK Mail account to Yahoo Mail Plus, that service is provided to you by Yahoo Netherlands BV under a set of terms called the Mail Plus Additional Terms of Service https://info.yahoo.com/legal/uk/yahoo/mail/plus.html and the provisions of this ATOS will be incorporated into those terms and will apply as between you and Yahoo Netherlands BV in respect of that service.

Lastly, the following additional provisions apply to you: Nothing in this ATOS or the TOS excludes or limits the liability of either of us for fraud, the tort of deceit, death or personal injury caused by negligence or any breach of any obligations implied by Section 12 of the Sale of Goods Act 1979 or Section 2 of the Supply of Goods and Services Act 1982, or any other liability which cannot be excluded or limited by applicable law, nor in relation to any statutory or regulatory fines incurred.

You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/uk/yahoo/utos/terms.

C. Privacy Policy:https://info.yahoo.com/privacy/uk/yahoo/.

D. Customer Care: http://help.yahoo.com/l/uk/yahoo/abuse/issues/abuse-01.html.

h. **Italy**: If Yahoo Italia S.r.l., via Spadolini 7, 20141 Milano, Code and VAT n. 13122290151, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Italia and Yahoo Italia provides you with the Services, and the laws of Italy govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, data protection laws, unfair competition laws, and in tort. You and Yahoo Italia irrevocably consent to the exclusive jurisdiction and venue of Court of Milan, Italy for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. The choice of jurisdiction and venue is without prejudice of the different mandatory rules set by EC regulation 44/2001 with respect to business-to-consumer contracts. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/it/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/it/yahoo/.

D. Customer Care: http://help.yahoo.com/l/it/yahoo/abuse/.

You may contact Yahoo Italia at any time by writing sending an email to the above address.

i. **Germany**: If Yahoo Deutschland, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Deutschland and Yahoo Deutschland provides you with the Services. In that case, the contractual and non-contractual relationships between the parties with respect to the use of the Services are subject exclusively to German law. You consent to the exclusive jurisdiction and venue of Munich, Germany for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim in cases you are domiciled outside of the territory of Germany or transferred your domicile outside the territory of Germany after accepting this ATOS. If you upgrade your German Yahoo Mail account to Yahoo Mail Plus, that service is provided to you under a set of terms called the Mail Plus Additional Terms of Service available at https://info.yahoo.com/legal/de/yahoo/mail/mailplus/mailplus_atos_new.html: the provisions of this ATOS will be incorporated into those terms and will apply to you in respect of that service. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/de/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/de/yahoo/.

D. Customer Care: http://help.yahoo.com/l/de/yahoo/abuse/help001.html.

j. **France**: If Yahoo France SAS (RCS Paris 442 044 087), 17-19 rue Guillaume Tell 75017 Paris, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo France and Yahoo France provides you with the Services, and the laws of France govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. If you upgrade your French Yahoo Mail account to Yahoo Mail Plus, that service is provided to you by Yahoo Netherlands BV, a company incorporated under the Laws of the Netherlands with registration number 34141161, with registered office in Zuideinde 136, 1541 CG Koog aan de Zaan, Netherlands, under a set of terms called the Mail Plus Additional Terms of Service available at https://info.yahoo.com/legal/fr/yahoo/mail/mailtos/mailplus.html: the provisions of this ATOS will be incorporated into those terms and will apply as between you and Yahoo Netherlands BV in respect of that service. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/fr/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/fr/yahoo/.

D. Customer Care: http://help.yahoo.com/l/fr/yahoo/abuse/.

k. **Spain**: If Yahoo Iberia S.L.U., Calle María de Molina, 40 28006 Madrid, España, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Iberia and Yahoo Iberia provides you with the Services, and the laws of Spain govern not only the interpretation of

this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Iberia irrevocably consent to the exclusive jurisdiction and venue of Spain (and the Courts of the City of Madrid) for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/es/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/es/yahoo/.

