Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
Ashley Tveit (SBN 275458)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 981-4800
Facsimile: (415) 981-4846
*dcg@girardgibbs.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 772-4700
Facsimile:   (415) 772-4707
*lking@kaplanfox.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Ave., 14th Floor
New York, NY  10022
Telephone:  (212) 687-1980
Facsimile:   (212) 687-7714
*dstraite@kaplanfox.com*

*Co-Lead Interim Class Counsel*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO MAIL LITIGATION | Consolidated Case No.: 5:13-cv-04980-LHK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO YAHOO'S DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (RULE 7-11(b))**<br><br>The Honorable Lucy H. Koh |

Plaintiffs request leave to file a reply to the declaration Yahoo! Inc. filed in support of plaintiffs' Administrative Motion to File Under Seal.  Plaintiffs filed their motion for class certification on February 5, 2015.  Pursuant to Local Rules 7-11 and 79-5, plaintiffs filed an administrative motion to file under seal certain documents and testimony filed in support of their motion for class certification that Yahoo had designated "Highly Confidential – Attorneys' Eyes Only," as well as excerpts of plaintiffs' memorandum that reference those documents and testimony.  ECF No. 60.  In their motion, plaintiffs took no position on the confidentiality of the documents and deposition excerpts, but filed under seal in order to comply with their obligations under the protective order (ECF No. 36) and Local Rule 79-5(d).  Yahoo filed a declaration in support of the motion to seal on February 9 in accordance with Local Rule 79-5(e)(1).  ECF No. 69.

Motions for administrative relief are generally decided without a reply.  Local Rule 7-11(c) provides that "[u]nless otherwise ordered, a Motion for Administrative Relief is deemed submitted for immediate determination without hearing on the day after the opposition is due."  Having reviewed Yahoo's declaration and the justifications Yahoo provides for sealing the vast majority of the evidence plaintiffs filed in support of their motion, plaintiffs request leave to file a reply (attached as Exhibit A) to address Yahoo's failure to make a particularized showing in support of sealing the documents and deposition excerpts and to identify for the Court specific documents and deposition excerpts that are not confidential and should not be sealed.

Yahoo declined to stipulate to this request.  Yahoo's counsel said that plaintiffs' filing of a reply "would be inconsistent with the Local Rules, and would violate the Protective Order that governs this case."  The challenge procedures set forth in paragraph 7 of the protective order, however, are distinct from the procedures set forth in paragraph 14 for the filing of protected material.  As paragraph 1 of the protective order states, "The parties further acknowledge, as set forth in Paragraph [14] below, that this Stipulation and Protective Order creates no entitlement to file confidential information under seal; Civil Local Rule 79-5 sets forth the procedures that must be followed and reflects the standards that will be applied when a party seeks permission from the Court to file material under seal."  The proposed reply reflects plaintiffs' analysis of the issues the Court will have to address in ruling on the motion to seal, and is the only practicable method for plaintiffs to respond to the reasons for sealing that Yahoo

1

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO YAHOO'S
DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CONSOLIDATED CASE NO.: 5:13-CV-04980-LHK

provided in its declaration.  Alternatively, the Court may direct the parties to follow the challenge procedures in paragraph 7 of the protective order with respect to the documents and deposition, declaration and memorandum excerpts that Yahoo has asked the Court to seal, and report the results of their meet and confer to the Court.

Dated: February 13, 2015

Respectfully Submitted,

By: ___*/s/ Daniel C. Girard*___

Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
Ashley Tveit (SBN 275458)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 981-4800
Facsimile: (415) 981-4846
*dcg@girardgibbs.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 772-4700
Facsimile:   (415) 772-4707
*lking@kaplanfox.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Ave., 14th Floor
New York, NY  10022
Telephone:  (212) 687-1980
Facsimile:   (212) 687-7714
*dstraite@kaplanfox.com*

*Co-Lead Interim Class Counsel*

2

PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY TO YAHOO'S
DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CONSOLIDATED CASE NO.: 5:13-CV-04980-LHK