Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
Ashley Tveit (SBN 275458)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dcg@girardgibbs.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Ave., 14th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*dstraite@kaplanfox.com*

*Co-Lead Interim Class Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO MAIL LITIGATION | Case No. 5:13-CV-4980-LHK <br><br> **DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY TO YAHOO'S DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> N.D. Cal Local Rule 7-11(b) <br><br> Date: April 23, 2015 <br> Time: 10:00 a.m. <br> Place: Courtroom: 8 <br> Judge: The Honorable Lucy H. Koh |

I, Ashley Tveit, hereby declare as follows:

1.      I am an attorney licensed to practice in the State of California.  I am an associate at the law firm of Girard Gibbs LLP, counsel for plaintiffs in this class action against Yahoo! Inc.

2.      I am familiar with the file, the documents, and the history related to this case.  The following statements are based on my personal knowledge and review of the files in this case and, if called on to do so, I could and would testify competently thereto.  I submit this declaration in support of the Plaintiffs' Reply to Yahoo's Declaration In Support of Plaintiffs' Administrative Motion to File Under Seal.

3.      Pursuant to Civil Local Rules 7-11 and 7-12, I called Yahoo's counsel, Robert Petraglia, on February 13 to notify him that plaintiffs intend to move for leave to file a reply in response to Yahoo's Declaration in Support of Plaintiffs' Administrative Motion to File Under Seal.  I asked if Yahoo would stipulate to the motion.  Mr. Petraglia said that Yahoo would not stipulate and that plaintiffs' filing of a reply "would be inconsistent with the Local Rules, and would violate the Protective Order that governs this case."  Accordingly, it is not possible for plaintiffs to obtain a stipulation from Yahoo on this matter.

4.      On January 14, 2015, plaintiffs took the deposition of Amir Doron, a former Yahoo employee who was designated by Yahoo to testify in response to plaintiffs' Federal Rule of Civil Procedure 30(b)(6) subpoena about Yahoo's scanning and analysis of email, collection and storage of data, and sharing of data with third parties.  Yahoo served plaintiffs with confidentiality designations for the deposition transcript on February 6, 2015.  A true and correct copy of the confidentiality designations is attached as Exhibit 1.

5.      I have reviewed the documents produced by Yahoo in this case and I am familiar with Yahoo's confidentiality designations for the documents.  With the exception of unquestionably public documents, such as news articles that are available online, Yahoo designated all or nearly all of the documents it produced as "Highly Confidential – Attorneys' Eyes Only."

6.      Attached as Exhibit 2 is a true and correct copy of Yahoo's "Communications Terms of Service," which was attached as Exhibit D to plaintiffs' Consolidated Class Action Complaint.

7.      Below is a chart identifying the excerpts of plaintiffs' class certification memorandum,

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

the Robert Sherwood declaration, the Doran deposition transcript, and the documents attached to the Girard Declaration that plaintiffs believe should not be sealed, either in part or in their entirety.

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| **Exhibit 1 to the Declaration of Robert Sherwood** | | |
| Page 5-6, ¶ 9 | These portions of the Sherwood Declaration contain references to and analysis of deposition testimony and Yahoo's documents designated as Highly Confidential.  In particular, the portions sought to be sealed reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes. The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons. | This general information about Yahoo's email processes is not confidential or competitively sensitive.  It is publicly available in paragraph 1.c of Yahoo's "Communications Terms of Service," which is attached as Exhibit 3 to the Girard Declaration. |
| Page 6, ¶ 10 | These portions of the Sherwood Declaration contain references to and analysis of deposition testimony and Yahoo's documents designated as Highly Confidential.  In particular, the portions sought to be sealed reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes. The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons. | The first and sixth sentences should not be sealed because the process described is common to all email services and is therefore not confidential or competitively sensitive. |
| Page 6-7, ¶ 12 | These portions of the Sherwood Declaration contain references to and analysis of deposition testimony and Yahoo's documents designated as Highly Confidential.  In particular, the | The first and last sentences should not be sealed because the process described is common to all email services and is therefore not confidential or competitively |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | portions sought to be sealed reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes. The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons. | sensitive. |
| Page 7, ¶ 13 n.10 | These portions of the Sherwood Declaration contain references to and analysis of deposition testimony and Yahoo's documents designated as Highly Confidential.  In particular, the portions sought to be sealed reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes. The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons. | This footnote should not be sealed because Yahoo did not seek to seal the same information in the Doron deposition transcript. *See* Doron Dep. at 105:14-20. |
| Page 8, ¶ 14 | These portions of the Sherwood Declaration contain references to and analysis of deposition testimony and Yahoo's documents designated as Highly Confidential.  In particular, the portions sought to be sealed reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes. The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons. | This paragraph should not be sealed (perhaps with the exception of the name of the technology) because Yahoo did not seek to seal the same information in the Doron deposition transcript.  S*ee* Doron. Dep. at 41:4-11. |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| Page 8, ¶ 16 | These portions of the Sherwood Declaration contain references to and analysis of deposition testimony and Yahoo's documents designated as Highly Confidential.  In particular, the portions sought to be sealed reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes. The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons. | The second sentence of this paragraph should not be sealed because it is publicly available on Yahoo's website.  *See* https://help.yahoo.com/kb/stopping-spam-yahoo-mail-sln3227.html. |
| **Transcript of Deposition of Amir Doron (Girard Declaration, Ex. 1)** | | |
| 6:11 excluding "30, 2013" | Disclosure of this information regarding Yahoo's business dealings in foreign countries could harm Yahoo by providing competitors with information regarding Yahoo's confidential business decisions. | The fact that Yahoo has business dealings in the U.K. is publicly available information because Yahoo has U.K. websites and offices, *see* https://uk.yahoo.com, and because Yahoo disclosed its business dealings with the U.K. in its declaration in support of sealing. *See* ECF No. 69 at 2:14-15. |
| 16:12-13 excluding "Yahoo Messenger" | Disclosure of this information regarding an unreleased product could harm Yahoo because competitors may use this information to create competing product features. | This information is publicly available on Yahoo's website. *See* https://messenger.yahoo.com. |
| 18:17-25 excluding "Is that the grid that was used for" | Disclosure of this information regarding Yahoo's email technology could harm Yahoo by providing competitors with confidential information about Yahoo's mail technology products.  A competitor might use this information to develop competing products. | This excerpt does not reveal confidential information.  Yahoo did not redact similar information in the transcript at 18:14-16. Yahoo also did not redact similar information on page 21 of plaintiffs' memorandum. |

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| 22:8-10 | Disclosure of this information regarding Yahoo's email technology, and email infrastructure, could harm Yahoo by providing competitors with confidential trade secret information. A competitor might use this information to develop competing products. | This general information about Yahoo's scanning practices is not confidential trade secret information and is not information that would allow a competitor to develop competing products. |
| 22:22-25 | Disclosure of this information regarding Yahoo's email technology, and email infrastructure, could harm Yahoo by providing competitors with confidential trade secret information. A competitor might use this information to develop competing products. | This general statement is not information that would allow a competitor to develop competing products. |
| 23:1-12 | Disclosure of this information regarding Yahoo's email infrastructure could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems. A competitor might use this information to develop a competing email infrastructure. Also hackers and spammers might use this information to evade Yahoo's virus, malware, and spam protections. | The question at 23:1-3 is not based on confidential information. The response to the question at 23:4-12 provides general information that is not confidential and could not be used by a competitor or by hackers and spammers. |
| 24:1-25 | Disclosure of this information regarding Yahoo's email infrastructure could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems. A competitor might use this information to develop a competing email infrastructure. Also hackers and spammers might use this information to evade Yahoo's virus, malware, and spam protections. | This designation is over-inclusive. 24:1-10 and 24:19-25 should not be sealed because they do not discuss any email process performed by Yahoo that could be used by competitors or by hackers and spammers. |
| 25:1-13 | Disclosure of this information regarding Yahoo's email infrastructure could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email | This designation is over-inclusive. 25:9-13 should not be sealed because it does not discuss any email processes performed by Yahoo that could be used by |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | that is routed through its systems.  A competitor might use this information to develop a competing email infrastructure.  Also hackers and spammers might use this information to evade Yahoo's virus, malware, and spam protections. | competitors or by hackers and spammers. |
| 26:1-3 | Disclosure of this information regarding Yahoo's email infrastructure could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop a competing email infrastructure.  Also hackers and spammers might use this information to evade Yahoo's virus, malware, and spam protections. | The question and the name of the email process do not contain confidential information about Yahoo's email processes that could be used by competitors or by hackers and spammers. |
| 27:1-8 | Disclosure of this information regarding Yahoo's email infrastructure could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop a competing email infrastructure.  Also hackers and spammers might use this information to evade Yahoo's virus, malware, and spam protections. | This general information is not confidential and could not be used by competitors or by hackers and spammers. |
| 27:10-25 | Disclosure of this information regarding Yahoo's email infrastructure could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop a competing email infrastructure.  Also hackers and spammers might use this information to evade Yahoo's virus, malware, and spam protections. | This designation is over-inclusive. 27:24-25 should not be sealed because it does not discuss an email process performed by Yahoo. Yahoo did not redact similar information in the transcript at 17:24-18:16 and on page 21 of plaintiffs' memorandum. |

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| 28:3-25 | Disclosure of this information regarding Yahoo's email infrastructure could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop a competing email infrastructure.  Also hackers and spammers might use this information to evade Yahoo's virus, malware, and spam protections. | This excerpt discusses Yahoo's anti-spam processes in general terms and does not provide information that could be used by competitors or by hackers and spammers.  Yahoo did not redact similar information in the transcript at 28:1-2 and 58:8-9.  The fact that Yahoos scans for spam is also disclosed in paragraph 1.c of Yahoo's "Communications Terms of Service," which is attached as Exhibit 3 to the Girard Declaration. |
| 32:21-25 | Disclosure of this information regarding Yahoo's email infrastructure and email technology could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop a competing email infrastructure. | This general information does not reveal confidential information about how Yahoo processes email and could not be used by a competitor to develop a competing email infrastructure. |
| 33:1 | Disclosure of this information regarding Yahoo's email infrastructure and email technology could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop a competing email infrastructure. | This general information does not reveal confidential information about how Yahoo processes email and could not be used by a competitor to develop a competing email infrastructure. |
| 33:7-21 | Disclosure of this information regarding Yahoo's email infrastructure could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop a competing email infrastructure. | This designation is over-inclusive.  33:14-21 should not be sealed because the same information is publicly available in paragraph 1.c of Yahoo's "Communications Terms of Service," which is attached as Exhibit 3 to the Girard Declaration. |

