1  REBEKAH KAUFMAN (CA Bar No. 213222)
   ROBERT PETRAGLIA (CA Bar No. 264849)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, CA 94105
   Telephone: (415) 268-7000
4  Facsimile:  (415) 268-7522
   RKaufman@mofo.com
5  RPetraglia@mofo.com

6  MARC J. ZWILLINGER (*pro hac vice*)
   JACOB SOMMER (*pro hac vice*)
7  ZWILLGEN PPLC
   1705 N. Street, NW
8  Washington, D.C. 20036
   Telephone: (202) 706-5202
9  Facsimile: (202) 706-5298
   Marc@zwillgen.com
10 Jake@zwillgen.com

11 *Attorneys for Defendant YAHOO! INC.*

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 | IN RE YAHOO MAIL LITIGATION | Case No.   5:13-cv-4980 LHK

17 | | **[PROPOSED]** ORDER REGARDING PLAINTIFFS' MOTION FOR LEAVE TO
18 | | FILE A REPLY TO YAHOO'S DECLARATION IN SUPPORT OF
19 | | PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
20 | | (Civ. L.R. 7-11(b))

21

22

23

24

25

26

27

28

[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY
CASE NO. 5:13-CV-4980 LHK
sf-3505197

Plaintiffs filed a Motion for Leave to File a Reply to Yahoo's Declaration in Support of Plaintiffs' Administrative Motion to File Under Seal, and Yahoo has opposed that Motion. The Court, having considered the papers filed in support and opposition, and for good cause shown, HEREBY ORDERS THAT:

~~The Court hereby DENIES Plaintiffs' Motion for Leave to File a Reply to Yahoo's Declaration in Support of Plaintiffs' Administrative Motion to File Under Seal.~~

[In the alternative, the Court hereby GRANTS Plaintiffs' Motion for Leave to File a Reply to Yahoo's Declaration in Support of Plaintiffs' Administrative Motion to File Under Seal and GRANTS Yahoo's request to file a Sur-Reply to Plaintiffs' Reply to Yahoo's Declaration in Support of Plaintiffs' Administrative Motion to File Under Seal. Those briefs, which were submitted to the Court pursuant, shall be deemed filed as of the date of this Order.]

**IT IS SO ORDERED**

Dated: March 10, 2015

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Court Judge