REBEKAH KAUFMAN (CA Bar No. 213222)
ROBERT PETRAGLIA (CA Bar No. 264849)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522
RKaufman@mofo.com
RPetraglia@mofo.com

MARC J. ZWILLINGER (*pro hac vice*)
JACOB SOMMER (*pro hac vice*)
ZWILLGEN PPLC
1705 N. Street, NW
Washington, D.C. 20036
Telephone: (202) 706-5202
Facsimile: (202) 706-5298
Marc@zwillgen.com
Jake@zwillgen.com

Attorneys for Defendant YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE YAHOO MAIL LITIGATION | Case No.   5:13-cv-4980 LHK<br><br>**DECLARATION OF DAN TEPSTEIN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Lucy H. Koh |

I, Daniel Tepstein, hereby declare as follows:

1. I am a Vice President & Associate General Counsel of Yahoo! Inc. ("Yahoo"). I submit this declaration in support of defendant's opposition to plaintiffs' motion for class certification. I have personal knowledge of Yahoo's terms of service, as well as the public disclosures regarding Yahoo Mail that appear on Yahoo webpages. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently as follows.

2. Yahoo keeps records in the ordinary course of its business regarding past iterations of specific webpages that contain disclosures regarding Yahoo's scanning of email, and use of email content, including Yahoo's Communications Terms of Service page, Privacy Policy page, Yahoo Mail FAQ page, and Yahoo Mail page. These records are made at or near the time that these webpages are updated. I have caused versions of these webpages dating back to October 2011 to be retrieved from Yahoo's records.

3. Attached hereto as Exhibits 1 through 21 are true and correct copies of various iterations of Yahoo's Communications Terms of Service page.

4. Attached hereto as Exhibits 22 through 57 are true and correct copies of various iterations of Yahoo Privacy Policy.

5. Attached hereto as Exhibits 58 through 74 are true and correct copies of various iterations of Yahoo's Mail FAQ page.

6. Attached hereto as Exhibit 75 is the current Yahoo Mail Overview page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Santa Monica, California, on March 10, 2015.

_____
DANIEL TEPSTEIN