# EXHIBIT 6

1               UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4                            )

5   IN RE YAHOO MAIL LITIGATION  ) Case No. 5:13-cv-4980 LHK

6                            )

7   _____

8

9               DEPOSITION OF BRIAN PINCUS

10              San Francisco, California

11                 February 12, 2015

12

13

14   Reported by:

    KENNETH T. BRILL

15   CSR NO. 12797

16

17   Job No. 2009873

18

19

20

21

22

23

24

25   PAGES 1 - 79

                                        Page 1

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                              )

4    IN RE YAHOO MAIL LITIGATION   ) Case No. 5:13-cv-4980 LHK

5                              )

6

7    _____

8

9           Deposition of BRIAN PINCUS, Volume 1, taken on

10   behalf of Defendant, at Morrison & FOerster, LLP, 425

11   Market Street, Suite 3300, San Francisco, CA, beginning

12   at 1:31 p.m., and ending at 3:25 p.m., on Thursday,

13   February 12, 2015, before KENNETH T. BRILL, Certified

14   Shorthand Reporter No. 12797.

15

16

17

18

19

20

21

22

23

24

25

                                                 Page 2

```
 1   A P P E A R A N C E S:

 2

 3   For Plaintiff:

 4        KAPLAN FOX & KILSHEIMER LLP

 5        BY:  LINDA M. FONG, ESQUIRE

 6        350 Sansome Street, Suite 400

 7        San Francisco, CA 94104

 8        (415) 772-4700

 9        lfong@kaplanfox.com

10

11

12   For Defendants

13        MORRISON & FOERSTER LLP

14        BY:  ROBERT T. PETRAGLIA, ESQUIRE

15        425 Market Street

16        San Francisco, CA 94105-2482

17        (415) 268-7751

18        RPETRAGLIA@MOFO.COM

19

20

21

22

23

24

25
```

Page 3

```
 1    of e-mail scanning?
 2         A.    No.
 3         Q.    And that's true for all of your employers?
 4         A.    Yes, true.
 5         Q.    Tell me about any conversations you've had
 6    with Yahoo users about Yahoo mail.
 7         A.    Zero.
 8         Q.    When did you learn about Yahoo's scanning of
 9    e-mails?
10         A.    About 16 to 17 months ago.
11         Q.    How did you learn about it?
12         A.    From a friend.  Excuse me.
13         Q.    What friend?
14         A.    Justin Farar.
15         Q.    So a lawyer at Kaplan Fox?
16         A.    He is a lawyer at Kaplan Fox.
17         Q.    Have you read the Yahoo mail FAQ?
18         A.    No.
19                          - - -
20              (Whereupon the document was marked,
21              for identification purposes, as Yahoo
22              Exhibit 7.)
23                          - - -
24    BY MR. PETRAGLIA:
25         Q.    You've been handed what has been marked as
```

Page 55

1                    CERTIFICATE OF REPORTER

2

3              I, the undersigned, a Certified Shorthand
     Reporter of the State of California, do hereby
4    certify:
               That the foregoing proceedings were taken
5    before me at the time and place herein set forth; that
     any witnesses in the foregoing proceedings, prior to
6    testifying, were administered an oath; that a record of
     the proceedings was made by me using machine shorthand
7    which was thereafter transcribed under my direction;
     that the foregoing transcript is a true record of the
8    testimony given.
          Further, that if the foregoing pertains to the
9    original transcript of a deposition in a Federal Case,
     before completion of the proceedings, review of the
10   transcript [ ] was [ ] was not requested.
          I further certify I am neither financially
11   interested in the action nor a relative or employee of
     any attorney or any party to this action.
12        IN WITNESS WHEREOF, I have this date
     subscribed my name.

13

14                    Dated: 2/12/15

15

16

17

18

19

20             _____

21

22             KENNETH T. BRILL
23             CSR No. 12797

24

25

                                                    Page  79