EXHIBIT 8

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: YAHOO MAIL LITIGATION ) Case No.
 5                                ) 5:13-cv-4980 LHK
 6                                )
 7   _____)
 8
 9
10
11
12          DEPOSITION OF REBECCA SHELLY ABRAMS
13                WEDNESDAY, MARCH 4, 2015
14
15
16
17
18
19
20   REPORTED BY:
21   JARDENE L. PLATT,
22   RPR, CSR No. 3724
23   JOB No. 2021607
24
25   PAGES 1-79
```

Page 1

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3
4   IN RE: YAHOO MAIL LITIGATION ) Case No.
5                                    ) 5:13-cv-4980 LHK
6                                    )
7   _____)
8
9
10
11      Deposition of REBECCA SHELLY ABRAMS, taken
12  on behalf of the defendant at 707 Wilshire
13  Boulevard, Los Angeles, California, on WEDNESDAY,
14  MARCH 4, 2015, at 12:34 p.m., before JARDENE L.
15  PLATT, RPR, CSR No. 3724.
16
17
18
19
20
21
22
23
24
25

Page 2

```
 1
 2   APPEARANCES OF COUNSEL
 3
 4   FOR THE PLAINTIFF:
 5
 6            KAPLAN FOX & KILSHEIMER LLP
 7            BY:  LINDA M. FONG, ESQ.
 8            350 Sansome Street
 9            Suite 400
10            San Francisco, California  94104
11            (415) 772-4700
12            lfong@kaplanfox.com
13                   -and-
14            GLANCY BINKOW & GOLDBERG LLP
15            BY:  LESLEY F. PORTNOY, ESQ.
16            1925 Century Park East
17            Suite 2100
18            Los Angeles, California  90067
19            (310) 201-9150
20            lportnoy@glancylaw.com
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES CONTINUED:
 2
 3   FOR THE DEFENDANT:
 4
 5            MORRISON & FOERSTER LLP
 6            BY:   REBEKAH KAUFMAN, ESQ.
 7            425 Market Street
 8            San Francisco, California    94105
 9            (415) 268-7000
10            rkaufman@mofo.com
11
12   ALSO PRESENT:
13
14            MELISSA WRIGHT
15
16
17
18
19
20
21
22
23
24
25
                                         Page 4
```

```
 1          Q.   You have filed a lawsuit against Yahoo!.
 2   That's right?
 3          A.   Correct.
 4          Q.   And what is it that you are seeking from
 5   that lawsuit?
 6          A.   Privacy protection.
 7          Q.   What type of privacy protection?
 8          A.   To make sure that Yahoo! does not scan
 9   emails that are sent between Yahoo! users and
10   non-Yahoo! users.
11          Q.   Why does that concern you?
12          A.   Because it's an invasion of privacy.
13          Q.   Why do you feel it's an invasion of
14   privacy?
15          A.   Because I never -- can I say -- can I
16   start over?
17          Q.   Sure.
18          A.   Can you repeat the question?
19          Q.   Yes.  Why do you think it is an invasion
20   of privacy?
21          A.   Because Yahoo! never asked permission.
22          Q.   From?
23          A.   Me.
24          Q.   Okay.  When did you first learn that
25   Yahoo! scans emails?
```

Page 9

1      A.   When I was contacted by my lawyer.
2      Q.   Okay.  And when was that?
3      A.   I don't remember the exact date, but it
4  was in I think November 2013.
5      Q.   And you weren't aware before then that
6  Yahoo! scans emails?
7      A.   No.
8      Q.   What is your goal in this lawsuit?  What
9  do you hope to achieve?
10     A.   I hope that Yahoo! stops scanning these
11 emails and I hope that we get privacy protection.
12     Q.   Anything else?
13     A.   No.
14     Q.   Okay.  Have you ever been a class
15 representative before in a class action?
16     A.   Never.
17     Q.   What's your understanding of what your
18 role is as a class representative?
19     A.   That I'm representing non-Yahoo! users who
20 email with Yahoo! users.
21     Q.   Do you have any views about whether you
22 have any duties or responsibilities in your role as
23 a class representative?
24     A.   Can you repeat that?
25          MS. KAUFMAN:  Can you read it back,

Page 10

1        I, JARDENE L. PLATT, RPR, CSR No. 3724 in and
2   for the State of California, do hereby certify:
3        That prior to being examined, the witness named
4   in the foregoing deposition was by me duly sworn to
5   testify as to the truth, the whole truth, and nothing
6   but the truth.
7        That said deposition was taken before me at the
8   time and place therein set forth and was taken down by
9   me stenographically and thereafter transcribed via
10  computer-aided transcription under my direction and is
11  a true record of the testimony.
12       Before completion of the deposition, review of
13  the transcript [ ] was [XX] was not requested.
14       I further certify that I am neither counsel for,
15  nor related to, any party to said action, nor
16  interested in the outcome thereof.
17       IN WITNESS WHEREOF, I have hereunto subscribed
18  my name.
19  Dated:  March 9, 2015
20
21
22
23       *[signature: Jardene L Platt]*
24  _____
25       JARDENE L. PLATT, RPR, CSR No. 3724

Page 79