1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10               SAN JOSE DIVISION

11

12   CODY BAKER, et al.,                    Case No.:  13-cv-04980-LHK

13              Plaintiffs,                  **CASE MANAGEMENT ORDER**

14        v.

15   YAHOO! INC.,

16              Defendant.

17

18   Plaintiffs' Attorneys: Laurence King, Ashley Tveit
     Defendant's Attorney: Rebekah Kaufman

19
         A case management conference was held on May 27, 2015.  A further case management
20   conference is set for September 16, 2015, at 2:00 p.m.  The parties shall file their joint case
     management statement by September 9, 2015.
21
         Counsel for Plaintiffs, Ashley Tveit, is ordered to file a notice of appearance and register
22   on ECF for this case by May 28, 2015.

23       The parties shall complete private mediation by November 17, 2015.  The parties shall file
24   a joint settlement status update by November 18, 2015.

25       The Court denied the parties' stipulation to amend the case schedule. ECF No. 103. The
     Court amended the case schedule as follows:
26

27   FACT DISCOVERY CUTOFF: May 1, 2015

28                                          1

United States District Court
Northern District of California

EXPERT DISCOVERY:
    Opening Reports: July 10, 2015
    Rebuttal Reports: August 5, 2015
    Close of Expert Discovery: August 28, 2015

DISPOSITIVE MOTIONS shall be filed by September 18, 2015, oppositions shall be filed by October 19, 2015, and replies shall be filed by November 16, 2014, and set for hearing no later than December 10, 2015 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: January 28, 2016, at 1:30 p.m.

JURY TRIAL: February 8, 2016, at 9:00 a.m.  Trial is expected to last 6 days.

**IT IS SO ORDERED.**

Dated: May 27, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 13-cv-04980-LHK
CASE MANAGEMENT ORDER