1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12 | CODY BAKER, et al.,

Case No.  13-cv-04980-LHK

13 |                     Plaintiffs,

**ORDER RE SEALING MOTIONS AND MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

14 |           v.

15 | YAHOO! INC.,

Re: Dkt. Nos. 60, 77, 89, 95, 96, 97, 98

16 |                     Defendant.

17
18

Before the Court are administrative motions to seal brought by Plaintiffs Rebecca Abrams,

19 | Cody Baker, Halima Nobles, and Brian Pincus (collectively, "Plaintiffs"), ECF Nos. 60, 89, and

20 | by Defendant Yahoo! Inc. ("Defendant" or "Yahoo"), ECF Nos. 77, 96. The parties seek to seal

21 | briefing and exhibits filed by the parties in connection with Plaintiffs' motion for class

22 | certification, ECF No. 60. Also before the Court is Defendant's motion for leave to supplement

23 | the record, and the parties' stipulation to allow Defendant to supplement the record. ECF Nos. 95–

24 | 98. The Court first addresses the parties' sealing motions and then turns to Defendant's motion

25 | and the parties' stipulation.

26 |       "Historically, courts have recognized a 'general right to inspect and copy public records

27 | and documents, including judicial records and documents.'" *Kamakana v. City & Cnty. of*

28

1

1  *Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435

2  U.S. 589, 597 & n.7 (1978)). Accordingly, when considering a sealing request, "a strong

3  presumption in favor of access is the starting point." *Id.* (internal quotation marks omitted).

4      Parties seeking to seal judicial records relating to dispositive motions bear the burden of

5  overcoming the presumption with "compelling reasons supported by specific factual findings" that

6  outweigh the general history of access and the public policies favoring disclosure. *Kamakana*, 447

7  F.3d at 1178–79. Compelling reasons justifying the sealing of court records generally exist "when

8  such 'court files might have become a vehicle for improper purposes,' such as the use of records to

9  gratify private spite, promote public scandal, circulate libelous statements, or release trade secret."

10  *Id.* at 1179 (quoting *Nixon*, 435 U.S. at 598). However, "[t]he mere fact that the production of

11  records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will

12  not, without more, compel the court to seal its records." *Id.* Dispositive motions include "motions

13  for summary judgment." *Id.*

14      Records attached to nondispositive motions are not subject to the strong presumption of

15  access. *See Kamakana*, 447 F.3d at 1179. Because the documents attached to nondispositive

16  motions "are often unrelated, or only tangentially related, to the underlying cause of action,"

17  parties moving to seal must meet the lower "good cause" standard of Rule 26(c) of the Federal

18  Rules of Civil Procedure. *Id.* at 1179–80 (internal quotation marks omitted). The "good cause"

19  standard requires a "particularized showing" that "specific prejudice or harm will result" if the

20  information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206,

21  1210–11 (9th Cir. 2002) (internal quotation marks omitted); *see* Fed. R. Civ. P. 26(c). "Broad

22  allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not

23  suffice. *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

24      In general, motions for class certification are considered nondispositive. *See In re High-

25  Tech Emp. Antitrust Litig.*, No. 11-CV-02509-LHK, 2013 WL 5486230, at *2 (N.D. Cal. Sept. 30,

26  2013) ("As Plaintiffs' Motion for Class Certification is a non-dispositive motion, the Court finds

27  that the parties need only demonstrate 'good cause' in order to support their requests to seal.").

28
Case No.13-CV-04980-LHK
ORDER RE SEALING MOTIONS AND MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

United States District Court
Northern District of California

1    The Court therefore applies the "good cause" standard to the parties' requests.

2         Pursuant to Rule 26(c), a trial court has broad discretion to permit sealing of court

3    documents for, inter alia, the protection of "a trade secret or other confidential research,

4    development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G). The Ninth Circuit has

5    adopted the definition of "trade secrets" set forth in the Restatement of Torts, holding that "[a]

6    trade secret may consist of any formula, pattern, device or compilation of information which is

7    used in one's business, and which gives him an opportunity to obtain an advantage over

8    competitors who do not know or use it." *Clark v. Bunker*, 453 F.2d 1006, 1009 (9th Cir. 1972)

9    (quoting Restatement (First) of Torts § 757 cmt. b). "Generally [a trade secret] relates to the

10   production of goods. . . . It may, however, relate to the sale of goods or to other operations in the

11   business. . . ." *Id.* (ellipses in original). In addition, the Supreme Court has recognized that sealing

12   may be justified to prevent judicial documents from being used "as sources of business

13   information that might harm a litigant's competitive standing." *Nixon*, 435 U.S. at 598.

