1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5

   HOLLAND, ET AL,                    )   CV-13-4980-LHK
6                                      )
                    PLAINTIFF,         )   SAN JOSE, CALIFORNIA
7                                      )
              VS.                      )   MAY 27, 2015
8                                      )
   YAHOO! INC.,                        )   PAGES 1-15
9                                      )
                    DEFENDANT.         )
10                                     )

11

12             TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
13           UNITED STATES DISTRICT JUDGE

14

15   A P P E A R A N C E S:

16   FOR THE PLAINTIFF:      KAPLAN FOX & KILSHEIMER, LLP
                             BY:  LAURENCE KING
17                           350 SANSOME STREET, STE 400
                             SAN FRANCISCO, CA 94104

18

19   FOR THE DEFENDANT:      MORRISON & FOERSTER, LLP
                             BY:  REBEKAH KAUFMAN
20                           425 MARKET STREET
                             SAN FRANCISCO, CA 94105

21

22             APPEARANCES CONTINUED ON THE NEXT PAGE

23   OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185

24

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

1    FOR THE PLAINTIFF:        GIRARD GIBBS, LLP
                               BY:  ASHLEY TVEIT
2                              601 CALIFORNIA STREET, 14TH FL
                               SAN FRANCISCO, CA 94108
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1        SAN JOSE, CALIFORNIA                    MAY 27, 2015

