| | |
|---|---|
| 1 | REBEKAH KAUFMAN (CA SBN 213222) |
| | RKaufman@mofo.com |
| 2 | ROBERT TRAVIS PETRAGLIA (CA SBN 264849) |
| | RPetraglia@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | MARC J. ZWILLINGER (*pro hac vice*) |
| | JACOB SOMMER (*pro hac vice*) |
| 7 | ZWILLGEN PLLC |
| | 1705 N. Street, NW |
| 8 | Washington, D.C. 20036 |
| | Telephone: (202) 706-5202 |
| 9 | Facsimile: (202) 706-5298 |
| | Marc@zwillgen.com |
| 10 | Jake@zwillgen.com |
| 11 | *Attorneys for Defendant YAHOO! INC.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE YAHOO MAIL LITIGATION | Case No.   5:13-CV-4980 LHK |
| | **NOTICE OF ERRATA** |
| | Judge:   The Honorable Lucy H. Koh |
| | Courtroom 8 |

ERRATA
CASE NO. 5:13-CV-10-4980 LHK
sf-3544100

1  Yahoo Inc. ("Yahoo") respectfully submits this notice of errata.  Due to a clerical error,
2  Yahoo mistakenly filed the incorrect Declaration of Daniel Tepstein in support of its Motion to
3  File Under Seal.  (ECF No. 113.)  Yahoo mistakenly resubmitted the Declaration of Daniel
4  Tepstein in support of a prior motion to file under seal.  (ECF No. 96-1.)  The correct Declaration
5  of Daniel Tepstein is attached hereto as Exhibit A.  Yahoo is aware that the Court has already
6  ruled on its motion to file under seal (ECF No. 117), and will file revised redacted documents in
7  compliance with that Order.

9  Dated: June 9, 2015                    MORRISON & FOERSTER LLP
10                                         ZWILLGEN PLLC


13                                         By:  /s/ Rebekah Kaufman
                                                REBEKAH KAUFMAN
14                                              Attorneys for Defendant
                                                YAHOO! INC.

NOTICE OF ERRATA
CASE NO. 5:13-CV-10-4980 LHK                                                                         1
sf-3544100