# Exhibit A

1   REBEKAH KAUFMAN (CA Bar No. 213222)
    ROBERT PETRAGLIA (CA Bar No. 264849)
2   MORRISON & FOERSTER LLP
    425 Market Street
3   San Francisco, CA 94105
    Telephone: (415) 268-7000
4   Facsimile:  (415) 268-7522
    RKaufman@mofo.com
5   RPetraglia@mofo.com

6   MARC J. ZWILLINGER (*pro hac vice*)
    JACOB SOMMER (*pro hac vice*)
7   ZWILLGEN PPLC
    1705 N. Street, NW
8   Washington, D.C. 20036
    Telephone: (202) 706-5202
9   Facsimile: (202) 706-5298
    Marc@zwillgen.com
10  Jake@zwillgen.com

11  *Attorneys for Defendant YAHOO! INC.*

12

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17

18  IN RE YAHOO MAIL LITIGATION        Case No.   5:13-CV-04980-LHK

19                                     **DECLARATION OF DANIEL TEPSTEIN
                                       IN SUPPORT OF DEFENDANT'S**
20                                     **ADMINISTRATIVE MOTION TO FILE
                                       PORTIONS OF DOCUMENTS UNDER**
21                                     **SEAL**
                                       **Civil Local Rules 7-11 and 79-5**
22
                                       Judge:  The Hon. Lucy H. Koh
23

24

25

26

27

28

I, Daniel Tepstein, do hereby declare as follows:

1.      I am a Vice President & Associate General Counsel at Yahoo! Inc. ("Yahoo").  I submit this declaration in support of Defendant's Administrative Motion to File Portions of Documents Under Seal ("Motion to Seal").  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would testify competently as follows.

2.      The Motion to Seal sets forth the documents sought to be sealed, including: excerpts of exhibits Plaintiffs submitted with their motion for class certification, the transcript of the March 31, 2015 deposition of Gareth Shue; and excerpts of the transcript of the March 31, 2015 deposition of Kevin Day. These materials contain Yahoo's proprietary and highly confidential trade secret information, which derives much of its value from its confidentiality.

3.      Yahoo publicly discloses that its automated systems scan and analyze incoming and outgoing communications content to provide personally relevant product features and content, to match and serve targeted advertising, and for spam and malware detection and abuse protection.  However, the mechanics of how Yahoo performs those processes are sensitive, for security and competitive reasons.  The technology, techniques and processes that Yahoo uses, and the sequence in which it applies the technology, techniques and processes, has been developed by Yahoo engineers at substantial cost to Yahoo over the years and is information that Yahoo does not disclose publicly in order to protect this information from competitors who could simply copy Yahoo's techniques and processes, thereby depriving Yahoo of a competitive advantage it has developed through its own innovation.  Those techniques and processes are also important for security reasons.  Security is an important feature of Yahoo's email services.  Email accounts can be targeted by spam, viruses and hacking.  It is therefore important that Yahoo's techniques and processes and their sequencing related to spam and malware detection and abuse protection not be disclosed publicly in order to provide security measures against hackers and other outside threats.

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

1

1

4.     **Declaration of Daniel C. Girard, Ex. 16**

2

| Page | Reason for Confidentiality |
|------|---------------------------|
| YAH00016540 | Disclosure of the redacted information regarding Yahoo's codename for a product could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products.  The Court sealed this information elsewhere in the record.  See, e.g., page 90, line 18 and 22 of the Gareth Shue deposition transcript. |

5.     **Declaration of Daniel C. Girard, Ex. 20**

| Pages | Reason for Confidentiality |
|-------|---------------------------|
| YAH00009864-YAH00009865 | Disclosure of the redacted information regarding Yahoo's email infrastructure and targeted advertising products could be used by competitors seeking to copy Yahoo's technology, or gain a competitive advantage over Yahoo.  Disclosure of the redacted information could also harm Yahoo's relationships with third parties.  The redacted information regarding Yahoo's relationship with a third party is commercially sensitive and not public. Disclosure of the redacted information regarding Yahoo's internal codenames could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products. |

Decl. of Daniel Tepstein ISO Deft.'s Admin. Mot. to File Portions of Documents Under Seal
Case No. 5:13-cv-04980-LHK
sf-3541275