D. Customer Care: http://help.yahoo.com/l/es/yahoo/helpcentral/.

I. **Ireland Denmark, Finland, Norway, Romania, the Netherlands, Sweden, Turkey, Russia, Poland, Belgium, Czech Republic, Hungary, Portugal, Austria, Bulgaria, Croatia, Estonia, Latvia, Lithuania, Serbia, Slovakia, Slovenia, Ukraine and Greece** If Yahoo Ireland Services Limited (YISL) of Block P, Eastpoint Business Park, Clontarf, Dublin, 3 Ireland, provides you with your Yahoo Mail account and service, then you are contracting with YISL to provide you with the Services, and the laws of Ireland govern this ATOS and any non-contractual obligations arising out of it. You and YISL irrevocably consent to the exclusive jurisdiction and venue of the Irish courts for all disputes arising out of or in connection with this ATOS, any non-contractual obligation arising out of or in connection with this ATOS or any claim or dispute arising out of or relating to the relationship between you and YISL regardless of the type of claim.

You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below.

Ireland:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ie/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/ie/yahoo/.

Denmark:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/dk/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/dk/yahoo/.

Finland:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/fi/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/fi/yahoo/.

Norway:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/no/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/no/yahoo/.

Romania:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ro/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/ro/yahoo/.

The Netherlands:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/nl/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/nl/yahoo/.

Sweden:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/se/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/se/yahoo/.

Turkey:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/tr/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/tr/yahoo/.

Russia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ru/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/ru/yahoo/.

Greece:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/gr/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/gr/yahoo/.

Poland:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/pl/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/pl/yahoo/.

Belgium:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/be/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/be/yahoo/.

Czech Republic:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/cz/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/cz/yahoo/.

Hungary:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/hu/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/hu/yahoo/.

Portugal:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/pt/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/pt/yahoo/.

Austria:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/at/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/at/yahoo/.

Bulgaria:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/bg/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/bg/yahoo/.

Croatia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/hr/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/hr/yahoo/.

Estonia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ee/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/ee/yahoo/.

Latvia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/lv/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/lv/yahoo/.

Lithuania:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/lt/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/lt/yahoo/.

Serbia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/rs/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/sr/yahoo/.

Slovakia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/sk/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/sk/yahoo/.

Slovenia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/si/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/si/yahoo/.

Ukraine:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ua/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/ua/yahoo/.

**REGION:**

**Asia Pacific.**

m. **Hong Kong**: If Yahoo Hong Kong Limited, at 27/F Sunning Plaza, 10 Hysan Avenue, Causeway Bay, Hong Kong, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Hong Kong and Yahoo Hong Kong provides you with the Services, and the laws of Hong Kong govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Hong Kong irrevocably consent to the exclusive jurisdiction and venue of Hong Kong for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. Lastly, the following additional provisions apply to you:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/hk/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/hk/yahoo.

D. Customer Care: http://help.cc.hk.yahoo.com/.

E. Certain features may not be available to users in HK including PC-to-phone and other internet calling.

n. **Singapore, Indonesia, Malaysia, the Philippines, Thailand and Vietnam**: If Yahoo Asia Pacific Pte. Ltd. (of 60 Anson Road, #13-01 Mapletree Anson, Singapore 079914), provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Asia Pacific Pte. Ltd. and Yahoo Asia Pacific Pte. Ltd. provides you with the Services, and the laws of Singapore govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Asia Pacific Pte. Ltd. irrevocably consent to the exclusive jurisdiction and venue of the Singapore Courts for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. Lastly, the following additional provisions apply to you:

A. ATOS:

• Singapore: https://info.yahoo.com/legal/yahoo/all/mail/.

• Indonesia : https://info.yahoo.com/legal/yahoo/all/mail/.

• Malaysia : https://info.yahoo.com/legal/yahoo/all/mail/.

• Philippines: https://info.yahoo.com/legal/yahoo/all/mail/.

• Thailand : https://info.yahoo.com/legal/yahoo/all/mail/.

• Vietnam : https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS:

• Singapore: https://info.yahoo.com/legal/sg/yahoo/utos/terms/.