7

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| 34:10-25 excluding "The Yahoo user sees it -- " | Disclosure of this information regarding Yahoo's email infrastructure and email technology could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | Yahoo did not seek to seal similar information at 17:24-18:17 of the transcript. This information is also publicly available on Amir Doron's LinkedIn page.  *See* https://www.linkedin.com/pub/amir-doron/1/13/905. |
| 35:1-21 | Disclosure of this information regarding Yahoo's email infrastructure and email technology could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. The information at 35:7-13 is publicly available in Yahoo's Mail FAQ, which is attached as Exhibit 24 to the Girard Declaration.  The information about what Yahoo does not do at 35:14-19 is not confidential because it cannot be used by competitors to develop competing infrastructure or technology. |
| 36:17-22 | Disclosure of this information regarding Yahoo's email infrastructure, product features, and email technology could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | 36:17-20 should not be sealed because it does not contain confidential information.  Instead, it describes in general terms a feature that has been phased out. 36:21-22 should not be sealed (perhaps with the exception of the name of the technology) because Yahoo did not seek to seal the same information at 104:2-105:20 of the transcript. |
| 36:24 | Disclosure of this information regarding Yahoo's email infrastructure, and email technology could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This excerpt does not reveal any confidential information about how Yahoo processes email. |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| 37:8-18 | Disclosure of this information regarding Yahoo's email infrastructure, and email technology could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This information is not confidential (except perhaps for the name of the technology) and could not be used by competitors to develop competing email infrastructure or technology.  Yahoo did not seek to seal the same information at 104:2-105:20 of the transcript. |
| 38:6-21 | Disclosure of this information regarding Yahoo's email infrastructure, and email technology could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 38:6-18 should not be sealed because a statement about something Yahoo does not do cannot be used by a competitor to develop competing email infrastructure or technology. |
| 39:1-24 | Disclosure of this information regarding Yahoo's email infrastructure, and email technology could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop a competing email infrastructure and approach to mail technology. | This designation is over-inclusive. 39:3-4 should not be sealed because it contains no confidential information about Yahoo's email infrastructure or technology. |
| 40:1-20 | Disclosure of this information regarding Yahoo's email infrastructure, and email technology could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop a competing email infrastructure and approach to mail technology. Disclosure of this information regarding Yahoo's email infrastructure, and email technology could harm Yahoo by | This designation is over-inclusive. 40:1-2 should not be sealed because it contains no confidential information about Yahoo's email infrastructure or technology. |

9

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems. A competitor might use this information to develop competing email infrastructure or technology. | |
| 41:3 excluding "Does Yahoo scan the bodies of" | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems. A competitor might use this information to develop competing email infrastructure or technology. | The single word that Yahoo wants to redact from this line is not confidential information that can be used by a competitor. The information is publicly available in paragraph 1.c of Yahoo's "Communications Terms of Service," which is attached as Exhibit 3 to the Girard Declaration. |
| 42:6-7 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems. A competitor might use this information to develop competing email infrastructure or technology. | This question provides general information that cannot be used by a competitor to develop competing infrastructure or technology. Yahoo also did not seek to seal the same information at 104:2-105:20 of the transcript. |
| 42:9-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems. A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. The information at 42:9-17 is general and could not be used by a competitor to develop competing infrastructure or technology. Yahoo also did not seek to seal the same information at 104:2-105:20 of the transcript. |
| 43:1-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed | This designation is over-inclusive. 43:6-11 should not be sealed because this information could not be used by competitors. Yahoo did not seek to seal similar information at 18:16 of the transcript and page |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | 21 of plaintiffs' memorandum. |
| 44:1-9 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 49:2-4 and 49:8-9 should not be sealed because they do not contain information about how Yahoo processes email. |
| 47:12-16 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This excerpt should not be sealed because it is a general statement that could not be used by a competitor to develop competing email infrastructure or technology. |
| 48:1-21 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology.  It could also be used by spammers or hackers looking to subvert Yahoo's anti-spam and anti-virus protections. | This designation is over-inclusive. 48:2-8 should not be sealed because it does not contain confidential information about how Yahoo processes email that could be used by a competitor or by hackers or spammers.  Yahoo did not seek to seal the same information at 18:16 of the transcript and page 21 of plaintiffs' memorandum. |
| 49:2-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed | This designation is over-inclusive. 49:17-19 should not be sealed because it does not contain confidential information about how Yahoo processes email that could be used by a competitor or by |

11

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | through its systems.  A competitor might use this information to develop competing email infrastructure or technology.  It could also be used by spammers or hackers looking to subvert Yahoo's anti-spam and anti-virus protections. | hackers or spammers.  Yahoo did not seek to seal the same information at 18:16 of the transcript and page 21 of plaintiffs' memorandum. |
| 53:8-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology.  It could also be used by spammers or hackers looking to subvert Yahoo's anti-spam and anti-virus protections. | This designation is over-inclusive. 53:13-14 should not be sealed because it does not contain any confidential information. |
| 54:16-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 54:16 should not be sealed because it does not contain confidential information about how Yahoo processes email. |
| 58:1-6 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 58:3-6 should not be sealed because it does not contain confidential information about how Yahoo processes email that could be used by a competitor to develop competing email infrastructure or technology. |
| 58:10-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by | This designation is over-inclusive. 58:23-25 should not be sealed because it does not contain |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems. A competitor might use this information to develop competing email infrastructure or technology. | confidential information about how Yahoo processes email that could be used by a competitor to develop competing email infrastructure or technology. Yahoo also did not seek to seal the same information at 41:3-44:5 of the transcript. |
| 59:1-7 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems. A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 59:1-5 should not be sealed because it does not contain confidential information about how Yahoo processes email that could be used by a competitor to develop competing email infrastructure or technology. Yahoo also did not seek to seal the same information at 41:3-44:5 of the transcript. |
| 63:15-16 excluding "who's in charge" and "Do you know?" | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems. A competitor might use this information to develop competing email infrastructure or technology. | This excerpt does not contain confidential information about how Yahoo processes email that could be used by a competitor to develop competing email infrastructure or technology. Yahoo also did not seek to seal the same information at 63:2 of the transcript. |
| 63:17 excluding "That would be – " and "Doug Sharp." | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems. A competitor might use this information to develop competing email infrastructure or technology. | This excerpt does not contain confidential information about how Yahoo processes email that could be used by a competitor to develop competing email infrastructure or technology. Yahoo also did not seek to seal the same information at 63:2 of the transcript. |
| 64:22-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed | This designation is over-inclusive. 64:25 should not be sealed because it does not contain confidential information about how Yahoo processes email that could be used by a competitor. |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | |
| 65:11-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 65:13-14 should not be sealed because it does not contain confidential information about how Yahoo processes email that could be used by a competitor to develop competing email infrastructure or technology.  Yahoo did not seek to seal the same information at 104:2-105:20 of the transcript.  In addition, 65:25 should not be sealed because it does not contain confidential information about Yahoo's email processes and Yahoo also did not seek to seal the same information at 34:6-7 of the transcript. |
| 66:1-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology.  It could also be used by spammers or hackers looking to subvert Yahoo's anti-spam and anti-virus protections. | This designation is over-inclusive. 66:1-3 should not be sealed because it does not contain confidential information about how Yahoo processes email. Yahoo did not seek to seal the same information at 34:6-7 of the transcript. |
| 68:1-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or | This designation is over-inclusive. 68:18 and 68:22-23 should not be sealed because they do not contain confidential information about how Yahoo processes email.  The information is also available in paragraph 1.c of Yahoo's "Communications Terms of Service," which is attached as |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | technology. | Exhibit 3 to the Girard Declaration. |
| 70:1-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. It could also be used by spammers or hackers looking to subvert Yahoo's anti-spam and anti-virus protections. | This designation is over-inclusive. 70:1-7 should not be sealed because it contains only general information about Yahoo's email infrastructure and product features. |
| 71:2-14 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 71:7-10 should not be sealed because it does not contain confidential information about how Yahoo processes email that could be used by a competitor to develop competing email infrastructure or technology. |
| 71:15 excluding "But like I said, there's" | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This excerpt should not be sealed because it does not contain any information about Yahoo's email infrastructure or product features. |
| 72:9-13 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or | This designation is over-inclusive. 72:11-13 should not be sealed because it does not contain any information about Yahoo's email infrastructure or product features. |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | technology. | |
| 73:1-22 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 73:1-3 and 73:21-22 should not be sealed because they do not contain confidential information about how Yahoo processes email.  As to 73:21-22, Yahoo did not redact the same information at 35:25-36:7 of the transcript. |
| 74:17-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 74:17-21 should not be sealed because it does not contain confidential information about how Yahoo processes email. |
| 77:16 excluding "For instance, the decision to" | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This excerpt should not be sealed because Yahoo did not seek to seal the name of this technology at 63:2 of the transcript. |
| 77:17 excluding "would that be made by executives in" | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This excerpt should not be sealed because Yahoo did not seek to seal the name of this technology at 63:2 of the transcript. |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| 84:10-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology.  It could also be used by spammers or hackers looking to subvert Yahoo's anti-spam and anti-virus protections. | This designation is over-inclusive. 84:24-25 should not be sealed because it does not contain confidential information about how Yahoo processes email. |
| 85:5-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology.  It could also be used by spammers or hackers looking to subvert Yahoo's anti-spam and anti-virus protections. | This designation is over-inclusive. 85:21-23 should not be sealed because it does not contain confidential information about how Yahoo processes email.  Yahoo also did not seek to seal the same information at 18:14-16 of the deposition. |
| 88:1-11 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 88:9-11 should not be sealed because it does not contain confidential information about how Yahoo processes email. |
| 89:1-10 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might | This designation is over-inclusive. 89:6-10 should not be sealed because it does not contain confidential information about how Yahoo processes email.  The information is also publicly available in Yahoo's "Mail FAQ," |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | use this information to develop competing email infrastructure or technology.  It could also be used by spammers or hackers looking to subvert Yahoo's anti-spam protections. | which is attached as Exhibit 24 to the Girard Declaration. |
| 94:9-18 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This excerpt should not be sealed because it does not contain confidential information about how Yahoo processes email. The same information is publicly available in paragraph 1.c of Yahoo's "Communications Terms of Service," which is attached as Exhibit 3 to the Girard Declaration. |
| 101:17-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This excerpt should not be sealed because it discusses standard and publicly available industry protocols. *See* https://tools.ietf.org/html/rfc5321. |
| 102:1 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This excerpt should not be sealed because it discusses standard and publicly available industry protocols. *See* https://tools.ietf.org/html/rfc5321. |
| 113:6-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might | This designation is over-inclusive. 113:19-25 should not be sealed because it does not contain confidential information about how Yahoo processes email. |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | use this information to develop competing email infrastructure or technology. | |
| 114:1-17 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 114:1-9 should not be sealed because it does not contain confidential information about how Yahoo processes email that could be used by a competitor to develop competing email infrastructure or technology. |
| 119:1-6 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This excerpt should not be sealed. Information about what Yahoo does not do is not confidential and cannot be used by a competitor to develop competing email infrastructure or technology.  It is also publicly available in Yahoo's "Mail FAQ," which is attached as Exhibit 24 to the Girard Declaration. |
| 121:1-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 121:14-19 should not be sealed because it does not contain confidential information about how Yahoo processes email that could be used by a competitor to develop competing email infrastructure or technology.  Yahoo also did not seek to seal the same information at 106:11-107:24 of the transcript. |
| 123:1-7 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. Disclosure of this | This excerpt should not be sealed because it does not contain confidential information about how Yahoo processes email or Yahoo's business relationship with clients. |