14        In addition, parties moving to seal documents must comply with the procedures established

15   by Civil Local Rule 79-5. Pursuant to that rule, a sealing order is appropriate only upon a request

16   that establishes the document is "sealable," or "privileged or protectable as a trade secret or

17   otherwise entitled to protection under the law." Civ. L. R. 79-5(b). "The request must be narrowly

18   tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)." *Id.*

19   Civil Local Rule 79-5(d), moreover, requires the submitting party to attach a "proposed order that

20   is narrowly tailored to seal only the sealable material" and that "lists in table format each

21   document or portion thereof that is sought to be sealed," as well as an "unredacted version of the

22   document" that "indicate[s], by highlighting or other clear method, the portions of the document

23   that have been omitted from the redacted version." *Id.* R. 79-5(d)(1). "Within 4 days of the filing

24   of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as

25   required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."

26   *Id.* R. 79-5(e)(1).

27        Below, the Court applies the "good cause" standard to the parties' requests to seal

28
Case No.13-CV-04980-LHK
ORDER RE SEALING MOTIONS AND MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

United States District Court
Northern District of California

documents in connection with Plaintiffs' motion for class certification. With this standard in mind, the Court rules on the instant motions as follows:

| Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|
| 60 | Good Cause | Plaintiffs' Memorandum of Points and Authorities In Support of Plaintiffs' Motion for Class Certification | GRANTED as to the following proposed redactions, and otherwise DENIED with prejudice:<br>• Page 3, lines: 2-6, 28<br>• Page 4, lines 1, 11-13,15-28<br>• Page 5, lines 6-7, 9-16, 20, 23, 27–28<br>• Page 6, lines 1-4, 6 (technology name only), 9 (technology name only), 11 (technology name only), 12, 23-28<br>• Page 7, lines 1-2, 7-8, 11-12, 14 -17, 22 (technology name only), 26 (technology name only)<br>• Page 8, lines 9-13, 14 (excluding "these commercial processes"), 15-18<br>• Page 9, lines 1-4<br>• Page 15, lines 21-23 |

United States District Court
Northern District of California

| Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|
| 60 | Good Cause | Declaration of R. Sherwood, Ex. 1 | GRANTED as to the following proposed redactions:<br><br>• Page 2, Table of contents subheadings for Pages 8 and 9;<br><br>• Page 6, ¶¶ 9, 11, 12, fn. 3-4;<br><br>• Page 7, ¶¶ 12-13, fn. 7, 8;<br><br>• Page 8, ¶ 15, fn. 13;<br><br>• Page 9, ¶¶ 17-19, fn. 15-17;<br><br>• Page 10, ¶¶ 19-20, fn. 21, 23-24; and<br><br>Page 11, ¶¶ 21-22.<br><br>GRANTED as to:<br>• Page 6, ¶ 10, the paragraph with the exception of the first and sixth sentences.<br>• Page 6, ¶ 12, the paragraph with the exception of the first and last sentences.<br>• Page 8, ¶ 14, only as to the names of the technology in the second sentence.<br>• Page 8, ¶ 16, only as to the first sentence.<br><br>Otherwise DENIED WITH PREJUDICE. |

Case No.13-CV-04980-LHK
ORDER RE SEALING MOTIONS AND MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