2                    P R O C E E D I N G S

3            (WHEREUPON, COURT CONVENED AND THE FOLLOWING PROCEEDINGS

4        WERE HELD:)

5                    THE CLERK:  CALLING 13-CV-4980.  HOLLAND VERSUS

6        YAHOO.

7             IF THE PARTIES WOULD PLEASE COME FORWARD AND ARE STATE

8        THEIR APPEARANCES.

9                    MR. KING:  GOOD AFTERNOON, YOUR HONOR.

10       LAURENCE KING FROM KAPLAN FOX FOR PLAINTIFFS.

11                   MS. TVEIT:  ASHLEY TVEIT FOR THE PLAINTIFF.

12                   MS. KAUFMAN:  GOOD AFTERNOON, YOUR HONOR.

13       REBEKAH KAUFMAN ON BEHALF OF DEFENDANT YAHOO.

14                   THE COURT:  JUST ONE SECOND, LET ME GET ALL THE

15       APPEARANCES.

16            WE GOT MS. KAUFMAN, WE GOT MR. KING, AND I'M SORRY, OH,

17       YOU ARE ASHLEY.

18                   MS. TVEIT:  TVEIT.

19                   THE COURT:  EVEN THOUGH IT ENDS IN A Y?

20                   MS. TVEIT:  THERE'S NO Y, IT'S T-V-E-I-T.

21                   THE CLERK:  I'M SORRY, I WROTE THAT DOWN WRONG,

22       YOUR HONOR.

23                   THE COURT:  OH, OKAY.  I THOUGHT MAYBE IT WAS A

24       SILENT Y.  AND YOU ARE WITH GIRARD GIBBS; IS THAT RIGHT?

25                   MS. TVEIT:  YES.
```

```
 1                 THE COURT:  OKAY.  YOU NEED TO FILE AN APPEARANCE IN

 2      THIS CASE, PLEASE.

 3                 MS. TVEIT:  OKAY.

 4                 THE COURT:  BOTH A NOTICE OF APPEARANCE AS WELL AS

 5      YOU NEED TO REGISTER ON ECF.

 6                 MS. TVEIT:  I'M ON ECF BUT I WILL FILE THE NOTICE OF

 7      APPEARANCE.

 8                 THE COURT:  OKAY.  BUT ARE YOU ON ECF FOR THIS CASE?

 9                 MS. TVEIT:  YES.

10                 THE COURT:  OKAY.  BUT MS. SAKAMOTO, THERE'S STILL NO

11      NOTICE OF APPEARANCE EVEN THOUGH SHE'S REGISTERED ON ECF.

12                 THE CLERK:  YOU MIGHT BE GETTING THEM THROUGH A

13      SECONDARY ACCOUNT.

14                 THE COURT:  OKAY.  YOU NEED TO REGISTER YOURSELF,

15      OKAY?  ON ECF.  I WANT YOU TO DO THAT BY TOMORROW.  THAT'S

16      MAY 28TH.

17          OKAY.  I PRESUME YOU GOT MY ORDER OF LAST NIGHT GRANTING

18      IN PART DENYING IN PART THE MOTION FOR CLASS CERTIFICATION; IS

19      THAT CORRECT?

20                 MR. KING:  YES, YOUR HONOR.

21                 MS. KAUFMAN:  YES, YOUR HONOR.

22                 THE COURT:  SO DO BOTH SIDES INTEND TO FILE

23      DISPOSITIVE MOTIONS OR JUST THE DEFENDANTS?

24                 MR. KING:  THE PLAINTIFFS MAY WELL, YOUR HONOR, I

25      DON'T KNOW THAT WE MADE A FINAL DETERMINATION BUT I WOULD SAY
```

1    IT'S A STRONG POSSIBILITY.

2            THE COURT:  ALL RIGHT.  AND BASED ON THE CLASS CERT

3    BRIEFS, I'M ASSUMING THE DEFENDANTS ARE GOING TO; IS THAT

4    RIGHT?

5            MS. KAUFMAN:  THAT'S CORRECT, YOUR HONOR.

6            THE COURT:  OKAY.  ALL RIGHT.

7        WELL, AS I PROBABLY TOLD YOU BEFORE, YOU ARE ONLY LIMITED

8    TO ONE IN THE WHOLE CASE, BUT YOU CAN FILE IT AT ANY TIME YOU

9    LIKE EXCEPT YOU HAVE TO DO IT BY THE DEADLINE.

10        ALL RIGHT.  I AM DISAPPOINTED THAT THERE ARE STILL

11   DOCUMENTS THAT NEED TO BE PRODUCED EVEN THOUGH FACT DISCOVERY