2

6.     **Declaration of Daniel C. Girard, Ex. 32**

| Page | Reason for Confidentiality |
|------|---------------------------|
| YAH00002628 | Disclosure of the redacted information regarding Yahoo's targeted advertising products and strategy could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage. |
| YAH00002629 | Disclosure of the redacted information regarding Yahoo's targeted advertising products and strategy could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage.  Disclosure of the redacted information regarding Yahoo's internal codenames could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products. |
| YAH00002630 | Disclosure of the redacted information regarding Yahoo's targeted advertising products and strategy could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage.  Disclosure of the redacted information regarding Yahoo's internal codenames could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products.  Disclosure of the redacted information regarding Yahoo's business relationships could harm Yahoo's relationships with third parties. |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

3

| YAH00002631 | Disclosure of the redacted information regarding Yahoo's targeted advertising technology could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage.  Disclosure of the redacted information regarding Yahoo's internal codenames could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products. |
|---|---|
| YAH00002632 | Disclosure of the redacted information regarding Yahoo's targeted advertising products and strategy could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage.  Disclosure of the redacted information regarding Yahoo's internal codenames could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products. |
| YAH00002633 | Disclosure of the redacted information regarding Yahoo's targeted advertising technology could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage. |

Decl. of Daniel Tepstein ISO Deft.'s Admin. Mot. to File Portions of Documents Under Seal
Case No. 5:13-cv-04980-LHK
sf-3541275

4

| | |
|---|---|
| YAH00002634 | Disclosure of the redacted information regarding Yahoo's targeted advertising products and strategy could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage.  Disclosure of the redacted information regarding Yahoo's internal codenames could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products. |
| YAH00002635 | Disclosure of the redacted information regarding Yahoo's targeted advertising products and strategy could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage.  Disclosure of the redacted information regarding Yahoo's internal codenames could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products. |
| YAH00002636 | Disclosure of the redacted information regarding Yahoo's internal information management system could be exploited by those seeking to acquire commercially sensitive information from Yahoo.  Disclosure of the redacted information regarding Yahoo's internal codenames could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products. |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

5

| YAH00002638 | Disclosure of the redacted information regarding Yahoo's targeted advertising methods and strategy could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage.  Disclosure of the redacted information regarding Yahoo's internal codenames could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products. |
|---|---|
| YAH00002639 | Disclosure of the redacted information regarding Yahoo's targeted advertising products and strategy could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage.  Disclosure of the redacted information regarding Yahoo's internal codenames could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products. |
| YAH00002640 | Disclosure of the redacted information regarding Yahoo's targeted advertising methods could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage. |
| YAH00002641 | Disclosure of the redacted information regarding Yahoo's targeted advertising products and strategy could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage. |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

6

7.      **Declaration of Daniel C. Girard, Ex. 33**

| Page | Reason for Confidentiality |
|------|----------------------------|
| YAH00013041 | Disclosure of the redacted information describing Yahoo's targeted advertising products could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage. |
| YAH00013042 | Disclosure of the redacted information regarding Yahoo's targeted advertising products and strategy could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage. Disclosure of the redacted information regarding Yahoo's business relationships with advertisers could harm Yahoo's relationships with third parties. |
| YAH00013043 | Disclosure of the redacted information describing Yahoo's targeted advertising products could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage. |
| YAH00013044 | Disclosure of the redacted information regarding Yahoo's targeted advertising products and business strategy could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage. |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

7

8.    **Declaration of Daniel C. Girard, Ex. 34**

| Page | Reason for Confidentiality |
|------|----------------------------|
| YAH00004771 | Disclosure of the redacted information regarding Yahoo's business relationships could harm Yahoo's relationships with third parties.  Disclosure of the redacted information regarding Yahoos' targeted advertising products, including the codename of that initiative, could be exploited by competitors who seek to copy Yahoo, or seek a competitive advantage.  This information was sealed elsewhere in the record.  See, e.g., page 3, line 25 of the Kevin Day deposition transcript. |

9.    **Declaration of Daniel C. Girard, Ex. 35**

| Page | Reason for Confidentiality |
|------|----------------------------|
| YAH00017121-YAH00017122 | Disclosure of the redacted information regarding Yahoo's internal codenames could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products. This information was sealed elsewhere in the record.  See, e.g., page 149, lines 16, 19, and 23 of the Gareth Shue deposition transcript. |