• Indonesia : https://info.yahoo.com/legal/id/yahoo/utos/terms

• Malaysia : https://info.yahoo.com/legal/my/yahoo/utos/terms/.

• Philippines: https://info.yahoo.com/legal/ph/yahoo/utos/terms/.

• Thailand : https://info.yahoo.com/legal/th/yahoo/utos/terms.

• Vietnam : https://info.yahoo.com/legal/vn/yahoo/utos/terms/.

C. Privacy Policy:

• Singapore: https://info.yahoo.com/privacy/sg/yahoo/.

• Indonesia : https://info.yahoo.com/privacy/id/yahoo/.

• Malaysia : https://info.yahoo.com/privacy/my/yahoo/.

• Philippines: https://info.yahoo.com/privacy/ph/yahoo/.

• Thailand : https://info.yahoo.com/privacy/th/yahoo.

• Vietnam : https://info.yahoo.com/privacy/vn/yahoo/.

D. Customer Care:

• Singapore: http://help.yahoo.com/l/sg/yahoo/mail/abuse.html.

• Indonesia: http://help.yahoo.com/l/id/yahoo/mail/yahoomail/abuse.html.

• Malaysia: http://help.yahoo.com/l/mye/yahoo/mail/yahoomail/abuse-01.html.

• Philippines: http://help.yahoo.com/l/ph/yahoo/mail/yahoomail/abuse.html.

• Thailand: http://help.yahoo.com/l/th/yahoo/mail/abuse.html.

• Vietnam: http://help.yahoo.com/l/vn/yahoo/mail/yahoomail/abuse.html.

o. **Australia**: If Yahoo 7 Pty Limited, Levels 2 & 3, Pier 8/9, 23 Hickson Road, Millers Point NSW 2000, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo 7 and Yahoo 7 provides you with the Services, and the laws of New South Wales govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo 7 irrevocably consent to the exclusive jurisdiction and venue of the New South Wales courts for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. Lastly, the following additional provisions apply to you the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/au/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/au/yahoo.

D. Customer Care: http://help.yahoo.com/l/au/yahoo7/abuse/general.html.

p. **New Zealand**: If Yahoo New Zealand Limited, 2 Ruskin Street Parnell Auckland New Zealand, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo New Zealand and Yahoo New Zealand provides you with the Services, and the laws of New Zealand govern not only the interpretation of this ATOS and applies to claims for breach of it, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo New Zealand irrevocably consent to the exclusive jurisdiction and venue of the courts in Auckland for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/nz/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/nz/yahoo.

D. Customer Care: http://help.yahoo.com/l/au/yahoo7/abuse/general.html.

q. **Taiwan**: If Yahoo Taiwan provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Taiwan and Yahoo Taiwan provides you with the Services, and the laws of Taiwan govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Taiwan irrevocably consent to the exclusive jurisdiction and venue of the courts located in Taipei, Taiwan, R.O.C. for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. Lastly, the following additional provisions apply to you:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/tw/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/tw/yahoo.

D. Customer Care: http://tw.help.cc.yahoo.com/.

r. **India**: If Yahoo India Private Limited, Unit No. 1261, 6th floor, Building No.12, Solitaire Corporate Park, No. 167, Guru Hargovindji Marg, (Andheri-Ghatkopar Link Road), Andheri (East), Mumbai - 400 093, India, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo India and Yahoo India provides you with the Services, and the laws of India govern this License and ATOS regardless of conflict of laws principles. You and Yahoo India irrevocably consent to the exclusive jurisdiction of the competent courts at Mumbai for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. Lastly, the following additional provisions apply to you:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/in/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/in/yahoo.

D. Customer Care: http://help.yahoo.com/l/in/yahoo/helpcentral/.

E. Certain features may not be available to users in IN including PC-to-phone and other internet

calling.