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | information regarding Yahoo's business dealings could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients. | |
| 123:18-21 excluding "Okay." | Disclosure of this information regarding Yahoo's internal business practices could harm Yahoo by providing competitors with confidential trade secret information. | This designation is over-inclusive. 123:21 should not be sealed because it does not contain any confidential information. |
| 129:1-17 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This designation is over-inclusive. 129:11-13 and 129:16-17 should not be sealed because the information is publicly available. *See* Exhibit 23 to the Girard Declaration. |
| 129:20 excluding "I don't know" | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. | This excerpt should not be sealed because the information is publicly available. *See* Exhibit 23 to the Girard Declaration. |
| 129:21-25 | Disclosure of this information regarding Yahoo's email infrastructure and product features could harm Yahoo by providing competitors with confidential trade secret information regarding how Yahoo processes email that is routed through its systems.  A competitor might use this information to develop competing email infrastructure or technology. Disclosure of this information regarding Yahoo's business dealings could harm Yahoo by providing competitors with information | This designation is over-inclusive. 129:12-23 should not be sealed because the information is publicly available. *See* Exhibit 23 to the Girard Declaration. |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | about Yahoo's business relationships. | |
| **Exhibits to the Girard Declaration** | | |
| Exhibit 8 | Disclosure of the information in this email could harm Yahoo by providing competitors with confidential trade secret information and confidential business decisions regarding Yahoo's email technology.  A competitor might use this information to develop competing email technology. | This designation is over-inclusive. The email should not be sealed in its entirety because much of the information in it is publicly available, including in Yahoo's "Communications Terms of Service," which is attached as Exhibit 3 to the Girard Declaration. The technology described in paragraph 1 of the email is not competitively sensitive because Yahoo no longer uses it. *See* Doron Dep. at 92:12-93:4. |
| Exhibit 16 | Disclosure of the information in this document could harm Yahoo by providing competitors with confidential trade secret information and regarding Yahoo's email technology.  A competitor might use this information to develop competing email technology. | This designation is over-inclusive. The email should not be sealed in its entirety because it contains no specific information about Yahoo's email technology (other than perhaps the name of the technology being discussed) and the information in it is publicly available, including in Yahoo's "Communications Terms of Service," which is attached as Exhibit 3 to the Girard Declaration. |
| Exhibit 20 | Disclosure of the information in this email regarding Yahoo's email technology and business decisions could harm Yahoo by providing competitors with confidential trade secret information regarding Yahoo's scanning and analysis.  A competitor might use this information to develop competing email technology. | This designation is over-inclusive. The email should not be sealed in its entirety because it discusses a law that is publicly available and the name of the technology and specific processes discussed can be redacted. |
| Exhibit 27 | Disclosure of the information in this email regarding Yahoo's email technology and business decisions could harm Yahoo by providing competitors with confidential trade secret information regarding Yahoo's scanning | This email should not be sealed because it is from 2010 and discusses a process that Yahoo intended to commence at the time, and which is now publicly disclosed in Yahoo's |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | and analysis. A competitor might use this information to develop competing email technology. | "Communications Terms of Service," which is attached as Exhibit 3 to the Girard Declaration. At most, some of Yahoo's internal terminology could be redacted. |
| Exhibit 32 | Disclosure of the information in this document regarding Yahoo's email technology and business decisions could harm Yahoo by providing competitors with confidential trade secret information regarding Yahoo's scanning and analysis. A competitor might use this information to develop competing email technology. | This designation is over-inclusive. Pages YAH00002627, YAH00002637, and YAH00002640 do not contain confidential information about Yahoo's scanning and analysis of email. The information on page YAH00002640 summarizes information available in Yahoo's "Communications Terms of Service" and "Mail FAQ," which are attached as Exhibits 3 and 24 to the Girard Declaration. Additional pages can be redacted rather than sealed in their entirety. |
| Exhibit 33 | Disclosure of the information in this document regarding Yahoo's email technology and business decisions could harm Yahoo by providing competitors with confidential trade secret information regarding Yahoo's scanning and analysis. A competitor might use this information to develop competing email technology. | This designation is over-inclusive. The document discusses an email process that Yahoo no longer uses. *See* Doron Dep. at 92:12-93:4. It may be appropriate to redact technical information on some of the pages (e.g., YAH00013042 – 13044), but the document should not be sealed in its entirety. |
| Exhibit 34 | Disclosure of the information in this email regarding Yahoo's email technology and business decisions could harm Yahoo by providing competitors with confidential trade secret information regarding Yahoo's scanning and analysis. A competitor might use this information to develop competing email technology. | This email contains a discussion from 2012 about Yahoo's scanning and analysis of email. It does not contain any technical data, and the fact that Yahoo targets advertising based on email content is disclosed in Yahoo's "Communications Terms of Service," which is attached as Exhibit 3 to the Girard Declaration. |
| Exhibit 35 | Disclosure of the information in this email regarding Yahoo's email technology and business decisions could harm Yahoo by providing competitors | This email contains a discussion from 2011 about Yahoo's scanning and analysis of email. The fact that Yahoo targets advertising is |

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | with confidential trade secret information regarding Yahoo's scanning and analysis.  A competitor might use this information to develop competing email technology. | disclosed in Yahoo's "Communications Terms of Service," which is attached as Exhibit 3 to the Girard Declaration. Certain internal terminology could be redacted, but the email should not be sealed in its entirety. |
| Exhibit 37 | Disclosure of the information in this email regarding Yahoo's email technology and business decisions could harm Yahoo by providing competitors with confidential trade secret information regarding Yahoo's scanning and analysis.  A competitor might use this information to develop competing email technology. | This email contains a discussion from 2013 about Yahoo's scanning and analysis of email.  Some of the information discussed is disclosed in Yahoo's "Communications Terms of Service," which is attached as Exhibit 3 to the Girard Declaration. |
| **Class Certification Memorandum** | | |
| Table of Contents heading III.A. | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes.  The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons.  The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email.  Further, page 8:13-18 states confidential information regarding Yahoo's business dealings in the UK, the disclosure of which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK.  Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that | Yahoo did not redact this information from the Doron deposition transcript. *See* Doron Dep. at 104:2-105:20. |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | particular portion. | |
| Memorandum at 3:16-18 | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes.  The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons.  The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email.  Further, page 8:13-18 states confidential information regarding Yahoo's business dealings in the UK, the disclosure of which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK.  Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that particular portion. | This information is publicly available in the news article attached to Girard Declaration as Exhibit 25. |
| Memorandum at 3:21-23 | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes.  The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons.  The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email.  Further, page 8:13-18 states confidential information regarding Yahoo's business | Yahoo did not seek to seal this information in the Doron deposition transcript. *See* Doron Dep. at 41:4-42:5. |

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | dealings in the UK, the disclosure of which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK.  Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that particular portion. | |
| Memorandum at 4:2-3 | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes.  The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons.  The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email.  Further, page 8:13-18 states confidential information regarding Yahoo's business dealings in the UK, the disclosure of which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK.  Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that particular portion. | Yahoo did not seek to seal this information in the Doron deposition transcript.  *See* Doran Dep. at 75:6-76:3; 104:2-105:20. |
| Memorandum at 4:9-10 | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes.  The mechanics of how Yahoo performs | This sentence should not be sealed because the process described is common to all email services and is therefore not confidential information. |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | those processes and techniques are sensitive, for security and competitive reasons.  The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email.  Further, page 8:13-18 states confidential information regarding Yahoo's business dealings in the UK, the disclosure of which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK.  Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that particular portion. | |
| Memorandum at 5:1-5 | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes.  The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons.  The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email.  Further, page 8:13-18 states confidential information regarding Yahoo's business dealings in the UK, the disclosure of which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK.  Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that particular portion. | This information is publicly available in Yahoo's "Mail FAQ," which is attached as Exhibit 24 to the Girard Declaration. |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| Memorandum at 5:24 – 26 | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes.  The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons.  The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email.  Further, page 8:13-18 states confidential information regarding Yahoo's business dealings in the UK, the disclosure of which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK.  Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that particular portion. | Yahoo did not seek to seal this information in the Doron deposition transcript. *See* Doron Dep. at 41:4-42:5 |
| Memorandum at 6:18-19 | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes.  The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons.  The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email.  Further, page 8:13-18 states confidential information regarding Yahoo's business dealings in the UK, the disclosure of | This information is publicly available and discussed in an article filed as Exhibit 23 to the Girard Declaration. |

27

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK.  Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that particular portion. | |
| Memorandum at 6:9 | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes.  The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons.  The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email.  Further, page 8:13-18 states confidential information regarding Yahoo's business dealings in the UK, the disclosure of which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK.  Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that particular portion. | This information is publicly available on a Yahoo website.  *See* https://help.yahoo.com/kb/stopping-spam-yahoo-mail-sln3227.html |
| Memorandum at 8:2-3 | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes.  The mechanics of how Yahoo performs those processes and techniques are | Yahoo did not seek to seal this information in the Doron deposition transcript.  *See* Doron Dep. at 75:6-76:3; 104:2-105:20. |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| | sensitive, for security and competitive reasons.  The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email.  Further, page 8:13-18 states confidential information regarding Yahoo's business dealings in the UK, the disclosure of which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK.  Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that particular portion. | |
| Memorandum at 8:6-8 | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes.  The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons.  The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email.  Further, page 8:13-18 states confidential information regarding Yahoo's business dealings in the UK, the disclosure of which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK.  Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that particular portion. | Yahoo did not seek to seal this information in the Doron deposition transcript. *See* Doron Dep. at 41:4-42:5 |

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
| Memorandum at 9:6-15 | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes. The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons. The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email. Further, page 8:13-18 states confidential information regarding Yahoo's business dealings in the UK, the disclosure of which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK. Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that particular portion. | The exhibits referenced in this paragraph should not be sealed in their entirety because they do not contain information about how Yahoo's technology operates. Further, any business decisions related to this email are several years old. At most, it may be appropriate to redact the internal terminology Yahoo uses to refer to its technology. |
| Memorandum at 18:15-17 | These portions of Plaintiffs' Memorandum reveal confidential and competitively sensitive information regarding the techniques, technology and processes that Yahoo uses regarding scanning and analysis of email, and the sequence in which it applies those techniques and processes. The mechanics of how Yahoo performs those processes and techniques are sensitive, for security and competitive reasons. The excerpted pages also reveal confidential business discussions by Yahoo employees regarding Yahoo's scanning and analysis of email. Further, page 8:13-18 states confidential information regarding Yahoo's business dealings in the UK, the disclosure of | This information is publicly available on Yahoo's website and internet sites, as shown by Exhibits 38 and 39 to the Girard Declaration. |

30

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

| Page : Line | Yahoo's Reason for Confidentiality | Plaintiffs' Response |
|---|---|---|
|  | which could harm Yahoo by providing competitors with information about Yahoo's business relationships with certain clients in the UK.  Though Plaintiffs' Motion to Seal seeks to seal page 21:18-22 of the Memorandum, Yahoo does not move to seal that particular portion. |  |

I declare under penalty of perjury under the laws of the California that the foregoing is true and correct.  Executed on this 13th day of February, 2015, at San Francisco, California.


_/s/_ Ashley Tveit_____
Ashley Tveit



**ATTESTATION OF E-FILED SIGNATURE**

I, Daniel C. Girard, am the ECF User whose ID and password are being used to file the Declaration of Ashley Tveit in Support of Plaitniffs' Reply.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Ashley Tveit has concurred to this filing.


_____/s/ Daniel C. Girard_____

DECLARATION OF ASHLEY TVEIT IN SUPPORT OF PLAINTIFFS' REPLY
CASE NO.: 5:13-CV-4547-LHK

# EXHIBIT 1

1  REBEKAH KAUFMAN (CA Bar No. 213222)
   ROBERT PETRAGLIA (CA Bar No. 264849)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, CA 94105
   Telephone: (415) 268-7000
4  Facsimile:  (415) 268-7522
   RKaufman@mofo.com
5  RPetraglia@mofo.com

6  MARC J. ZWILLINGER (*pro hac vice*)
   JACOB SOMMER (*pro hac vice*)
7  ZWILLGEN PPLC
   1705 N. Street, NW
8  Washington, D.C. 20036
   Telephone: (202) 706-5202
9  Facsimile: (202) 706-5298
   Marc@zwillgen.com
10 Jake@zwillgen.com

11 *Attorneys for Defendant YAHOO! INC.*

12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 IN RE YAHOO MAIL LITIGATION       Case No.   5:13-cv-4980 LHK

17                                   **CONFIDENTIALITY DESIGNATIONS**

18                                   Judge:  Hon. Lucy H. Koh
                                     Deposition Date:  January 14, 2015
19

20

21

22

23

24

25

26

27

28

Pursuant to paragraph 5.3.2 of the Stipulated Protective Order (Modified by the Court) (ECF 36) Yahoo! Inc. hereby designates the following portions of the transcript of the January 14, 2015 Deposition of Amir Doron as "Confidential" or "Highly Confidential – Attorneys' Eyes Only."