United States District Court
Northern District of California

United States District Court
Northern District of California

| Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 1, Deposition Transcript of Amir Doron | GRANTED as to the following proposed redactions in ECF No. 69:<br>• 4:16-19<br>• 5:4-10, 12, 14, 24-25<br>• 6:7-8, 19-20<br>• 11:8<br>• 12:8,12<br>• 13:2<br>• 16:12-13, 20-22, 24-25<br>• 17:16, 23<br>• 18:17-25<br>• 19:1-2, 19<br>• 20:2-4<br>• 23:4-12, 24<br>• 24:1-3, 10-18<br>• 25:1-8<br>• 26:19-25<br>• 27:10-23<br>• 29:1-25<br>• 30:1-25<br>• 31:1-25<br>• 32:1-19<br>• 33:25<br>• 34:1-4, 10-25<br>• 35:1-6<br>• 36:22 (technology name only)<br>• 37:1-4<br>• 37:9 (technology name only), 10 (same), 18 (same)<br>• 38:6-21, 24-25<br>• 39:1-2, 5-18, 22-24<br>• 40:3-20, 22-23<br>• 41:12-15<br>• 42:18-25<br>• 43:1-5, 12-25<br>• 44:1, 5-7, 15-25<br>• 45:1-14, 25<br>• 46:1-9, 11-25<br>• 47:1-4, 20-25<br>• 48:1, 9-21<br>• 49:2-16, 20-25<br>• 50:1-25, |

United States District Court
Northern District of California

| Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|
| | | Declaration of Daniel C. Girard, Ex. 1, Deposition Transcript of Amir Doron [CONTINUED] | • 51:1-19,21-25<br>• 52:1-7, 12-25<br>• 53:1, 3-5, 8-12, 15-25<br>• 54:1-14, 16-25<br>• 55:1-25<br>• 56:1-25<br>• 57:1-25<br>• 58:1-2, 10-22<br>• 59:1-7, 16-17<br>• 60:2-12, 16-25<br>• 61:1-25<br>• 62:1-8, 13-25<br>• 63:2, 4-20, 22-24<br>• 64:1-7, 11-12, 22-24<br>• 65:11-24<br>• 66:3-25<br>• 67:1-25<br>• 68: 1-17, 19-21, 24-25<br>• 69:1-25<br>• 70:8-25<br>• 71:2-6, 11-14<br>• 72:9-10, 18-25<br>• 73:1-20, 25<br>• 74:1-8, 13-1524-25<br>• 75:1-5<br>• 77:17<br>• 78:8, 14<br>• 79:11, 14-23<br>• 80:2-4, 8-12, 15-21<br>• 81:1-11, 15-16, 18-25<br>• 82:1-6, 16-25<br>• 83:1-21, 24-25<br>• 84:1-5, 10-23<br>• 85:1-2, 5-20, 24-25<br>• 86:1-16, 20-22, 25<br>• 87:1-3,7-20, 23-25<br>• 88:1-8, 16-24<br>• 89:1-5, 20-25<br>• 90:1-14<br>• 91:4-7, 14-25<br>• 92:1-4, 6-9, 12-25<br>• 93:1-22, 24 |

7

United States District Court
Northern District of California

| Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|
|  |  | Declaration of Daniel C. Girard, Ex. 1, Deposition Transcript of Amir Doron [CONTINUED] | • 95:5-25<br>• 96:1-15, 24-25<br>• 97:1-25<br>• 98:1-5, 12-13, 16-25<br>• 99:1-2, 7-25<br>• 100:1-11, 14-25<br>• 101:3-15<br>• 102:17-25<br>• 103:1-16, 18-23<br>• 105:21-25<br>• 106:1-11<br>• 108:12, 15-25<br>• 109:1-12, 15-24<br>• 110:2-6, 11-18<br>• 111:1, 8-11, 22-25<br>• 112:1-10, 17-25<br>• 113:1-2, 6-18<br>• 114:10-17, 19-20<br>• 115:4-9, 25<br>• 116:1, 4-11, 17, 20, 22,<br>• 117:14-16, 18 (technology name only), 21-23<br>• 118:2-24, 25 (technology name only)<br>• 119:5 (last word only), 18-25<br>• 120:1-4, 6, 18-25<br>• 121:1-13, 20-25<br>• 122:1-25<br>• 123:18-20, 23-25<br>• 124:1-25<br>• 125:1-9, 11-21<br>• 126:6-21<br>• 128:2, 19-25<br>• 129:1-10, 14-15<br>• 130:1-2, 6-9<br>Otherwise DENIED with prejudice. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 4 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 5 | GRANTED. |

United States District Court
Northern District of California

| Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 6 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 7 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 8 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 9 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 10 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 11 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 12 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex.13 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 14 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 15 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 16 | DENIED without prejudice. Yahoo may file proposed redactions. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 17 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 18 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 19 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 20 | DENIED without prejudice. Yahoo may file proposed redactions. |