12   CLOSED MAY 1ST.  BUT I'M GOING TO ACCEPT THAT THAT IS THE

13   REALITY.

14        SO I WANT TO FIGURE OUT WHAT WE CAN DO TO THE CASE

15   SCHEDULE.  I'M NOT MOVING THE HEARING DATE ON THE MOTION FOR

16   SUMMARY JUDGEMENT.  I AM NOT MOVING THE FINAL PRETRIAL

17   CONFERENCE DATE AND I AM NOT MOVING THE JURY TRIAL DATE.  BUT

18   IF YOU WANT TO MOVE OTHER DATES THAT DON'T MESS UP MY DATES

19   THEN I'M OKAY WITH IT.

20        SO YOU CAN EITHER TRUNCATE THE AMOUNT OF TIME YOU'VE

21   GIVEN YOURSELF A MONTH, YOU'VE GIVEN YOURSELF MORE THAN A MONTH

22   FROM THE CLOSE OF EXPERT DISCOVERY TO THE FILING OF DISPOSITIVE

23   MOTIONS.

24        YOU'VE GIVEN YOURSELF A MONTH FROM THE SUMMARY JUDGEMENT

25   OPPOSITION, YOU'VE GIVEN YOURSELF A MONTH FOR THE REPLY ON THE

1    MOTION FOR SUMMARY JUDGEMENT.  AND THAT'S A LOT.  SO IF YOU

2    WANTED TO SHAVE OFF SOME TIME IN THERE, I'M ALSO WILLING TO

3    SHAVE OFF A LITTLE BIT OF THE TIME BETWEEN THE REPLY BRIEF AND

4    THE MOTION.  THEN MAYBE WE CAN ADJUST SOME OF THE DISCOVERY

5    DATES.

6         SO LET ME, WHY DON'T WE WORK BACKWARDS SINCE WE ARE NOT

7    MOVING TRIAL DATE, PRETRIAL CONFERENCE DATES, SUMMARY JUDGEMENT

8    HEARING DATE.  I NEED THE BRIEF, BECAUSE IT'S THE THANKSGIVING

9    HOLIDAY, AT LEAST BY NOVEMBER 16TH.  I NEED THE BRIEFS

10   ESPECIALLY IF IT'S GOING TO BE CROSS MOTIONS.

11        NOW HOW MUCH CAN YOU SHAVE OFF THE TIME BETWEEN THE REPLY

12   BRIEF AND THE OPPOSITION AND THE MOTION?

13        MR. KING:  I THINK WE COULD SHAVE A WEEK OFF EACH OF

14   THOSE, YOUR HONOR.

15        THE COURT:  SO YOU WOULD BE FILING OCTOBER 19TH AND

16   THE MOTION WOULD BE FILED ON SEPTEMBER 18TH.

17        SO SEPTEMBER 18TH, OCTOBER 19TH, AND THE NOVEMBER 16TH;

18   IS THAT RIGHT?  FOR THE SUMMARY JUDGEMENT BRIEFING?

19        MS. KAUFMAN:  YOUR HONOR COULD YOU -- I APOLOGIZE,

20   WOULD YOU MIND REPEATING THE OPPOSITION DATE.

21        THE COURT:  OCTOBER 19TH.  SO I'VE ADDED SEVEN DAYS

22   TO THE MOTION FOR SUMMARY JUDGEMENT.  FROM SEPTEMBER 11TH TO

23   SEPTEMBER 18TH.  I'VE ADDED SEVEN DAYS TO THE OPPOSITION FROM

24   OCTOBER 12TH TO OCTOBER 19TH.  AND I'VE ADDED FOUR DAYS FOR THE

25   REPLY NOVEMBER 12TH THROUGH NOVEMBER 16TH.

1          OKAY.  NOW HOW MUCH TIME DO YOU NEED BETWEEN EXPERT

2    DISCOVERY AND YOUR SUMMARY JUDGEMENT FILING DATE?

3          MR. KING:  I DON'T THINK WE NEED VERY MUCH TIME

4    THERE, YOUR HONOR.

5          THE COURT:  ALL RIGHT.  WHAT IF WE MOVED THAT TO

6    SEPTEMBER 4TH, CLOSE OF EXPERT DISCOVERY SEPTEMBER 4TH?

7          MS. KAUFMAN:  THAT WOULD WORK FOR US, YOUR HONOR.

8          THE COURT:  OKAY.

9          MR. KING:  THAT'S FINE YOUR HONOR.

10         THE COURT:  ALL RIGHT.  THEN WHEN DO YOU WANT OPENING

11   EXPERT REPORTS?  AND WHEN DO YOU WANT REBUTTAL REPORTS?  IF YOU

12   HAD A SEPTEMBER 4TH EXPERT DISCOVERY CUTOFF.

13         MR. KING:  I WOULD PROPOSE THAT WE STICK WITH THE

14   JULY 10TH DATE WE HAVE PROPOSED FOR OPENING REPORTS, IN PART

15   BECAUSE OF THE JULY 4TH HOLIDAY, I WAS ABOUT TO SAY SHAVE OFF A

16   WEEK BUT THEN I THINK WE COULD SHAVE A WEEK OFF THE NEXT DATE.

17         THE COURT:  SO WHAT DATE DO YOU WANT FOR REBUTTAL

18   REPORTS?