Decl. of Daniel Tepstein ISO Deft.'s Admin. Mot. to File Portions of Documents Under Seal
Case No. 5:13-cv-04980-LHK
sf-3541275

8

10.     **Declaration of Daniel C. Girard, Ex. 37**

| Page | Reason for Confidentiality |
|---|---|
| YAH00004932-YAH00004933 | Disclosure of the redacted information regarding Yahoo's internal codenames could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products.  The Court sealed this same information elsewhere in the record.  See, e.g., Page 4, line 5 of the Day deposition transcript. |

11.     **The transcript of the March 31, 2015 deposition of Gareth Shue**

| Page:Line | Reason for Confidentiality |
|---|---|
| 42:11-13 excluding "Another one is in" and "And another" | The redacted information regarding the location and number of Yahoo's MTA's could be exploited by those seeking to harm Yahoo or Yahoo's users.  Yahoo's MTA's are a critical component of Yahoo's email infrastructure.  The number of MTA's that Yahoo uses to support Yahoo Mail is also commercially sensitive information that could be exploited by competitors. |
| 42:15-16 excluding "United States are in" | The redacted information regarding the location of Yahoo's MTA's could be exploited by those seeking to harm Yahoo or Yahoo's users.  Yahoo's MTA's are a critical component of Yahoo's email infrastructure. |

Decl. of Daniel Tepstein ISO Deft.'s Admin. Mot. to File Portions of Documents Under Seal
Case No. 5:13-cv-04980-LHK
sf-3541275

9

| | |
|---|---|
| 43:7 excluding "Let's talk about the" and "location." | The redacted information regarding the location of Yahoo's MTA's could be exploited by those seeking to harm Yahoo or Yahoo's users.  Yahoo's MTA's are a critical component of Yahoo's email infrastructure. |
| 43:18 excluding "The team located at the" and "location" | The redacted information regarding the location of Yahoo's MTA's could be exploited by those seeking to harm Yahoo or Yahoo's users.  Yahoo's MTA's are a critical component of Yahoo's email infrastructure. |
| 44:3 | The redacted information regarding the location of Yahoo's MTA's could be exploited by those seeking to harm Yahoo or Yahoo's users.  Yahoo's MTA's are a critical component of Yahoo's email infrastructure. |
| 44:18 excluding "The MTA's in" and "are scanning e-mails; is" | The redacted information regarding the location of Yahoo's MTA's could be exploited by those seeking to harm Yahoo or Yahoo's users.  Yahoo's MTA's are a critical component of Yahoo's email infrastructure. |
| 44:21 excluding "scanning. I would say in this way the MTA's in" | The redacted information regarding the location of Yahoo's MTA's could be exploited by those seeking to harm Yahoo or Yahoo's users.  Yahoo's MTA's are a critical component of Yahoo's email infrastructure. |
| 44:25 excluding "in" | The redacted information regarding the location of Yahoo's MTA's could be exploited by those seeking to harm Yahoo or Yahoo's users.  Yahoo's MTA's are a critical component of Yahoo's email infrastructure. |

Decl. of Daniel Tepstein ISO Deft.'s Admin. Mot. to File Portions of Documents Under Seal
Case No. 5:13-cv-04980-LHK
sf-3541275

10

| | |
|---|---|
| 48:4 excluding "the moment, the" and "firm are" (The same redaction is proposed for the Declaration of David Straite, Exhibit 1, excerpt of the Gareth Shue deposition transcript) | The redacted information regarding the location of Yahoo's MTA's could be exploited by those seeking to harm Yahoo or Yahoo's users. Yahoo's MTA's are a critical component of Yahoo's email infrastructure. |
| 68:19 excluding "would the spam filtering still work?" | The redacted information regarding the location of the systems used to protect Yahoo users from spam could be exploited by those seeking to subvert or damage those systems, and thereby harm Yahoo and Yahoo users. |
| 68:25 excluding "if you didn't" | The redacted information regarding the location of the systems used to protect Yahoo users from spam could be exploited by those seeking to subvert or damage those systems, and thereby harm Yahoo and Yahoo users. |
| 70:12-13 excluding "after an e-mail" | The redacted information regarding the manner in which Yahoo protects Yahoo users from spam could be exploited by those that seek to subvert or damage those systems, and thereby harm Yahoo Mail users. This information could also be used by competitors seeking to copy Yahoo's methods. This information discloses the system that Yahoo uses to detect spam. |
| 73:5 excluding "is that correct? Is that what you" | The redacted information regarding the location of the systems used to protect Yahoo users from spam could be exploited by those seeking to subvert or damage those systems, and thereby harm Yahoo and Yahoo users. |