## REGION:

### The Middle East and North Africa.

s. **Yahoo Maktoob Services and Israel**. If Yahoo! Inc., 701 First Avenue, Sunnyvale, CA 94089 provides you with your Yahoo Mail account and service, then you are contracting with Yahoo! Inc. and Yahoo! Inc. provides you with the Services and the substantive law of the State of California governs the interpretation of this ATOS and applies to all claims related to it, regardless of conflict of laws principles. You and Yahoo! Inc. irrevocably consent to the exclusive jurisdiction and venue of the state courts located in Santa Clara County, California or in the Federal Courts located in the Northern District of California, USA for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. If applicable, all Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995, is provided with the commercial rights and restrictions described herein. If the Services and related documentation are supplied to or purchased by or on behalf of the United States Government, if applicable, then the Services are deemed to be "commercial software" as that term is used in the Federal Acquisition Regulation system. Rights of the United States shall not exceed the minimum rights set forth in FAR 52.227-19 for "restricted computer software." All other terms and conditions of this ATOS apply. You agree to not provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act. You acknowledge and understand that Yahoo does NOT currently allow you to access any 911 or similar emergency services (no traditional 911, E911, or similar access to emergency services in your country). You should always have an alternative means of accessing 911 or similar emergency services in your country. Please inform others who use your Yahoo Messenger or Yahoo Mail and devices used to access Yahoo Messenger or Yahoo Mail that they must access these numbers through a traditional landline or mobile phone. Yahoo Messenger and Yahoo Mail are not intended to replace your primary phone service, such as a traditional landline or mobile phone.

If you have registered for the Yahoo Maktoob services in English, you can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided below.

A. ATOS:https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.maktoob.com/terms_e.php.

C. Privacy Policy: http://info.maktoob.com/terms_e.php

D. Customer Care: http://help.yahoo.com/l/xe/yahoo/helpcentral/

E. Certain features may not be available to you including PC-to-phone and other internet calling.

If you have registered for the Yahoo Maktoob services in Arabic, you can review the most current version of this ATOS, the TOS and the Privacy Policy at any time by visiting the Yahoo Maktoob Arabic Terms of Service Center at the link provided below. You may also contact customer care using the link provided below.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.maktoob.com/terms.php.

C. Privacy Policy: http://info.maktoob.com/terms.php

D. Customer Care: http://help.yahoo.com/l/xa/yahoo/helpcentral/

E. Certain features may not be available to you including PC-to-phone and other internet calling.

If you have registered for the Yahoo services in Israel, you can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/il/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/il/yahoo/.

t. **South Africa**: If Yahoo Ireland Services Limited (YISL) of Block P, Eastpoint Business Park, Clontarf, Dublin, 3 Ireland, provides you with your Yahoo Mail account and service, then you are contracting with YISL to provide you with the Services, and the laws of Ireland govern this ATOS and any non-contractual obligations arising out of it. You and YISL irrevocably consent to the exclusive jurisdiction and venue of the Irish courts for all disputes arising out of or in connection with this ATOS, any non-contractual obligation arising out of or in connection with this ATOS or any claim or dispute arising out of or relating to the relationship between you and YISL regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/za/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/za/yahoo/.

FILED UNDER SEAL

EXHIBIT 4

FILED UNDER SEAL

EXHIBIT 5

FILED UNDER SEAL

EXHIBIT 6

**FILED UNDER SEAL**

EXHIBIT 7

**FILED UNDER SEAL**

EXHIBIT 8

FILED UNDER SEAL

EXHIBIT 9

FILED UNDER SEAL

EXHIBIT 10

FILED UNDER SEAL

EXHIBIT 11

FILED UNDER SEAL

EXHIBIT 12

FILED UNDER SEAL

EXHIBIT 13

FILED UNDER SEAL

EXHIBIT 14

FILED UNDER SEAL

EXHIBIT 15

FILED UNDER SEAL

EXHIBIT 16

FILED UNDER SEAL

EXHIBIT 17

FILED UNDER SEAL

EXHIBIT 18

FILED UNDER SEAL

EXHIBIT 19

FILED UNDER SEAL

EXHIBIT 20