## **Confidentiality Designations**

| Page:Line | Designation |
|---|---|
| 4:15-20 excluding "Document entitled" | Highly Confidential – Attorneys' Eyes Only |
| 5:4-10 excluding "Document entitled" | Highly Confidential – Attorneys' Eyes Only |
| 5:12-14 excluding "Document discussing" | Highly Confidential – Attorneys' Eyes Only |
| 5:24-25 excluding "July 2, 2014" | Highly Confidential – Attorneys' Eyes Only |
| 6:7-8 excluding "April 17, 2012" | Highly Confidential – Attorneys' Eyes Only |
| 6:11 excluding "30, 2013" | Highly Confidential – Attorneys' Eyes Only |
| 6:19-20 excluding "Venkatesan" | Highly Confidential – Attorneys' Eyes Only |
| 11:8 excluding "There were documents on" and "The documents" | Highly Confidential – Attorneys' Eyes Only |
| 12:8 excluding "was the lead on" | Highly Confidential – Attorneys' Eyes Only |
| 12:12 | Highly Confidential – Attorneys' Eyes Only |
| 13:2 excluding "Product manager" | Highly Confidential – Attorneys' Eyes Only |
| 16:12-13 excluding "Yahoo Messenger" | Highly Confidential – Attorneys' Eyes Only |
| 16:20 | Highly Confidential – Attorneys' Eyes Only |
| 16:21-22 excluding "For the record, can you state" an "I forget" | Highly Confidential – Attorneys' Eyes Only |
| 16:24-25 excluding "Okay.  Do you remember" | Highly Confidential – Attorneys' Eyes Only |
| 17:16 excluding "He was the product manager" | Highly Confidential – Attorneys' Eyes Only |
| 17:23 excluding "what your specific role was" | Highly Confidential – Attorneys' Eyes Only |
| 18:17-25 excluding "Is that the grid that was used for" | Highly Confidential – Attorneys' Eyes Only |
| 19:1-2 | Highly Confidential – Attorneys' Eyes Only |
| 19:19 excluding "the projects that you're working on" | Highly Confidential – Attorneys' Eyes Only |
| 20:2-4 excluding "was separate from" and "to, we call it" | Highly Confidential – Attorneys' Eyes Only |
| 22:8-10 | Highly Confidential – Attorneys' Eyes Only |
| 22:22-25 | Highly Confidential – Attorneys' Eyes Only |
| 23:1-12 | Highly Confidential – Attorneys' Eyes Only |
| 23:24 excluding "it," | Highly Confidential – Attorneys' Eyes Only |
| 24:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 25:1-13 | Highly Confidential – Attorneys' Eyes Only |
| 26:1-3 | Highly Confidential – Attorneys' Eyes Only |
| 26:19-25 | Highly Confidential – Attorneys' Eyes Only |
| 27:1-8 | Highly Confidential – Attorneys' Eyes Only |
| 27:10-25 | Highly Confidential – Attorneys' Eyes Only |
| 28:3-25 | Highly Confidential – Attorneys' Eyes Only |

| | |
|---|---|
| 29:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 30:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 31:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 32:1-19 | Highly Confidential – Attorneys' Eyes Only |
| 32:21-25 | Highly Confidential – Attorneys' Eyes Only |
| 33:1 | Highly Confidential – Attorneys' Eyes Only |
| 33:7-21 | Highly Confidential – Attorneys' Eyes Only |
| 33:25 excluding "No." | Highly Confidential – Attorneys' Eyes Only |
| 34:1-4 | Highly Confidential – Attorneys' Eyes Only |
| 34:10-25 excluding "The Yahoo user sees it -- " | Highly Confidential – Attorneys' Eyes Only |
| 35:1-21 | Highly Confidential – Attorneys' Eyes Only |
| 36:17-22 | Highly Confidential – Attorneys' Eyes Only |
| 36:24 | Highly Confidential – Attorneys' Eyes Only |
| 37:1-4 | Highly Confidential – Attorneys' Eyes Only |
| 37:8-18 | Highly Confidential – Attorneys' Eyes Only |
| 38:6-21 | Highly Confidential – Attorneys' Eyes Only |
| 38:24-25 | Highly Confidential – Attorneys' Eyes Only |
| 39:1-24 | Highly Confidential – Attorneys' Eyes Only |
| 40:1-20 | Highly Confidential – Attorneys' Eyes Only |
| 40:22-23 | Highly Confidential – Attorneys' Eyes Only |
| 41:3 excluding "Does Yahoo scan the bodies of" | Highly Confidential – Attorneys' Eyes Only |
| 41:12-15 | Highly Confidential – Attorneys' Eyes Only |
| 42:6-7 | Highly Confidential – Attorneys' Eyes Only |
| 42:9-25 | Highly Confidential – Attorneys' Eyes Only |
| 43:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 44:1-9 | Highly Confidential – Attorneys' Eyes Only |
| 44:15-25 | Highly Confidential – Attorneys' Eyes Only |
| 45:1-14 | Highly Confidential – Attorneys' Eyes Only |
| 45:25 | Highly Confidential – Attorneys' Eyes Only |
| 46:1-9 | Highly Confidential – Attorneys' Eyes Only |
| 46:11-25 excluding "Sure." | Highly Confidential – Attorneys' Eyes Only |
| 47:1-4 | Highly Confidential – Attorneys' Eyes Only |
| 47:12-16 | Highly Confidential – Attorneys' Eyes Only |
| 47:20-25 | Highly Confidential – Attorneys' Eyes Only |
| 48:1-21 | Highly Confidential – Attorneys' Eyes Only |
| 49:2-25 | Highly Confidential – Attorneys' Eyes Only |
| 50:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 51:1-19 | Highly Confidential – Attorneys' Eyes Only |
| 51:21-25 | Highly Confidential – Attorneys' Eyes Only |
| 52:1-7 | Highly Confidential – Attorneys' Eyes Only |
| 52:12-25 | Highly Confidential – Attorneys' Eyes Only |
| 53:1 | Highly Confidential – Attorneys' Eyes Only |
| 53:3-5 | Highly Confidential – Attorneys' Eyes Only |
| 53:8-25 | Highly Confidential – Attorneys' Eyes Only |
| 54:1-14 | Highly Confidential – Attorneys' Eyes Only |
| 54:16-25 | Highly Confidential – Attorneys' Eyes Only |

| | |
|---|---|
| 55:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 56:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 57:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 58:1-6 | Highly Confidential – Attorneys' Eyes Only |
| 58:10-25 | Highly Confidential – Attorneys' Eyes Only |
| 59:1-7 | Highly Confidential – Attorneys' Eyes Only |
| 59:16-17 | Highly Confidential – Attorneys' Eyes Only |
| 60:2-12 excluding "I'm just" | Highly Confidential – Attorneys' Eyes Only |
| 60:16-25 | Highly Confidential – Attorneys' Eyes Only |
| 61:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 62:1-8 | Highly Confidential – Attorneys' Eyes Only |
| 62:13-25 | Highly Confidential – Attorneys' Eyes Only |
| 63:4-14 | Highly Confidential – Attorneys' Eyes Only |
| 63:15-16 excluding "who's in charge" and "Do you know?" | Highly Confidential – Attorneys' Eyes Only |
| 63:17 excluding "That would be – " and "Doug Sharp." | Highly Confidential – Attorneys' Eyes Only |
| 63:18-20 | Highly Confidential – Attorneys' Eyes Only |
| 63:22-25 | Highly Confidential – Attorneys' Eyes Only |
| 64:1-7 | Highly Confidential – Attorneys' Eyes Only |
| 64:11-12 | Highly Confidential – Attorneys' Eyes Only |
| 64:22-25 | Highly Confidential – Attorneys' Eyes Only |
| 65:11-25 | Highly Confidential – Attorneys' Eyes Only |
| 66:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 67:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 68:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 69:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 70:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 71:2-14 | Highly Confidential – Attorneys' Eyes Only |
| 71:15 excluding "But like I said, there's" | Highly Confidential – Attorneys' Eyes Only |
| 72:9-13 | Highly Confidential – Attorneys' Eyes Only |
| 72:18-25 | Highly Confidential – Attorneys' Eyes Only |
| 73:1-22 | Highly Confidential – Attorneys' Eyes Only |
| 73:25 | Highly Confidential – Attorneys' Eyes Only |
| 74:1-8 | Highly Confidential – Attorneys' Eyes Only |
| 74:13-15 | Highly Confidential – Attorneys' Eyes Only |
| 74:17-25 | Highly Confidential – Attorneys' Eyes Only |
| 75:1-5 | Highly Confidential – Attorneys' Eyes Only |
| 75:6 excluding "necessary for" | Highly Confidential – Attorneys' Eyes Only |
| 77:16 excluding "For instance, the decision to" | Highly Confidential – Attorneys' Eyes Only |
| 77:17 excluding "would that be made by executives in" | Highly Confidential – Attorneys' Eyes Only |
| 78:8 excluding "be implemented," and "at that time?" | Highly Confidential – Attorneys' Eyes Only |
| 78:14 excluding "are" | Highly Confidential – Attorneys' Eyes Only |
| 79:11 | Highly Confidential – Attorneys' Eyes Only |
| 79:14-23 | Highly Confidential – Attorneys' Eyes Only |

| | |
|---|---|
| 80:2-4 | Highly Confidential – Attorneys' Eyes Only |
| 80:8-12 | Highly Confidential – Attorneys' Eyes Only |
| 80:15-21 | Highly Confidential – Attorneys' Eyes Only |
| 80:25 | Highly Confidential – Attorneys' Eyes Only |
| 81:1-12 | Highly Confidential – Attorneys' Eyes Only |
| 81:15-25 | Highly Confidential – Attorneys' Eyes Only |
| 82:1-6 | Highly Confidential – Attorneys' Eyes Only |
| 82:8 | Highly Confidential – Attorneys' Eyes Only |
| 82:16-25 | Highly Confidential – Attorneys' Eyes Only |
| 83:1-21 | Highly Confidential – Attorneys' Eyes Only |
| 83:24-25 excluding "likely person to know the specifics" | Highly Confidential – Attorneys' Eyes Only |
| 84:1-5 | Highly Confidential – Attorneys' Eyes Only |
| 84:10-25 | Highly Confidential – Attorneys' Eyes Only |
| 85:1-2 | Highly Confidential – Attorneys' Eyes Only |
| 85:5-25 | Highly Confidential – Attorneys' Eyes Only |
| 86:1-16 | Highly Confidential – Attorneys' Eyes Only |
| 86:20-22 | Highly Confidential – Attorneys' Eyes Only |
| 86:25 | Highly Confidential – Attorneys' Eyes Only |
| 87:1-3 | Highly Confidential – Attorneys' Eyes Only |
| 87:7-20 | Highly Confidential – Attorneys' Eyes Only |
| 87:23-25 | Highly Confidential – Attorneys' Eyes Only |
| 88:1-11 | Highly Confidential – Attorneys' Eyes Only |
| 88:16-24 excluding "Can you look at page 11496?" | Highly Confidential – Attorneys' Eyes Only |
| 89:1-10 | Highly Confidential – Attorneys' Eyes Only |
| 89:20-25 | Highly Confidential – Attorneys' Eyes Only |
| 90:1-14 | Highly Confidential – Attorneys' Eyes Only |
| 91:4-7 | Highly Confidential – Attorneys' Eyes Only |
| 91:14-25 | Highly Confidential – Attorneys' Eyes Only |
| 92:1-4 | Highly Confidential – Attorneys' Eyes Only |
| 92:6-9 | Highly Confidential – Attorneys' Eyes Only |
| 92:12-25 | Highly Confidential – Attorneys' Eyes Only |
| 93:1-24 | Highly Confidential – Attorneys' Eyes Only |
| 94:9-18 | Highly Confidential – Attorneys' Eyes Only |
| 95:5-25 | Highly Confidential – Attorneys' Eyes Only |
| 96:1-15 | Highly Confidential – Attorneys' Eyes Only |
| 96:24-25 | Highly Confidential – Attorneys' Eyes Only |
| 97:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 98:1-5 | Highly Confidential – Attorneys' Eyes Only |
| 98:12-13 | Highly Confidential – Attorneys' Eyes Only |
| 98:16-25 | Highly Confidential – Attorneys' Eyes Only |
| 99:1-2 | Highly Confidential – Attorneys' Eyes Only |
| 99:7-25 | Highly Confidential – Attorneys' Eyes Only |
| 100:1-11 | Highly Confidential – Attorneys' Eyes Only |
| 100:14-25 | Highly Confidential – Attorneys' Eyes Only |
| 101:3-15 | Highly Confidential – Attorneys' Eyes Only |