Case No.13-CV-04980-LHK
ORDER RE SEALING MOTIONS AND MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

| Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 21 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 22 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 26 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 27 | DENIED without prejudice. Yahoo may file proposed redactions. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 28 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 29 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 32 | DENIED without prejudice. Yahoo may file proposed redactions. The Court will not seal YAH00002626–27, and YAH00002637. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 33 | DENIED without prejudice. Yahoo may file proposed redactions. The Court will not seal YAH00013045. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 34 | DENIED without prejudice. Yahoo may file proposed redactions. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 35 | DENIED without prejudice. Yahoo may file proposed redactions. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 37 | DENIED without prejudice. Yahoo may file proposed redactions. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 41 | GRANTED. |
| 60 | Good Cause | Declaration of Daniel C. Girard, Ex. 42 | GRANTED. |
| 77 | Good Cause | Defendant's Opposition to Plaintiffs' Motion for Class Certification | GRANTED as to the proposed redaction. |

United States District Court
Northern District of California

| **Motion to Seal** | **Standard** | **Document** | **Ruling** |
|---|---|---|---|
| 77 | Good Cause | Declaration of Gareth Shue in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification | GRANTED as to the proposed redactions. |
| 77 | Good Cause | Declaration of Kevin Day in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification | DENIED as to line 9, otherwise GRANTED as to the proposed redactions. |
| 77, 82 | Good Cause | Exhibit D to the Declaration of Rebekah Kaufman in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, Abrams Interrogatory Responses | GRANTED as to the proposed redactions. |
| 77, 82 | Good Cause | Exhibit A to the Declaration of Rebekah Kaufman in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, Baker Interrogatory Responses | GRANTED as to the proposed redactions. |
| 77, 82 | Good Cause | Exhibit C to the Declaration of Rebekah Kaufman in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, Nobles Interrogatory Responses | GRANTED as to the proposed redactions. |
| 77, 82 | Good Cause | Exhibit B to the Declaration of Rebekah Kaufman in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, Pincus Interrogatory Responses | GRANTED as to the proposed redactions. |

United States District Court
Northern District of California

Case No.13-CV-04980-LHK
ORDER RE SEALING MOTIONS AND MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

| Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|
| 77, 82 | Good Cause | Exhibit L to the Declaration of Rebekah Kaufman in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, Abrams Deposition | GRANTED as to the proposed redactions. |
| 77, 82 | Good Cause | Exhibit K to the Declaration of Rebekah Kaufman in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, Baker Deposition | GRANTED as to the following proposed redactions:<br>• 11:21, 24<br>• 12:8-11, 15<br>• 13:18, 21 (company name only), 23 (company names only)<br>• 14:7-12 (company names only)<br>• 15:1, 4 (company name only), 6 (same), 12 (same), 15 (same), 24 (same)<br>• 16:9 (company name only)<br>• 17:22 (company name only)<br>• 19:13<br>• 36:2-6, 9 (company name only), 12 (same), 14 (same), 16 (same), 17-19 (same), 21-22 (same), 24<br>• 37:6-7 (company name only), 10 (same)<br>• 38:5, 7-8, 14<br>• 40:5, 9, 11, 24<br>• 41:2<br>• 53:13-14<br>Otherwise DENIED with prejudice. |
| 77, 82 | Good Cause | Exhibit J to the Declaration of Rebekah Kaufman in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, Nobles Deposition | GRANTED as to the proposed redactions. |
| 77, 82 | Good Cause | Exhibit I to the Declaration of Rebekah Kaufman in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, Pincus Deposition | GRANTED as to the proposed redactions. |

United States District Court
Northern District of California

Case No.13-CV-04980-LHK
ORDER RE SEALING MOTIONS AND MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