19         MR. KING:  I WOULD SAY AUGUST 5TH.

20         THE COURT:  SO YOU NEED A WHOLE MONTH FOR

21   DEPOSITIONS?  HOW MANY EXPERTS ARE YOU USING BOTH OF YOU?

22         MS. KAUFMAN:  JUST ONE FOR US, YOUR HONOR.

23         THE COURT:  SO YOU NEED A WHOLE MONTH FOR THE

24   DEPOSITIONS?  THAT'S OKAY BUT THAT'S FINE IF YOU WANT TO DO

25   THAT.

1          MR. KING:  UMM --

2          THE COURT:  SO IT WOULD BE JULY 10TH OPENING EXPERT

3   REPORTS AUGUST 5TH FOR REBUTTAL REPORTS SEPTEMBER 4TH FOR CLOSE

4   OF EXPERT DISCOVERY.

5          MR. KING:  WE WOULD BE WILLING TO MOVE UP THE EXPERT

6   DISCOVERY DATE A WEEK FROM SEPTEMBER 4TH IF THAT'S HELPFUL, I

7   GUESS, WHICH WOULD ALLOW MORE TIME ON THE OTHER SIDE.

8          THE COURT:  TO PREPARE FOR SUMMARY JUDGEMENT MOTIONS?

9          MR. KING:  YES.

10          THE COURT:  OKAY.  SO YOU WANT TO MOVE THAT TO

11   AUGUST 28TH?

12          MR. KING:  YES, YOUR HONOR.

13          THE COURT:  OKAY.  THEN WHEN DO YOU WANT YOUR NEW

14   FACT DISCOVERY CUTOFF TO BE, IT WAS MAY 1ST.

15          MS. KAUFMAN:  I DON'T KNOW THAT WE NEED AN ADDITIONAL

16   FACT DISCOVERY.

17      THE ONLY REASON WE ARE PRODUCING DOCUMENTS NOW IS BECAUSE

18   PLAINTIFFS MADE A REQUEST FOR ADDITIONAL CUSTODIANS TO BE

19   SEARCHED A COUPLE OF DAYS BEFORE THE FACT DISCOVERY DEADLINE,

20   WE WILL BE PRODUCING THE REMAINDER OF THOSE DOCUMENTS PROBABLY

21   BY THE END OF THIS WEEK.

22      SO I DON'T THINK WE NEED TO REOPEN DISCOVERY.

23          MR. KING:  WELL, SINCE THE COURT RAISED IT, WE WOULD

24   LIKE AN OPPORTUNITY TO REVIEW THOSE DOCUMENTS.  WE DON'T

25   ANTICIPATE ASKING FOR ADDITIONAL DEPOSITIONS.

1    THE COURT: WHY DID YOU WAIT SO LONG TO IDENTIFY

2    THOSE CUSTODIANS?

3    MR. KING: BECAUSE YOUR HONOR, WHAT WE LEARNED

4    THROUGHOUT THE DISCOVERY PROCESS AND AS LATE AS APRIL 22ND WE

5    LEARNED SOME VERY MATERIAL INFORMATION ABOUT CERTAIN PROJECTS

6    AT YAHOO THAT RELATE TO THE ALLEGATIONS THAT I WON'T GO INTO IN

7    OPEN COURT.  SO THAT'S THE REASON.

8    WE DID HAVE SEVERAL MEET AND CONFERS AND WE WERE ABLE TO

9    RESOLVE ALL THE ISSUES WITHOUT MOTION PRACTICE WHICH WE HOPED

10   THE COURT WOULD FIND BENEFICIAL.

11   MS. KAUFMAN:  SO YOUR HONOR, WE -- PLAINTIFFS WAITED

12   UNTIL ROUGHLY CLOSE TO THE END OF DISCOVERY TO TAKE ANY

13   DEPOSITIONS, AND SO WE ARE IN A POSITION NOW WHERE WE'VE AGREED

14   TO SEARCH ADDITIONAL CUSTODIANS AND ADDITIONAL SEARCH TERMS,

15   BUT MY CLIENT WOULD BE VERY ON OPPOSED TO REOPENING DISCOVERY.

16   THE COURT:  ALL RIGHT.  I WILL KEEP THE MAY 1ST

17   DEADLINE.

18   MR. KING:  THAT'S FINE, YOUR HONOR.

19   THE COURT:  OKAY.  THIS IS NOT AN OPPORTUNITY TO DO A

20   DO-OVER.

21   OKAY.  SO I THINK THAT RESOLVES THE SCHEDULE.  LET'S HAVE

22   A FURTHER CMC, WHAT ABOUT SEPTEMBER 30TH AT 2:00.

23   MR. KING:  THAT'S FINE YOUR HONOR.

24   MS. KAUFMAN:  YOUR HONOR, I APOLOGIZE, I'M GOING TO

25   BE OUT OF THE COUNTRY FROM SEPTEMBER 23RD THROUGH -- I WILL BE

1    BACK THE WEEK OF OCTOBER 5TH.  I APOLOGIZE, YOUR HONOR.

2          THE COURT:  YOU DON'T NEED TO APOLOGIZE.  I WAS

3    TRYING TO THINK OF WHAT ELSE IS GOING -- WELL, LET ME ASK A

4    QUESTION.