Decl. of Daniel Tepstein ISO Deft.'s Admin. Mot. to File Portions of Documents Under Seal
Case No. 5:13-cv-04980-LHK
sf-3541275

11

| | |
|---|---|
| 73:12 excluding "Is that what you meant there?" | The redacted information regarding the location of the systems used to protect Yahoo users from spam could be exploited by those seeking to subvert or damage those systems, and thereby harm Yahoo and Yahoo users. |
| 76:2-16 excluding "different, but that's not my understanding." and "I'm sorry." And "Thank you." | The redacted information about Yahoo's email and spam protection infrastructure could be exploited by those who seek to harm Yahoo or Yahoo Mail users. This information could also be used by competitors who seek to copy Yahoo's methods, or seek a competitive advantage. In addition to disclosing information about Yahoo's spam defenses, the redacted information includes information about how Yahoo handles data in a cost-effective manner. |
| 77:1 | The redacted information regarding the location of the systems used to protect Yahoo users from spam could be exploited by those seeking to subvert or damage those systems, and thereby harm Yahoo and Yahoo users. |
| 99:3-7 | The redacted information regarding the location of users' communications data could be exploited by those seeking to harm Yahoo or Yahoo Mail users. |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

12

| 103:9-10 | The redacted information about Yahoo's email and spam protection infrastructure could be exploited by those who seek to harm Yahoo or Yahoo Mail users.  This information could also be used by competitors who seek to copy Yahoo's methods, or seek a competitive advantage.  In addition to disclosing information about Yahoo's spam defenses, the redacted information includes information about how Yahoo handles data in a cost-effective manner. |
| --- | --- |
| 103:14-17 | The redacted information about Yahoo's email and spam protection infrastructure could be exploited by those who seek to harm Yahoo or Yahoo Mail users.  This information could also be used by competitors who seek to copy Yahoo's methods, or seek a competitive advantage.  In addition to disclosing information about Yahoo's spam defenses, the redacted information includes information about how Yahoo handles data in a cost-effective manner. |
| 105:6 excluding "possible to" and "only if they're" (The same redaction is proposed for the Declaration of David Straite, Exhibit 1, excerpt of the Gareth Shue deposition transcript) | The redacted information regarding the physical location of the systems used to protect Yahoo users from spam could be exploited by those seeking to subvert or damage those systems, and thereby harm Yahoo and Yahoo users. . |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

13

| | |
|---|---|
| 106:1 excluding "Earlier we talked about" and "Are" | The redacted information regarding Yahoo's relationship with a third party is commercially sensitive and not public.  Disclosure of this information could harm Yahoos' business relationships with third parties.  The Court sealed this information elsewhere in the record.  See, e.g., Daniel C. Girard Exhibit 1, page 122, lines 18 and 23 |
| 106:2 excluding "you aware that there's an issue with" | The redacted information regarding Yahoo's relationship with a third party is commercially sensitive and not public.  Disclosure of this information could harm Yahoos' business relationships with third parties.  The Court sealed this information elsewhere in the record.  See, e.g., Daniel C. Girard Exhibit 1, page 122, lines 18 and 23 |
| 106:7 excluding "about" and "so | The redacted information regarding Yahoo's relationship with a third party is commercially sensitive and not public.  Disclosure of this information could harm Yahoos' business relationships with third parties.  The Court sealed this information elsewhere in the record.  See, e.g., Daniel C. Girard Exhibit 1, page 122, lines 18 and 23 |

Decl. of Daniel Tepstein ISO Deft.'s Admin. Mot. to File Portions of Documents Under Seal
Case No. 5:13-cv-04980-LHK
sf-3541275