| | |
|---|---|
| 101:17-25 | Highly Confidential – Attorneys' Eyes Only |
| 102:1 | Highly Confidential – Attorneys' Eyes Only |
| 102:17-25 | Highly Confidential – Attorneys' Eyes Only |
| 103:1-16 | Highly Confidential – Attorneys' Eyes Only |
| 103:18-25 | Highly Confidential – Attorneys' Eyes Only |
| 104:1 | Highly Confidential – Attorneys' Eyes Only |
| 105:21-25 | Highly Confidential – Attorneys' Eyes Only |
| 106:1-10 | Highly Confidential – Attorneys' Eyes Only |
| 106:11 excluding "can they" | Highly Confidential – Attorneys' Eyes Only |
| 108:12 | Highly Confidential – Attorneys' Eyes Only |
| 108:15-25 | Highly Confidential – Attorneys' Eyes Only |
| 109:1-12 | Highly Confidential – Attorneys' Eyes Only |
| 109:15-24 | Highly Confidential – Attorneys' Eyes Only |
| 110:2-5 | Highly Confidential – Attorneys' Eyes Only |
| 110:6 excluding "I didn't write this. But anti-spam," | Highly Confidential – Attorneys' Eyes Only |
| 110:11-21 | Highly Confidential – Attorneys' Eyes Only |
| 111:1 excluding "who the product manager is" | Highly Confidential – Attorneys' Eyes Only |
| 111:8-11 | Highly Confidential – Attorneys' Eyes Only |
| 111:22-25 | Highly Confidential – Attorneys' Eyes Only |
| 112:1-10 | Highly Confidential – Attorneys' Eyes Only |
| 112:17-25 | Highly Confidential – Attorneys' Eyes Only |
| 113:1-2 | Highly Confidential – Attorneys' Eyes Only |
| 113:6-25 | Highly Confidential – Attorneys' Eyes Only |
| 114:1-17 | Highly Confidential – Attorneys' Eyes Only |
| 114:19-20 | Highly Confidential – Attorneys' Eyes Only |
| 115:4-9 | Highly Confidential – Attorneys' Eyes Only |
| 115:23-25 | Highly Confidential – Attorneys' Eyes Only |
| 116:1 | Highly Confidential – Attorneys' Eyes Only |
| 116:4-11 | Highly Confidential – Attorneys' Eyes Only |
| 116:17 excluding "respect" | Highly Confidential – Attorneys' Eyes Only |
| 116:20 excluding "on" | Highly Confidential – Attorneys' Eyes Only |
| 116:22 excluding "Were there people that worked on" and "in other" | Highly Confidential – Attorneys' Eyes Only |
| 117:14-23 | Highly Confidential – Attorneys' Eyes Only |
| 118:2-25 | Highly Confidential – Attorneys' Eyes Only |
| 119:1-6 | Highly Confidential – Attorneys' Eyes Only |
| 119:18-25 | Highly Confidential – Attorneys' Eyes Only |
| 120:1-4 | Highly Confidential – Attorneys' Eyes Only |
| 120:5 excluding "And did you have any involvement," | Highly Confidential – Attorneys' Eyes Only |
| 120:6 excluding "with developing technologies for Yahoo that would" | Highly Confidential – Attorneys' Eyes Only |
| 120:18-25 | Highly Confidential – Attorneys' Eyes Only |
| 121:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 122:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 123:1-7 | Highly Confidential – Attorneys' Eyes Only |

| 123:18-21 excluding "Okay." | Highly Confidential – Attorneys' Eyes Only |
|---|---|
| 123:23-25 | Highly Confidential – Attorneys' Eyes Only |
| 124:1-25 | Highly Confidential – Attorneys' Eyes Only |
| 125:1-9 | Highly Confidential – Attorneys' Eyes Only |
| 125:11-21 | Highly Confidential – Attorneys' Eyes Only |
| 126:6-21 | Confidential |
| 128:2 excluding "And then" and "it was Randy" | Highly Confidential – Attorneys' Eyes Only |
| 128:19-25 | Highly Confidential – Attorneys' Eyes Only |
| 129:1-17 | Highly Confidential – Attorneys' Eyes Only |
| 129:20 excluding "I don't know" | Highly Confidential – Attorneys' Eyes Only |
| 129:21-25 | Highly Confidential – Attorneys' Eyes Only |
| 130:1-2 | Highly Confidential – Attorneys' Eyes Only |
| 130:6-9 | Highly Confidential – Attorneys' Eyes Only |

Dated:  January 6, 2015

**MORRISON & FOERSTER  LLP**
REBEKAH KAUFMAN
ROBERT PETRAGLIA

**ZWILLGEN PLLC**
MARC ZWILLINGER
JACOB SOMMER


By:  /s/ Robert Petraglia
　　　　 Robert Petraglia

*Attorneys for Defendant
YAHOO! INC.*

1

## CERTIFICATE OF SERVICE
### (Fed. Rule Civ. Proc. Rule 5(b))

2

3      I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
is 425 Market Street, San Francisco, CA 94105; I am not a party to the within cause; I am over
4  the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for
collection and processing of correspondence for mailing with the United States Postal Service and
5  know that in the ordinary course of Morrison & Foerster's business practice the document
described below will be deposited with the United States Postal Service on the same date that it is
6  placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

7      I further declare that on February 6, 2015, I served a copy of:

8  **CONFIDENTIALITY DESIGNATIONS**

9  on the following by placing a true copy thereof enclosed in a sealed envelope addressed as
follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco,
10  California 94105, in accordance with Morrison & Foerster's ordinary business practices:

11      Daniel C. Girard                          Laurence D. King
Matthew B. George                          Mario M. Choi
12      GIRARD GIBBS LLP                           KAPLAN FOXX &
601 California Street, 14th Floor              KILSHEIMER LLP
13      San Francisco, CA  94104                  350 Sansome Street, Suite 400
San Francisco, CA  94104
14

15      David A. Straite
KAPLAN FOX &
16          KILSHEIMER LLP
850 Third Avenue, 14th Floor
17  New York, NY 10022

18

19      I declare under penalty of perjury that the above is true and correct.

20      Executed at San Francisco, California, this 6th day of February, 2015.

21

22

23
_____              _____
24      Lisa Flores                              Lisa Flores
(typed)                                  (signature)

25

26

27

28

CONFIDENTIALITY DESIGNATIONS                                                      1
CASE NO. 13-CV-4980-LHK
sf-3500389

**EXHIBIT 2**

2/12/2014

Case 5:13-cv-04980-LHK Document 75-2 Filed 02/13/15 Page 43 of 61
Case 5:13-cv-04980-LHK Document 36-4 Filed 02/12/14 Page 4 of 20

Additional Terms of Service

Home    Mail    News    Sports    Finance    Weather    Games    Groups    Answers    Sc

Search Web

**Additional Terms of Service**

Yahoo Info Center > Yahoo Terms Center > Yahoo Mail and Yahoo Messenger > Additional Terms of Service

Email this Page          Print this Page

# Communications Terms of Service

## 1. ACCEPTANCE OF TERMS

a. Welcome to Yahoo. Yahoo provides Yahoo Mail and Yahoo Messenger (the "Services"), all of which are subject to the terms and conditions of this Additional Terms of Service ("ATOS") and the applicable Yahoo Universal Terms of Service ("TOS") in Section 10, which is incorporated into this ATOS. In this ATOS, "Yahoo" or "Applicable Yahoo Company" means the Yahoo company that provides you with the Services as set out in Section 10. Your use of the Services constitutes acceptance of and is subject to this ATOS and the law specified by the Applicable Yahoo Company in Section 10. This ATOS may be updated by Yahoo from time to time without individual notice to you. The prior sentence does not apply to you if Yahoo Deutschland GmbH, Theresienhöhe 12, 80339 München ("Yahoo Deutschland") provides you with your Yahoo Mail account. You can review the most current version of this ATOS and the TOS by clicking the applicable links in Section 10.

b. "Yahoo Messenger" as used in this ATOS means Yahoo Messenger.

c. Please note that your Yahoo Messenger account is tied to your Yahoo Mail account. Therefore, your use of Yahoo Messenger and all Yahoo Messenger services will be subject to the TOS and laws applicable to the Applicable Yahoo Company in Section 10. Yahoo's automated systems scan and analyze all incoming and outgoing communications content sent and received from your account (such as Mail and Messenger content including instant messages and SMS messages) including those stored in your account to, without limitation, provide personally relevant product features and content, to match and serve targeted advertising and for spam and malware detection and abuse protection. By scanning and analyzing such communications content, Yahoo collects and stores the data. Unless expressly stated otherwise, you will not be allowed to opt out of this feature. If you consent to this ATOS and communicate with non-Yahoo users using the Services, you are responsible for notifying those users about this feature.

d. By accessing, using and continuing to use the Services, you represent and warrant that you are permitted to do so under applicable law. You are solely responsible for using the Services in compliance with any and all applicable law. If you are in a jurisdiction where download or use of the Services is prohibited or restricted or if you are below the applicable legal age required to use the Services, click "cancel" and do not download or use the Services. Unless explicitly stated otherwise, any new features that augment or enhance the current Services shall be subject to this ATOS, which you agree to by continued use of the Services. The prior sentence does not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account.