| **Motion to Seal** | **Standard** | **Document** | **Ruling** |
|---|---|---|---|
| 77 | Good Cause | Exhibit M to the Declaration of Rebekah Kaufman in Support of Defendant's Opposition to Plaintiffs' Motion for Class Certification, Deposition Transcript of Amir Doron | The Court has ruled on the parties' proposed redactions of this exhibit as part of Plaintiff's sealing motion, ECF No. 60. |
| 89 | Good Cause | Plaintiffs' Memorandum of Points and Authorities In Support of Plaintiffs' Reply In Support of Class Certification | GRANTED as to the following proposed redactions:<br>• 3:25-26<br>• 4:20-21<br>• 5:1<br>• 11:25-26 (first two sentences only)<br>Otherwise DENIED with prejudice. |
| 89 | Good Cause | Exhibit 1, Declaration of David A Straite, Shue Deposition Excerpts | The parties' proposed redactions are addressed below because this deposition transcript was submitted in its entirety as an Exhibit to ECF No. 96. |
| 89 | Good Cause | Exhibit 2, Declaration of David A Straite, Day Deposition Excerpts | The parties' proposed redactions are addressed below because this deposition transcript was submitted in its entirety as an Exhibit to ECF No. 96. |
| 89 | Good Cause | Exhibit 3, Declaration of David A Straite | GRANTED as to the proposed redactions. |
| 89 | Good Cause | Exhibit 4, Declaration of David A Straite | GRANTED as to the proposed redactions. |
| 89 | Good Cause | Exhibit 5, Declaration of David A Straite | GRANTED as to the proposed redactions. |

United States District Court
Northern District of California

United States District Court
Northern District of California

| Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|
| 96 | Good Cause | Shue Deposition Transcript | GRANTED as to the following proposed redactions: <ul><li>3:18-20, 24</li><li>16:8</li><li>17:6</li><li>45:17-18, 22-25</li><li>46:15-19</li><li>47:19-21</li><li>49:11-16, 23-25</li><li>50:1-51:5, 51:12-121</li><li>52:1-10, 12-13, 15-23</li><li>52:25-53:12, 53:14-25</li><li>54:1-17</li><li>56:7-15, 25</li><li>57:1-2, 7-12</li><li>60:8-10, 13-14</li><li>62:6, 10-13, 16-63:6</li><li>63:9-12, 18, 24-25</li><li>64:2-3, 5-11, 13-14, 17-19, 22-65:13, 65:15-24</li><li>66:3-6, 9-19</li><li>67:1-2, 7-17, 24-25</li><li>68:2-3, 5-6, 9-15, 18, 25 (excluding the last word)</li><li>69:5-6, 11, 13-15, 18</li><li>70:7-10, 12 (fifth word only)</li><li>71:4-8, 13-21</li><li>72:17-20, 23-73:1, 73:4, 8-9, 11, 13-15, 20, 25</li><li>74:4, 7, 10-12, 14-15, 19-23</li><li>75:10, 14-15, 16-18</li><li>76:5 (second to last word only), 17-21, 25</li><li>77:9</li><li>78:10-11, 18-25</li><li>79:3-12, 15, 18-80:5, 80:7, 11-14</li><li>81:22, 24</li><li>82:5-6, 8-12</li><li>90:12-15</li><li>94:9, 12, 20, 21, 23-95:2, 95:9-15, 17-18, 20-96:7</li><li>96:8-16, 22,-23, 25-97:4</li></ul> |

Case No.13-CV-04980-LHK
ORDER RE SEALING MOTIONS AND MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

| | Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|---|
| | | | Shue Deposition Transcript [CONTINUED] | • 97:12, 14-18, 21-22<br>• 98:1-2, 4-8, 22<br>• 99:6, 13-14<br>• 10:2<br>• 101:5-8, 13, 15-102:1, 102:3-23<br>• 103:1 (technology name only)<br>• 103:8 (technology name only), 12 (same), 15 (same), 20 (same), 24-25 (same)<br>• 104:2-16, 17-18<br>• 105:6 (fourth word only)<br>• 105:9, 15<br>• 106:11-15, 19-20, 22-24<br>• 107:1-2<br>• 111:15-19<br>• 112:4 (technology name only), 6 (same),<br>• 114:6-11, 14-19, 22-23<br>• 115:3-4, 11 (technology name only), 14 (company name only), 17 (same), 21 (same), 23-25<br>• 116:1-3, 7 (company name only), 10 (third word only), 14-117:8<br>• 117:13014, 16 (company name only), 17 (technology name only), 19 (company name only), 22 (same)<br>• 119:8, 11-22<br>• 120:5-19, 20-22, 23-121:13<br>• 123:21, 25-124:5<br>• 126:14, 18<br>• 127:5-6<br>• 128:6<br>• 134:9, 11, 13, 15-16, 20-25<br>• 135:5 (second to last word only)<br>• 143:9<br>• 146:8<br>• 147:13-17, 20-22, 25<br>• 148:4 (first word only), 8-9, 13-15, 17-25<br>• 149:2-3, 16, 17, 19,-21, 23<br>• 150:1-2, 3 (last word only), 12 (second word only), 23-24<br>• 151:1-12, 16-152:1 |