5        I KNOW YOU PREVIOUSLY HAD AN UNSUCCESSFUL MEDIATION BACK

6    IN DECEMBER OF LAST YEAR.  WOULD YOU BE INTERESTED IN DOING

7    ANOTHER SESSION, AND IF SO, WHEN?

8          MR. KING:  WE ARE AMENABLE, YOUR HONOR.

9          MS. KAUFMAN:  I THINK MY CLIENT WOULD BE AMENABLE,

10    BUT I THINK IT WOULD BE MORE PRODUCTIVE AS WE ARE GETTING

11    CLOSER IN SUMMARY JUDGEMENT BRIEFING.

12          THE COURT:  OKAY.  WELL WHY DON'T I SET A DEADLINE

13    THEN.  DO YOU WANT IT AFTER THE MOTION BUT BEFORE THE

14    OPPOSITION OR YOU WANT IT AFTER THE OPPOSITION BEFORE THE

15    REPLY?  WHAT'S THE DATE THAT YOU WANT?

16          MS. KAUFMAN:  MY PREFERENCE WOULD BE ACTUALLY AFTER

17    THE REPLY BRIEFS ARE FILED.

18          THE COURT:  OKAY.

19          MR. KING:  THAT'S FINE, YOUR HONOR.

20          THE COURT:  WELL, CAN WE SAY, BECAUSE I DON'T WANT TO

21    HAVE TO DO ALL THIS WORK IF YOU ARE GOING TO RESOLVE THE CASE.

22          MS. KAUFMAN:  UNDERSTOOD, YOUR HONOR.

23          THE COURT:  COULD WE SAY THE DEADLINE IS BECAUSE THEN

24    WE HAVE THANKSGIVING.  COULD WE HAVE THE DEADLINE BE

25    NOVEMBER 18TH.  AND YOU SCHEDULE IT NOW TO HAVE THAT THING RIPE

1    READY TO GO THE DAY AFTER THE REPLIES ARE FILED.

2              MS. KAUFMAN:  YES, YOUR HONOR.

3              THE COURT:  OKAY.  DO YOU WANT TO GO BACK TO THE SAME

4    PERSON?  I DON'T KNOW WHO YOU HAD BEFORE.

5              MR. KING:  I THINK WE WOULD LIKE TO MEET AND CONFER

6    WITH DEFENDANTS ON THAT.

7              THE COURT:  THAT'S FINE.

8         OKAY.  SO YOUR LAST DAY, AND YOU WANT TO STILL DO

9    PRIVATE, RIGHT

10             MR. KING:  YES.

11             THE COURT:  SO YOUR LAST DAY FOR PRIVATE MEDIATION IS

12   GOING TO BE NOVEMBER 17TH OF 2015.  AND I'M ORDERING YOU TO

13   FILE A JOINT SETTLEMENT STATUS REPORT BY NOVEMBER 18TH.

14             MR. KING:  YES, YOUR HONOR.

15             MS. KAUFMAN:  COULD I GET THE LAST DATE AGAIN,

16   YOUR HONOR?

17             THE COURT:  SURE.

18        SO YOUR DEADLINE TO COMPLETE PRIVATE MEDIATION IS TUESDAY

19   NOVEMBER 17, 2015.  DEADLINE TO FILE JOINT STATUS REPORT IS

20   NOVEMBER 18, 2015.

21        OKAY.  NOW BECAUSE I WAS GOING TO SUGGEST DOING THE CMC

22   AFTER MEDIATION, BUT THAT'S TOO FAR DOWN THE ROAD, WHY DON'T WE

23   PICK ANOTHER DATE IN SEPTEMBER.  YOU ARE GOING AWAY THE 23RD,

24   SO WHAT ABOUT SEPTEMBER 16TH?

25             MS. KAUFMAN:  THAT WOULD WORK FOR ME, YOUR HONOR.

1          MR. KING:  THAT'S FINE, YOUR HONOR.

2          THE COURT:  OKAY.  DOES THAT WORK FOR US?

3      OKAY.  SO LET'S SAY SEPTEMBER 16TH AT 2.  I DIDN'T HAVE

4  ANYTHING ELSE ON THE AGENDA, DID YOU HAVE ANYTHING ELSE?

5          MR. KING:  I WANTED TO RAISE A SMALL MATTER,

6  YOUR HONOR, RELATING TO YOUR ORDER ON CLASS CERTIFICATION.

7      YOU HAD ASKED THE PLAINTIFFS TO FILE AN AMENDED COMPLAINT

8  WITH THE CLASS DEFINITIONS AS REFLECTED IN THE ORDER IN

9  14 DAYS.  THAT IS OF COURSE FINE.

10     WE WOULD ALSO PROPOSE AND I MENTIONED THIS TO MS. CAL IN

11  THE HALLWAY THAT WE EXCLUDE THE B(3) LANGUAGE THAT WAS IN THE

12  EARLIER COMPLAINT WHEN WE FILE IN AMENDED COMPLAINT SINCE IT'S