14

| | |
|---|---|
| 105:11 excluding "coming from" and "users to Yahoo users?" | The redacted information regarding Yahoo's relationship with a third party is commercially sensitive and not public.  Disclosure of this information could harm Yahoos' business relationships with third parties.  The Court sealed this information elsewhere in the record.  See, e.g., Daniel C. Girard Exhibit 1, page 122, lines 18 and 23 |
| 112:6 excluding "The info comes from the" and "that you" | The redacted information regarding the specific server that stores Yahoo Mail user's information could be exploited by those seeking to harm Yahoo or Yahoo Mail users. |
| 116:9-11 | The redacted information regarding Yahoo's antispam methods, and the location of the systems used to protect Yahoo users from spam could be exploited by those seeking to subvert or damage those systems, and thereby harm Yahoo or Yahoo users. |
| 124:8-9 excluding "in the United States.  One is in" and "one is in" and "and one in" | The redacted information regarding the location of Yahoo's MTA's could be exploited by those seeking to harm Yahoo or Yahoo's users.  Yahoo's MTA's are a critical component of Yahoo's email infrastructure. |
| 125:6 excluding "Yahoo's MTA in" (The same redaction is proposed for the Declaration of David Straite, Exhibit 1, excerpt of the Gareth Shue deposition transcript) | The redacted information regarding the location of Yahoo's MTA's could be exploited by those seeking to harm Yahoo or Yahoo's users.  Yahoo's MTA's are a critical component of Yahoo's email infrastructure. |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

15

| | |
|---|---|
| 125:22 excluding "routed through" (The same redaction is proposed for the Declaration of David Straite, Exhibit 1, excerpt of the Gareth Shue deposition transcript) | The redacted information regarding the location of Yahoo's MTA's could be exploited by those seeking to harm Yahoo or Yahoo's users. Yahoo's MTA's are a critical component of Yahoo's email infrastructure. |
| 135:1-136:2 | The redacted information regarding the methods that Yahoo uses to protect its users from spam and malware could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage. The techniques that Yahoo uses to detect spam, and improve its spam recognition, allows it to provide a competitive email product. |
| 136:8-137:6 | The redacted information regarding the methods that Yahoo uses to protect its users from spam and malware could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage. The techniques that Yahoo uses to detect spam, and improve its spam recognition, allows it to provide a competitive email product. |
| 137:13-17 | The redacted information regarding the methods that Yahoo uses to protect its users from spam and malware could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage. The techniques that Yahoo uses to detect spam, and improve its spam recognition, allows it to provide a competitive email product. |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

16

| 137:23-138:2 excluding "For my team" | The redacted information regarding the methods that Yahoo uses to protect its users from spam and malware could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage.  The techniques that Yahoo uses to detect spam, and improve its spam recognition, allows it to provide a competitive email product. |
|---|---|
| 140:21-23 | The redacted information regarding Yahoo's methods for testing new products could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage.  Email service providers are able to differentiate themselves by developing reliable methods for testing new products, features, and defenses against spam and malware. |
| 143:9-12 | The redacted information regarding Yahoo's methods for testing new products could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage.  Email service providers are able to differentiate themselves by developing reliable methods for testing new products, features, and defenses against spam and malware. |

Decl. of Daniel Tepstein ISO Deft.'s Admin. Mot. to File Portions of Documents Under Seal
Case No. 5:13-cv-04980-LHK
sf-3541275

17

| | |
|---|---|
| 143:20-21 | The redacted information regarding Yahoo's methods for testing new products could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage. Email service providers are able to differentiate themselves by developing reliable methods for testing new products, features, and defenses against spam and malware. |
| 144:22 | The redacted information regarding Yahoo's methods for testing new products could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage. Email service providers are able to differentiate themselves by developing reliable methods for testing new products, features, and defenses against spam and malware. |
| 150:6 excluding "from e-mails and send to" | The redacted information regarding the location of users' communications data could be exploited by those seeking to harm Yahoo or Yahoo Mail users. . |
| 155:1-12 excluding "That's the difference." And "We still process it. We still scan it" | The redacted information regarding differences between spam filtering of inbound and outbound emails could be used by those who seek to harm Yahoo or Yahoo Mail users, or those who seek to disseminate spam through Yahoo Mail. |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