## 2. DESCRIPTION AND USE OF YAHOO! MAIL AND YAHOO! MESSENGER

a. *Use of Software*. As needed, you may install or download and use software in the Services including any third party software, and any authorized updates provided by Yahoo (the "Software") in object code form on a personal computer or device owned or controlled by you for your own personal, non commercial use. You are only permitted to access the Services through

the Software strictly as authorized in this ATOS. The Services and its components contain software licensed from Yahoo licensors ("Licensor Software"). The Licensor Software enables the Yahoo Software to perform certain functions including, without limitation, access proprietary data on third-party data servers. Your license to the Software continues until it is terminated by either party. You may terminate the license to the Software by discontinuing use of and by destroying all copies of the Software. In addition, this Software license terminates if you violate any term of this ATOS, Yahoo publicly posts a written notice of termination on Yahoo's web site, or Yahoo sends a written notice of termination to you. If your license terminates, you agree to cease any and all use of the Services, their components, and any third-party data. All rights in any third-party data, any third-party software, and any third-party data servers, including all ownership rights are reserved and remain with the respective third parties. You agree that these third parties may enforce their rights under this ATOS against you directly in their own name and that you are solely responsible for such claims or defenses and all costs associated with them. If you are on a Yahoo Messenger desktop version released in 2013 or later, from time to time, Yahoo may automatically download and install the latest version of Yahoo Messenger. If there is a material change you will be notified after installation.

b. *Saving and Accessing Information*. Yahoo Messenger (including Yahoo Messenger within your Yahoo Mail and web based versions) allows you to see when your friends are online, and send and receive instant messages and other information. Yahoo Messenger will also allow you, and the people with whom you communicate, to save your conversations and other information in your Yahoo Mail accounts located on Yahoo servers. This means you can access and search your message history from any computer or device with access to the Internet. Whether or not you use this feature, other users may choose to use it to save conversations and other information with you in their account located on Yahoo servers. Your agreement to this ATOS constitutes your consent to allow Yahoo to store these communications and other information on its servers for back up, security and all other purposes set forth in this ATOS. You are solely responsible for the content that you use or store in connection with the Services and if you wish, are solely responsible for backing up your data. Except as set forth herein, you acknowledge and agree that the Applicable Yahoo Company does not guarantee that data associated with your account will be accessible to you, or that any data deleted, removed or rendered inaccessible can be provided to you. The prior sentence does not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account.

c. This ATOS grants you no right, title or interest in any intellectual property owned or licensed by Yahoo, including, without limitation, the Services and Yahoo trademarks.

d. *Advertisements*. You understand and agree that the Services may include advertisements and that these advertisements are necessary for Yahoo to provide the Services.

e. *Communications from Yahoo*. You also understand and agree that the Services may include certain communications from Yahoo, such as service announcements and administrative messages and that you will not be able to opt out of receiving such communications.

f. *Accessing and Using the Services*. In order to use the Services and those services and products within the Services (for both free and charged services), you must obtain access to the World Wide Web, either directly or through devices that access web-based content. You are responsible for and must pay any service fees associated with such access and for all costs of any equipment used to gain such access (which could include third party fees).

g. *Interoperability with Other Networks*. If authorized by Yahoo, Yahoo Messenger may allow you to communicate with users of other instant messaging products. In that event, you acknowledge and agree that: (i) your use of Yahoo Messenger is subject to this ATOS and the terms governing the use of other instant messaging products you have agreed to, if any, that are consistent with this ATOS; and (ii) users of other instant messaging products are subject to the terms governing such other instant messaging products. Yahoo assumes no responsibility for the conduct of persons or entities with which you communicate. With the exception of messages sent

to you by Yahoo, Yahoo does not own or control the content of any messages sent or received by users of the Services.

h. The Services may allow you to use different methods of communicating and sending and receiving messages, files, photos, videos and other information, including via Yahoo Messenger, Yahoo Mail, SMS, voice calling and video calling.

i. *Blocking*. By using the Services, you acknowledge that other users of the Services (including Yahoo Messenger) may elect to receive a notification from the Services when you sign on and may send you instant messages and other information or call you via the Services. If you wish to block the notification feature of Yahoo Messenger sent to other users or if you don't want to receive messages from such users, you will have to enable the "Ignore" or similar feature separately. Your ability to send and receive instant messages and other information may be blocked by Yahoo and other users, which may partially or wholly limit your ability to use the Services. By using the Services, you agree that Yahoo has no responsibility for assessing or resolving any disputes arising from your or any other user's ability (or otherwise) to ignore, send messages or other information, or otherwise use the Services. The prior sentence does not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account.

j. *Yahoo Support*. Yahoo may elect to provide you with customer support and/or upgrades, enhancements, or modifications for the Services (collectively, "Support"), in its sole discretion, and may terminate such Support at any time without notice to you. You understand and agree that in the event Yahoo elects to provide you with Support, such Support is provided voluntarily in Yahoo's sole discretion and that it does not create any contractual right to receive Support and that you may not rely upon any statement or offer of Support to create a contractual right to Support.

k. *Yahoo Fees*. Yahoo reserves the right to charge fees for future use of or access to the Services, or other Yahoo services and web sites, in Yahoo's sole discretion. If Yahoo decides to charge fees, Yahoo will provide you with prior notice.

## 3. DIFFERENT VERSIONS OF YAHOO! MESSENGER AND OTHER YAHOO! AUTHORIZED INSTANT MESSAGE CLIENTS

Different features may be available in different versions of Yahoo Mail and Yahoo Messenger and not all features may be available in your country or region. Also, not all features may be available if the user that you are communicating with is using a different version of Yahoo Mail or Yahoo Messenger, or is using an instant message software client offered by a non-Yahoo company.

## 4. MEMBER ACCOUNT, PASSWORD, AND SECURITY

If you don't already have a Yahoo I.D. and password, you will be prompted to complete the Yahoo registration process. You agree Yahoo provides you only with the right to access your account in accordance with this ATOS and applicable rules and guidelines. If you violate this Section 4, or otherwise cannot validate your account to Yahoo, you acknowledge and agree that your account may be permanently inaccessible to you and that all data associated with the account may not be retrievable. Yahoo does not guarantee that you will have permanent access to your data used with the Services, or that it will provide copies to you in the event data is deleted or lost. Yahoo encourages you to properly back up your data. Yahoo may also impose limits on certain features and services or restrict your access to parts or all of the Services or other Yahoo services or web sites without notice or liability. The prior sentence does not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account.

## 5. YAHOO! PRIVACY POLICY

Your access to and use of the Services constitutes acceptance of and is subject to the Yahoo

Privacy Policy. Your registration data and other information about you are also subject to the Yahoo Privacy Policy. You can review the most current version of the Yahoo Privacy Policy at any time by clicking on the Privacy Policy link under the Applicable Yahoo Company in Section 10 below.

## 6. RESTRICTIONS ON USE

YOU MAY NOT and will not allow any third party to (except to the extent required by local law):

a. Copy, decompile, reverse engineer, reverse assemble, disassemble, modify, rent, lease, loan, distribute, or create derivative works (as defined by the applicable local laws) or improvements (as defined by the applicable local laws) to the Services or Software or otherwise attempt to discover the source code or protocols in the Services or Software;

b. Obtain or attempt to obtain unauthorized access to the Services or the Yahoo network;

c. Incorporate the Services or the Software, or any portion thereof, into any other service, software, hardware, or other technology manufactured or distributed by or for you;

d. Use the Services in any unlawful manner, for any unlawful purpose, or in any manner inconsistent with this ATOS or the TOS;

e. Use the Services to operate nuclear facilities, life support, or other mission critical application where human life or property may be at stake (you specifically understand that the Services are not designed for such purposes and that their failure in such cases could lead to death, personal injury, or severe property or environmental damage for which Yahoo is not responsible). Note that the prior sentence does not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account; or

f. Sell, lease, loan, distribute, transfer, sublicense, reproduce, duplicate, copy, trade or exploit the Services or access thereto or derive income from the use or provision of the Services, whether for direct commercial or monetary gain or otherwise, without Yahoo's prior, express and written permission.

## 7. DISCLAIMER AND EQUIPMENT

a. You understand and agree that the Services are provided "AS-IS" and that Yahoo assumes no responsibility for the timeliness, deletion, mis-delivery, or failure to store any user communications or personalization settings. You also understand that Yahoo is not responsible for the security or privacy of communications sent via the Services. The prior sentences in this clause do not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account.

b. You may use optional equipment to access the Services (e.g., a USB port phone device to access the pc-to-pc calling feature, which device may include dual functionality to access a traditional landline service which is not provided by Yahoo).

c. Any third party plug-in applications that you use with the Services are owned by and are the sole responsibility of the plug-in application developer, and it is up to you decide whether these plug-in applications, or your use of them, is legal or appropriate.

d. If the Services downloaded or accessed by you includes anti spyware features, software that is identified as "spyware" by this tool may be software that you have agreed to load onto your computer pursuant to a separate agreement with a third party. You are solely responsible for compliance with agreements you have executed with third parties.

e. Any required or optional equipment or third party plug-in applications that you use to use, access, or augment the Services, including your mobile or other device, whether required or

2/12/2014
Case 5:13-cv-04980-LHK   Document 75-2   Filed 02/13/15   Page 47 of 61
Case 5:13-cv-04980-LHK   Document 65-4   Filed 02/13/14   Page 7 of 20

optional, is subject to the terms, conditions, warranties and disclaimers provided by the manufacturer of such equipment or third party plug-in applications, and Yahoo makes no warranties or representations whatsoever regarding such equipment and third party plug-in applications. Please refer to the materials you received when you purchased the equipment or obtained the third party plug-in applications to understand your rights and obligations, including what warranties and disclaimers apply to you. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, YAHOO! AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS EXPRESSLY DISCLAIM ALL WARRANTIES, CONDITIONS AND OTHER TERMS OF ANY KIND, WHETHER EXPRESS OR IMPLIED, RELATING TO SUCH EQUIPMENT OR THIRD PARTY PLUG-IN APPLICATIONS, INCLUDING ANY IMPLIED TERMS AND WARRANTIES OF TITLE, MERCHANTABILITY, SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, AS TO THE PROVISION OF SERVICES TO A STANDARD OF REASONABLE CARE AND SKILL AND AS TO NON-INFRINGEMENT OF ANY INTELLECTUAL PROPERTY RIGHT. The prior sentence does not apply to you if Yahoo Deutschland provides you with your Yahoo Mail account.

## 8. GENERAL INFORMATION

*Entire Agreement*. This ATOS and the TOS and all documents incorporated therein constitute the entire agreement between you and Yahoo as it relates to your use of the Services and supersedes any prior version of this ATOS or the TOS, if any, between you and Yahoo with respect to the Services. You also may be subject to additional terms and conditions that may apply when you use or purchase certain other Yahoo services (including charged services), affiliate services, third-party content or third-party software. This ATOS will continue to govern your use of the Services unless you agree to other terms with a Yahoo company that specifically state that they supercede the previously agreed version of the "Yahoo Global Communications Additional Terms of Service". If you are using the Services, in the event of a conflict between the provisions of this ATOS and the TOS, the provisions of the ATOS shall control, as they relate to the Services.

## 9. VIOLATIONS

Please report any violations of this ATOS to the Customer Care link set forth in Section 10 below under the Applicable Yahoo Company.

## 10. CONTRACTING PARTY, CHOICE OF LAW, LOCATION FOR RESOLVING DISPUTES AND OTHER LOCAL REGION PROVISIONS

This ATOS is between you and the Applicable Yahoo Company. In the subsection below, find the Yahoo company that provides you with your Yahoo Mail account, and in that subsection you will find the Yahoo company that you are contracting with for the Services, the choice of law, the location for resolving disputes with the Applicable Yahoo Company and other important provisions. Please note that your use of Yahoo Messenger and all other Yahoo Messenger services will be subject to the laws applicable to the Applicable Yahoo Company. If you do not recall which Yahoo company provides you with your Yahoo Mail account, please click on the "About" link in Yahoo Messenger and then the "Legal Jurisdiction" link. If you are using Yahoo Mail, please click on the "Help" link in Yahoo Mail and then the "Terms of Service."