United States District Court
Northern District of California

| Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|
| | | Shue Deposition Transcript [CONTINUED] | • 152:3-4, 6-7, 14-16, <br> • 154:3 (last word only), 6-25 <br> • 155:1 (last word only), 6 (technology name only), 7 (same), 14, 17-25 <br> • 156:1-8 <br> • 165:21, 24-166:13 <br> • 166:20-25 <br> • 167:1-5, 15-16 <br> • 168:8-17, 18-19, 20-170:4 <br> • 170:6-7, 12-17, 19-21, 23-24 <br> • 171:4, 17 <br> • 172:2, 10-15 <br> • 173:5-14, 16-174:18 <br> • 175:12-176:1 <br> • 176:3-177:9 <br> • 177:13-18 <br> Otherwise DENIED without prejudice. |

United States District Court
Northern District of California

| Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|
| 96 | Good cause | Day Deposition Transcript | GRANTED as to the following proposed redactions:<br>• 3:16-17, 19, 21, 23, 25<br>• 4:5 (excluding "talked about publicly")<br>• 31:24-32:2<br>• 34:8-9<br>• 35:19-20, 21-36:2<br>• 37:9-10, 12-17, 23-38:3<br>• 38:6-8, 15-17, 24-39:1<br>• 39:4-7, 12-25<br>• 40:4-7, 10-11, 15-19<br>• 42:7-17, 25-43:4<br>• 43:15-16, 18-44:3<br>• 51:22-52:3<br>• 52:7-13, 17-19, 21-25<br>• 53:1-7. 15-19. 22-23<br>• 55:9-15<br>• 60:10-16, 24<br>• 61:4, 6, 7 (technology name only), 18 (same), 19, (same), 24 (same)<br>• 62:14 (technology name only), 17<br>• 63:20 (technology name only)<br>• 64:3 (technology name only)<br>• 66:5-7, 11, 13, 16-67:7<br>• 67:9, 14-15, 17-18, 19, 21-25<br>• 68:2-4, 9, 10-16<br>• 76:23<br>• 77:3-6, 16, 22<br>• 78:1-4<br>• 82:6, 8,-13, 16, 23-83:2<br>• 83:4, 6-8, 9, 10-11, 15-25<br>• 84:3-6<br>• 84:10, 12<br>• 85:1, 3-9, 16-86:21<br>• 88:5, 9, 12, 14-19, 22, 24<br>• 89:2, 19 (technology name only), 23 (same)<br>• 90:19 (technology name only), 15, 18 (same), 22<br>• 91:12-13, 23 (technology name only)<br>• 93:6 (technology name only), 11 (same)<br>• 96:2 (technology name only) |

Case No.13-CV-04980-LHK
ORDER RE SEALING MOTIONS AND MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

United States District Court
Northern District of California

| Motion to Seal | Standard | Document | Ruling |
|---|---|---|---|
| | | Day Deposition Transcript [CONTINUED] | • 98:23-24<br>• 99:1,15, 19-21<br>• 100:10, 11-12, 16, 21-101:4<br>• 101:6, 8-11, 16-18<br>• 102:1-2, 24-103:1<br>• 103:3-106:9<br>Otherwise DENIED without prejudice. |

The parties shall file any renewed motions to seal consistent with this Order within seven (7) days. The Court cautions the parties that renewed motions to seal that are not narrowly tailored and do not make a "particularized showing" that "specific prejudice or harm will result" if the information is disclosed will be denied with prejudice. *Phillips ex rel. Estates of Byrd*, 307 F.3d at 1210–11.

The Court GRANTS the parties' stipulation to supplement the record with the full deposition transcripts of Gareth Shue and Kevin Day. ECF No. 95. The Court therefore denies as moot Defendant's administration motion for leave to supplement the record. ECF Nos. 97, 98.

**IT IS SO ORDERED.**

Dated: May 27, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No.13-CV-04980-LHK
ORDER RE SEALING MOTIONS AND MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

United States District Court
Northern District of California