13  NO LONGER PART OF THE CASE AND WASN'T PART OF THE CLASS MOTION.

14          THE COURT:  WELL, I DON'T KNOW, WHAT DOES THAT MEAN

15  YOU ARE RELEASING ANY B(3) CLAIMS?  BECAUSE THAT NEEDS COURT

16  APPROVAL.  YOU ARE RELEASING A WHOLE CLASS'S MONETARY DAMAGES

17  CLAIMS.

18          MR. KING:  WELL, THAT'S FINE.

19     WE DON'T NECESSARILY HAVE TO DO IT IN THIS COMPLAINT WE

20  WERE JUST THINKING IN THE INTEREST OF EFFICIENCY WE DID NOT

21  SEEK CERTIFICATION OF THOSE CLAIMS AS I THINK SO IS CLEAR.

22          THE COURT:  WHAT'S YOUR VIEW ON THAT, MS. KAUFMAN?

23          MS. KAUFMAN:  I WOULD LIKE TO SEE THE AMENDMENT, BUT

24  I THINK IN PRINCIPLE JUST ELIMINATING THE B(3) LANGUAGE GIVEN

25  THAT THEY HAVE DECIDED NOT TO PROCEED DOWN THAT PATH, I DON'T

1    IN PRINCIPLE SEE A PROBLEM WITH THAT.

2            THE COURT:  WELL, I'M NOT GOING TO APPROVE THAT RIGHT

3    NOW.  IF YOU GIVE UP CLASS CLAIMS THAT NEEDS COURT APPROVAL.

4            MR. KING:  YES, YOUR HONOR.

5            THE COURT:  AND I DON'T, IT DOESN'T SIT RIGHT WITH ME

6    THAT YOU SHOULD JUST BE ABLE TO WIPE IT AWAY AND PRETEND IT

7    NEVER HAPPENED.  AND I DON'T KNOW WHAT THE LAW IS ON THAT, BUT

8    GENERALLY IF YOU GIVE UP CLASS CLAIMS IT NEEDS COURT APPROVAL.

9            MR. KING:  WE CAN DISCUSS IT FURTHER AND MAKE A

10   DECISION AND WE UNDERSTAND YOUR VIEW.

11           THE COURT:  ALL RIGHT.  THEN YOU MAY HAVE TO FILE A

12   MOTION THEN.

13           MR. KING:  UNDERSTOOD, YOUR HONOR.

14           THE COURT:  YOU MAY HAVE TO FILE A MOTION.  BECAUSE

15   IF YOU ARE GOING TO RELEASE -- I MEAN, I GUESS IT'S NOT BEING

16   RELEASED; IS THAT CORRECT?  ARE THEY BEING RELEASED OR NOT.

17           MR. KING:  WELL, WE DID NOT SEEK CERTIFICATION OF

18   THEM.  IF WE DECIDED TO DO SO NOW I ASSUME DEFENDANTS WOULD

19   ARGUED IT'S PAST -- WE'VE WAIVED IT.

20           THE COURT:  WELL, I JUST NEED THE ISSUE.

21       IF YOU ARE EXPECTING CLASS RULE 23 B(3) CLAIMS TO BE

22   RELEASED THEN THAT DEFINITELY NEEDS COURT APPROVAL.  SO I'M NOT

23   GOING TO APPROVE AT THIS POINT UNTIL YOU BRIEFED THE ISSUE, HOW

24   YOU ARE SUPPOSED TO DEAL WITH THE B(3) CLASS THAT YOU DIDN'T

25   PURSUE TO CERTIFY.

1          MR. KING:  UNDERSTOOD, YOUR HONOR.

2          THE COURT:  OKAY.  ALL RIGHT.  THANKS.

3          MS. KAUFMAN:  THANK YOU, YOUR HONOR.

4     (WHEREUPON, THE PROCEEDINGS IN THIS MATTER WERE CONCLUDED.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4                          <u>CERTIFICATE OF REPORTER</u>

5

6

7

8              I, THE UNDERSIGNED OFFICIAL COURT

9      REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10     THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11     FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12     CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14     CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15     CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16     SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17     HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18     TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24     _____
       SUMMER A. FISHER, CSR, CRR
25     CERTIFICATE NUMBER 13185          DATED: 6/3/15