18

| | |
|---|---|
| 164:15-18 excluding "one." | The redacted information regarding the methods that Yahoo has used to reduce the amount of spam that is delivered to its users could be exploited by competitors who seek to copy Yahoo's methods, or seek a competitive advantage.  The techniques that Yahoo uses to detect spam, and improve its spam recognition, allows it to provide a competitive email product. |
| 167:6-12 excluding "that is what?" and "This was created in 2007." | The redacted information regarding the methods that Yahoo uses to protect its users from spam and malware could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage.  The techniques that Yahoo uses to detect spam, and improve its spam recognition, allows it to provide a competitive email product. |
| 167:17-168:7 excluding "What is" and "I am confused here" | The redacted information regarding the methods that Yahoo uses to protect its users from spam and malware could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage.  The techniques that Yahoo uses to detect spam, and improve its spam recognition, allows it to provide a competitive email product. This information could also be exploited by those who seek to harm Yahoo or Yahoo Mail users. |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

19

| | |
|---|---|
| 172:21-22 | The redacted information regarding the methods that Yahoo uses to protect its users from spam and malware could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage. The techniques that Yahoo uses to detect spam, and improve its spam recognition, allows it to provide a competitive email product. |
| 175:5-7 excluding "You testified that" and "Have I understood that correctly?" | The redacted information regarding the methods that Yahoo uses to protect its users from spam and malware could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage. The techniques that Yahoo uses to detect spam, and improve its spam recognition, allows it to provide a competitive email product. The Court sealed the same information elsewhere in the record. See, e.g., page 174, line 12 of the Gareth Shue deposition transcript. |
| 178:15-179:6 excluding "Okay. If Yahoo" and "If so, Why?" | The redacted information regarding the methods that Yahoo uses to protect its users from spam and malware could be exploited by competitors who seek to copy Yahoo's practices, or seek a competitive advantage. The techniques that Yahoo uses to detect spam, and improve its spam recognition, allows it to provide a competitive email product. The redacted information could also be exploited by those seeking to harm Yahoo users, as it relates directly to potential system outages. |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

20

12.    **The transcript of the March 31, 2015 deposition of Kevin Day**

| Page:Line | Reason for Confidentiality |
|---|---|
| 55:24-56:2 | The redacted information pertains to information that Yahoo uses or plans to use in order to support its targeted advertising.  It could be exploited by Yahoo's competitors, who may seek to copy Yahoo's methods, or develop a competitive advantage.  Targeted advertising is a valuable component of Yahoo's email service. |
| 56:18-19 | The redacted information pertains to information that Yahoo uses or plans to use in order to support its targeted advertising.  It could be exploited by Yahoo's competitors, who may seek to copy Yahoo's methods, or develop a competitive advantage.  Targeted advertising is a valuable component of Yahoo's email service. |
| 61:7-12 | The redacted information pertains to a unique method that Yahoo employs to provide targeted advertising.  It could be exploited by Yahoo's competitors, who may seek to copy Yahoo's methods, or develop a competitive advantage.  Targeted advertising is a valuable component of Yahoo's email service. |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-cv-04980-LHK
sf-3541275

21

| | |
|---|---|
| 63:21-64:5 excluding "is it looks at the" and "Object.  Vague and ambiguous." | The redacted information pertains to a unique method that Yahoo employs to provide targeted advertising.  It could be exploited by Yahoo's competitors, who may seek to copy Yahoo's methods, or develop a competitive advantage.  Targeted advertising is a valuable component of Yahoo's email service. |
| 91:21 excluding "PR Update is the subject line" | Disclosure of the redacted information regarding Yahoo's codename for a product could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products. The Court has sealed the same technology name elsewhere in the record.  See, e.g., page 91, lines 12 and 23 of the Kevin Day declaration transcript. |
| 97:6 excluding "new" and "change – sorry – " terms of service in May | Disclosure of the redacted information regarding Yahoo's codename for a product could be exploited by those seeking to acquire confidential and competitively sensitive information about Yahoo's products.  The Court has sealed this same codename elsewhere in the record. See, e.g., page 99, line 15 of the Kevin Day declaration transcript. |

DECL. OF DANIEL TEPSTEIN ISO DEFT.'S ADMIN. MOT. TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 5:13-CV-04980-LHK
sf-3541275

22

1      I declare under the penalty of perjury that the forgoing is true and correct to the best of my

2   knowledge.  Executed this 3rd day of June, at Santa Monica California.

3

4

5                                          By:  /s/ Daniel Tepstein

6                                                DANIEL TEPSTEIN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**FILER'S ATTESTATION**

2          Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the

3    filing of this document has been obtained from its signatory

4

5

Dated: June 3, 2015                    By:  /s/ Rebekah Kaufman
6                                            REBEKAH KAUFMAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28