<u>REGION</u>:

<u>The Americas</u>.

a. **United States**. If Yahoo! Inc., 701 First Avenue, Sunnyvale, CA 94089, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo! Inc. and Yahoo! Inc. provides you with the Services and the substantive law of the State of California governs the interpretation of this ATOS and applies to all claims related to it, regardless of conflict of laws principles. You and Yahoo! Inc. irrevocably consent to the exclusive jurisdiction and venue of the

state courts located in Santa Clara County, California or in the Federal Courts located in the Northern District of California, USA for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. If applicable, all Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995, is provided with the commercial rights and restrictions described herein. If the Services and related documentation are supplied to or purchased by or on behalf of the United States Government, if applicable, then the Services are deemed to be "commercial software" as that term is used in the Federal Acquisition Regulation system. Rights of the United States shall not exceed the minimum rights set forth in FAR 52.227-19 for "restricted computer software." All other terms and conditions of this ATOS apply. You agree to not provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act. You acknowledge and understand that Yahoo does NOT currently allow you to access any 911 or similar emergency services (no traditional 911, E911, or similar access to emergency services). You should always have an alternative means of accessing 911 or similar emergency services. Please inform others who use your Yahoo Messenger or Yahoo Mail and devices used to access Yahoo Messenger or Yahoo Mail that they must access these numbers through a traditional landline or mobile phone. Yahoo Messenger and Yahoo Mail are not intended to replace your primary phone service, such as a traditional landline or mobile phone. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/. For Yahoo En Español ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/us/yahoo/utos/en-us/. For Yahoo En Español TOS: https://info.yahoo.com/legal/e1/yahoo/utos/es-us.

C. Privacy Policy: https://info.yahoo.com/privacy/us/yahoo/. For Yahoo En Español Privacy Policy: https://info.yahoo.com/privacy/espanol/yahoo/.

D. Customer Care: Customer Care For Yahoo en Español Customer Care: espanol-abuse@yahoo-inc.com .

b. **Canada**: If Yahoo Canada, 207 Queen's Quay West, Suite 801, Toronto, ON, M5J 1A7 provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Canada Co. and Yahoo Canada Co. provides you with the Services, and the laws of Canada govern the interpretation of this ATOS, including breaches of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Canada irrevocably consent to the exclusive jurisdiction and venue the courts located within the province of Ontario, Canada for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ca/yahoo/utos/terms .

C. Privacy Policy: https://info.yahoo.com/privacy/ca/yahoo/.

D. Customer Care: http://help.yahoo.com/l/ca/yahoo/helpcentral/.

c. **Brasil**: If Yahoo Brasil Internet Ltda.,R. Fidencio Ramos, 195 - 12o andar, Sao Paulo, 04551-010, Brazil, provides you with your Yahoo Mail account and service, then you are contracting with

Yahoo Brasil and Yahoo Brasil provides you with the Service, and the laws of the Federative Republic of Brazil govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Brasil irrevocably consent to the exclusive jurisdiction and venue of the Federative Republic of Brasil for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. For Yahoo Brasil users, the limitation of rights of the users, limitations of liabilities and validity of this ATOS shall be applied to the extent permitted by Brazilian law. Yahoo Brasil reserves the right to solve eventual conflicts or contradictions solely in accordance to the UTOS and Brazilian law. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/br/yahoo/utos/terms//

C. Privacy Policy: https://info.yahoo.com/privacy/br/yahoo/.

D. Customer Care: http://help.yahoo.com/l/br/yahoo/helpcentral/.

d. **Argentina**: If Yahoo de Argentina SRL, Av. Congreso 1685 - 2do.Piso, Cdad, Aut. de Buenos Aires, C1428BUC, Argentina provides you with your Yahoo Mail account and service, then you are contracting with Yahoo de Argentina and Yahoo de Argentina provides you with the Services, and the laws of the Argentine Republic govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo de Argentina irrevocably consent to the exclusive jurisdiction and venue of the Argentine Republic for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ar/yahoo/utos/terms/ .

C. Privacy Policy: https://info.yahoo.com/privacy/ar/yahoo/.

D. Customer Care: ar-abuse@yahoo-inc.com

e. **Mexico**: If Yahoo de Mexico S.A. de C.V., Av Paseo de las Palmas 330, Piso 2, Lomas de Chapultepec, Mexico City, 11000, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo de Mexico and Yahoo de Mexico provides you with the Services, and the laws of the United Mexican States govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo de Mexico irrevocably consent to the exclusive jurisdiction and venue of the United Mexican States for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/mx/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/mx/yahoo/.

D. Customer Care: mx-abuse@yahoo-inc.com .

f. **Venezuela, Colombia, Peru and Chile**: If Yahoo Hispanic Americas, LLC, One Alhambra Plaza, 8th Floor, Coral Gables, FL 33134, U.S.A, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Hispanic Americas and Yahoo Hispanic Americas provides you with the Services, and the laws of the State of Florida govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Hispanic Americas irrevocably consent to the exclusive jurisdiction and venue of the courts of Miami-Dade County for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. Yahoo Venezuela: You can review the most current version of this ATOS, UTOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

Yahoo Venezuela: You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ve/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/ve/yahoo/.

D. Customer Care: espanol-abuse@yahoo-inc.com .

Yahoo Colombia: You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/co/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/co/yahoo/.

D. Customer Care: espanol-abuse@yahoo-inc.com .

Yahoo Peru: You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/pe/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/pe/yahoo/.

D. Customer Care: espanol-abuse@yahoo-inc.com .

Yahoo Chile: You can review the most current version of this License, the ATOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

2/12/2014

Case 5:13-cv-04980-LHK   Document 32-2   Filed 02/13/15   Page 51 of 61
Case5:13-cv-04980-LHK   Document23-4 of 20Filed02/12/14   Page50 of 20

B. TOS: https://info.yahoo.com/legal/cl/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/cl/yahoo/.

D. Customer Care: espanol-abuse@yahoo-inc.com .

**REGION:**

**Europe**.

g. **United Kingdom**: If Yahoo UK Ltd, 125 Shaftesbury Avenue, London WC2H 8AD, United Kingdom provides you with your Yahoo Mail account and service, then you are contracting with Yahoo UK Ltd. and Yahoo UK Ltd. provides you with the Services, and the laws of England and Wales govern this ATOS and any non-contractual obligations arising out of it. You and Yahoo UK Ltd. irrevocably consent to the exclusive jurisdiction and venue of the English courts for all disputes arising out of or in connection with this ATOS, any non-contractual obligation arising out of or in connection with this ATOS or any claim or dispute arising out of or relating to the relationship between you and Yahoo UK Limited regardless of the type of claim. If you upgrade your Yahoo UK Mail account to Yahoo Mail Plus, that service is provided to you by Yahoo Netherlands BV under a set of terms called the Mail Plus Additional Terms of Service https://info.yahoo.com/legal/uk/yahoo/mail/plus.html and the provisions of this ATOS will be incorporated into those terms and will apply as between you and Yahoo Netherlands BV in respect of that service.

Lastly, the following additional provisions apply to you: Nothing in this ATOS or the TOS excludes or limits the liability of either of us for fraud, the tort of deceit, death or personal injury caused by negligence or any breach of any obligations implied by Section 12 of the Sale of Goods Act 1979 or Section 2 of the Supply of Goods and Services Act 1982, or any other liability which cannot be excluded or limited by applicable law, nor in relation to any statutory or regulatory fines incurred.

You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/uk/yahoo/utos/terms.

C. Privacy Policy:https://info.yahoo.com/privacy/uk/yahoo/.

D. Customer Care: http://help.yahoo.com/l/uk/yahoo/abuse/issues/abuse-01.html.

h. **Italy**: If Yahoo Italia S.r.l., via Spadolini 7, 20141 Milano, Code and VAT n. 13122290151, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Italia and Yahoo Italia provides you with the Services, and the laws of Italy govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, data protection laws, unfair competition laws, and in tort. You and Yahoo Italia irrevocably consent to the exclusive jurisdiction and venue of Court of Milan, Italy for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. The choice of jurisdiction and venue is without prejudice of the different mandatory rules set by EC regulation 44/2001 with respect to business-to-consumer contracts. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/it/yahoo/utos/terms.

2/12/2014

Case 5:13-cv-04980-LHK   Document 72-2   Filed 02/12/15   Page 52 of 61
Case 5:13-cv-04980-LHK   Document 63-4   Filed 02/13/14   Page 1 of 20

C. Privacy Policy: https://info.yahoo.com/privacy/it/yahoo/.

D. Customer Care: http://help.yahoo.com/l/it/yahoo/abuse/.

You may contact Yahoo Italia at any time by writing sending an email to the above address.

i. **Germany**: If Yahoo Deutschland, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Deutschland and Yahoo Deutschland provides you with the Services. In that case, the contractual and non-contractual relationships between the parties with respect to the use of the Services are subject exclusively to German law. You consent to the exclusive jurisdiction and venue of Munich, Germany for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim in cases you are domiciled outside of the territory of Germany or transferred your domicile outside the territory of Germany after accepting this ATOS. If you upgrade your German Yahoo Mail account to Yahoo Mail Plus, that service is provided to you under a set of terms called the Mail Plus Additional Terms of Service available at https://info.yahoo.com/legal/de/yahoo/mail/mailplus/mailplus_atos_new.html: the provisions of this ATOS will be incorporated into those terms and will apply to you in respect of that service. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/de/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/de/yahoo/.

D. Customer Care: http://help.yahoo.com/l/de/yahoo/abuse/help001.html.

j. **France**: If Yahoo France SAS (RCS Paris 442 044 087), 17-19 rue Guillaume Tell 75017 Paris, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo France and Yahoo France provides you with the Services, and the laws of France govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. If you upgrade your French Yahoo Mail account to Yahoo Mail Plus, that service is provided to you by Yahoo Netherlands BV, a company incorporated under the Laws of the Netherlands with registration number 34141161, with registered office in Zuideinde 136, 1541 CG Koog aan de Zaan, Netherlands, under a set of terms called the Mail Plus Additional Terms of Service available at https://info.yahoo.com/legal/fr/yahoo/mail/mailtos/mailplus.html: the provisions of this ATOS will be incorporated into those terms and will apply as between you and Yahoo Netherlands BV in respect of that service. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/fr/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/fr/yahoo/.

D. Customer Care: http://help.yahoo.com/l/fr/yahoo/abuse/.

k. **Spain**: If Yahoo Iberia S.L.U., Calle María de Molina, 40 28006 Madrid, España, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Iberia and Yahoo Iberia provides you with the Services, and the laws of Spain govern not only the interpretation of

this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Iberia irrevocably consent to the exclusive jurisdiction and venue of Spain (and the Courts of the City of Madrid) for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/es/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/es/yahoo/.

D. Customer Care: http://help.yahoo.com/l/es/yahoo/helpcentral/.

I. **Ireland Denmark, Finland, Norway, Romania, the Netherlands, Sweden, Turkey, Russia, Poland, Belgium, Czech Republic, Hungary, Portugal, Austria, Bulgaria, Croatia, Estonia, Latvia, Lithuania, Serbia, Slovakia, Slovenia, Ukraine and Greece** If Yahoo Ireland Services Limited (YISL) of Block P, Eastpoint Business Park, Clontarf, Dublin, 3 Ireland, provides you with your Yahoo Mail account and service, then you are contracting with YISL to provide you with the Services, and the laws of Ireland govern this ATOS and any non-contractual obligations arising out of it. You and YISL irrevocably consent to the exclusive jurisdiction and venue of the Irish courts for all disputes arising out of or in connection with this ATOS, any non-contractual obligation arising out of or in connection with this ATOS or any claim or dispute arising out of or relating to the relationship between you and YISL regardless of the type of claim.

You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below.

Ireland:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ie/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/ie/yahoo/.

Denmark:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/dk/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/dk/yahoo/.

Finland:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/fi/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/fi/yahoo/.

Norway:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/no/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/no/yahoo/.

Romania:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ro/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/ro/yahoo/.

The Netherlands:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/nl/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/nl/yahoo/.

Sweden:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/se/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/se/yahoo/.

Turkey:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/tr/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/tr/yahoo/.

Russia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ru/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/ru/yahoo/.

Greece:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/gr/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/gr/yahoo/.

Poland:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

2/12/2014

Case 5:13-cv-04980-LHK   Document 72-2   Filed 02/12/15   Page 55 of 61
Case 5:13-cv-04980-LHK   Document 73-4   Filed 02/12/14   Page 14 of 20

B. TOS: https://info.yahoo.com/legal/pl/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/pl/yahoo/.

Belgium:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/be/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/be/yahoo/.

Czech Republic:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/cz/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/cz/yahoo/.

Hungary:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/hu/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/hu/yahoo/.

Portugal:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/pt/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/pt/yahoo/.

Austria:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/at/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/at/yahoo/.

Bulgaria:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/bg/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/bg/yahoo/.

Croatia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/hr/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/hr/yahoo/.

Estonia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ee/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/ee/yahoo/.

Latvia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/lv/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/lv/yahoo/.

Lithuania:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/lt/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/lt/yahoo/.

Serbia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/rs/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/sr/yahoo/.

Slovakia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/sk/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/sk/yahoo/.

Slovenia:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/si/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/si/yahoo/.

Ukraine:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/ua/yahoo/utos/terms.

2/12/2014

Case 5:13-cv-04980-LHK    Document 78-2    Filed 02/12/15    Page 57 of 61
Case 5:13-cv-04980-LHK    Document 78-4 of the Filed 02/12/14    Page 16 of 20

C. Privacy Policy: https://info.yahoo.com/privacy/ua/yahoo/.

**REGION:**

**Asia Pacific.**

m. **Hong Kong**: If Yahoo Hong Kong Limited, at 27/F Sunning Plaza, 10 Hysan Avenue, Causeway Bay, Hong Kong, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Hong Kong and Yahoo Hong Kong provides you with the Services, and the laws of Hong Kong govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Hong Kong irrevocably consent to the exclusive jurisdiction and venue of Hong Kong for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. Lastly, the following additional provisions apply to you:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/hk/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/hk/yahoo.

D. Customer Care: http://help.cc.hk.yahoo.com/.

E. Certain features may not be available to users in HK including PC-to-phone and other internet calling.

n. **Singapore, Indonesia, Malaysia, the Philippines, Thailand and Vietnam**: If Yahoo Asia Pacific Pte. Ltd. (of 60 Anson Road, #13-01 Mapletree Anson, Singapore 079914), provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Asia Pacific Pte. Ltd. and Yahoo Asia Pacific Pte. Ltd. provides you with the Services, and the laws of Singapore govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Asia Pacific Pte. Ltd. irrevocably consent to the exclusive jurisdiction and venue of the Singapore Courts for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. Lastly, the following additional provisions apply to you:

A. ATOS:

• Singapore: https://info.yahoo.com/legal/yahoo/all/mail/.

• Indonesia : https://info.yahoo.com/legal/yahoo/all/mail/.

• Malaysia : https://info.yahoo.com/legal/yahoo/all/mail/.

• Philippines: https://info.yahoo.com/legal/yahoo/all/mail/.

• Thailand : https://info.yahoo.com/legal/yahoo/all/mail/.

• Vietnam : https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS:

2/12/2014
Case 5:13-cv-04980-LHK   Document 32-2   Filed 02/12/15   Page 58 of 61
Case 5:13-cv-04980-LHK   Document 3-4   Filed 02/13/14   Page 57 of 60

- Singapore: https://info.yahoo.com/legal/sg/yahoo/utos/terms/.

- Indonesia : https://info.yahoo.com/legal/id/yahoo/utos/terms

- Malaysia : https://info.yahoo.com/legal/my/yahoo/utos/terms/.

- Philippines: https://info.yahoo.com/legal/ph/yahoo/utos/terms/.

- Thailand : https://info.yahoo.com/legal/th/yahoo/utos/terms.

- Vietnam : https://info.yahoo.com/legal/vn/yahoo/utos/terms/.

C. Privacy Policy:

- Singapore: https://info.yahoo.com/privacy/sg/yahoo/.

- Indonesia : https://info.yahoo.com/privacy/id/yahoo/.

- Malaysia : https://info.yahoo.com/privacy/my/yahoo/.

- Philippines: https://info.yahoo.com/privacy/ph/yahoo/.

- Thailand : https://info.yahoo.com/privacy/th/yahoo

- Vietnam : https://info.yahoo.com/privacy/vn/yahoo/.

D. Customer Care:

- Singapore: http://help.yahoo.com/l/sg/yahoo/mail/abuse.html.

- Indonesia: http://help.yahoo.com/l/id/yahoo/mail/yahoomail/abuse.html.

- Malaysia: http://help.yahoo.com/l/mye/yahoo/mail/yahoomail/abuse-01.html.

- Philippines: http://help.yahoo.com/l/ph/yahoo/mail/yahoomail/abuse.html.

- Thailand: http://help.yahoo.com/l/th/yahoo/mail/abuse.html.

- Vietnam: http://help.yahoo.com/l/vn/yahoo/mail/yahoomail/abuse.html.

o. **Australia**: If Yahoo 7 Pty Limited, Levels 2 & 3, Pier 8/9, 23 Hickson Road, Millers Point NSW 2000, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo 7 and Yahoo 7 provides you with the Services, and the laws of New South Wales govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo 7 irrevocably consent to the exclusive jurisdiction and venue of the New South Wales courts for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. Lastly, the following additional provisions apply to you the links below. You may also contact customer care using the link provided.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/au/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/au/yahoo.

2/12/2014

Case 5:13-cv-04980-LHK   Document 72-2   Filed 02/12/15   Page 59 of 61
Case 5:13-cv-04980-LHK   Document 73-4 of 78 Filed 02/12/14   Page 18 of 161

D. Customer Care: http://help.yahoo.com/l/au/yahoo7/abuse/general.html.

p. **New Zealand**: If Yahoo New Zealand Limited, 2 Ruskin Street Parnell Auckland New Zealand, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo New Zealand and Yahoo New Zealand provides you with the Services, and the laws of New Zealand govern not only the interpretation of this ATOS and applies to claims for breach of it, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo New Zealand irrevocably consent to the exclusive jurisdiction and venue of the courts in Auckland for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/nz/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/nz/yahoo.

D. Customer Care: http://help.yahoo.com/l/au/yahoo7/abuse/general.html.

q. **Taiwan**: If Yahoo Taiwan provides you with your Yahoo Mail account and service, then you are contracting with Yahoo Taiwan and Yahoo Taiwan provides you with the Services, and the laws of Taiwan govern not only the interpretation of this ATOS and applies to claims for breach of it, regardless of conflict of laws principles, but also applies to all other claims, including claims regarding consumer protection laws, unfair competition laws, and in tort. You and Yahoo Taiwan irrevocably consent to the exclusive jurisdiction and venue of the courts located in Taipei, Taiwan, R.O.C. for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. Lastly, the following additional provisions apply to you:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/tw/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/tw/yahoo.

D. Customer Care: http://tw.help.cc.yahoo.com/.

r. **India**: If Yahoo India Private Limited, Unit No. 1261, 6th floor, Building No.12, Solitaire Corporate Park, No. 167, Guru Hargovindji Marg, (Andheri-Ghatkopar Link Road), Andheri (East), Mumbai - 400 093, India, provides you with your Yahoo Mail account and service, then you are contracting with Yahoo India and Yahoo India provides you with the Services, and the laws of India govern this License and ATOS regardless of conflict of laws principles. You and Yahoo India irrevocably consent to the exclusive jurisdiction of the competent courts at Mumbai for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. Lastly, the following additional provisions apply to you:

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/in/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/in/yahoo.

D. Customer Care: http://help.yahoo.com/l/in/yahoo/helpcentral/.

E. Certain features may not be available to users in IN including PC-to-phone and other internet

2/12/2014

Case 5:13-cv-04980-LHK   Document 72-2   Filed 02/12/15   Page 60 of 61
Case 5:13-cv-04980-LHK   Document 73-4 of 18 of Filed 02/12/15   Page 60 of 61

calling.

## REGION:

### The Middle East and North Africa.

s. **Yahoo Maktoob Services and Israel**. If Yahoo! Inc., 701 First Avenue, Sunnyvale, CA 94089 provides you with your Yahoo Mail account and service, then you are contracting with Yahoo! Inc. and Yahoo! Inc. provides you with the Services and the substantive law of the State of California governs the interpretation of this ATOS and applies to all claims related to it, regardless of conflict of laws principles. You and Yahoo! Inc. irrevocably consent to the exclusive jurisdiction and venue of the state courts located in Santa Clara County, California or in the Federal Courts located in the Northern District of California, USA for all disputes arising out of or relating to this ATOS or arising out of or relating to the relationship between you and Yahoo regardless of the type of claim. If applicable, all Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995, is provided with the commercial rights and restrictions described herein. If the Services and related documentation are supplied to or purchased by or on behalf of the United States Government, if applicable, then the Services are deemed to be "commercial software" as that term is used in the Federal Acquisition Regulation system. Rights of the United States shall not exceed the minimum rights set forth in FAR 52.227-19 for "restricted computer software." All other terms and conditions of this ATOS apply. You agree to not provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act. You acknowledge and understand that Yahoo does NOT currently allow you to access any 911 or similar emergency services (no traditional 911, E911, or similar access to emergency services in your country). You should always have an alternative means of accessing 911 or similar emergency services in your country. Please inform others who use your Yahoo Messenger or Yahoo Mail and devices used to access Yahoo Messenger or Yahoo Mail that they must access these numbers through a traditional landline or mobile phone. Yahoo Messenger and Yahoo Mail are not intended to replace your primary phone service, such as a traditional landline or mobile phone.

If you have registered for the Yahoo Maktoob services in English, you can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below. You may also contact customer care using the link provided below.

A. ATOS:https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.maktoob.com/terms_e.php.

C. Privacy Policy: http://info.maktoob.com/terms_e.php

D. Customer Care: http://help.yahoo.com/l/xe/yahoo/helpcentral/

E. Certain features may not be available to you including PC-to-phone and other internet calling.

If you have registered for the Yahoo Maktoob services in Arabic, you can review the most current version of this ATOS, the TOS and the Privacy Policy at any time by visiting the Yahoo Maktoob Arabic Terms of Service Center at the link provided below. You may also contact customer care using the link provided below.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: http://info.maktoob.com/terms.php.

C. Privacy Policy: http://info.maktoob.com/terms.php

D. Customer Care: http://help.yahoo.com/l/xa/yahoo/helpcentral/

E. Certain features may not be available to you including PC-to-phone and other internet calling.

If you have registered for the Yahoo services in Israel, you can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/il/yahoo/utos/terms.

C. Privacy Policy: https://info.yahoo.com/privacy/il/yahoo/.

t. **South Africa**: If Yahoo Ireland Services Limited (YISL) of Block P, Eastpoint Business Park, Clontarf, Dublin, 3 Ireland, provides you with your Yahoo Mail account and service, then you are contracting with YISL to provide you with the Services, and the laws of Ireland govern this ATOS and any non-contractual obligations arising out of it. You and YISL irrevocably consent to the exclusive jurisdiction and venue of the Irish courts for all disputes arising out of or in connection with this ATOS, any non-contractual obligation arising out of or in connection with this ATOS or any claim or dispute arising out of or relating to the relationship between you and YISL regardless of the type of claim. You can review the most current version of this ATOS, the TOS and the Privacy Policy at any time at the links below.

A. ATOS: https://info.yahoo.com/legal/yahoo/all/mail/.

B. TOS: https://info.yahoo.com/legal/za/yahoo/utos/terms/.

C. Privacy Policy: https://info.yahoo.com/privacy/za/yahoo/.