Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
Ashley Tveit (SBN 275458)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94104
Telephone:  (415) 981-4800
Facsimile: (415) 981-4846
*dcg@girardgibbs.com*
*ast@girardgibbs.com*
*at@girardgibbs.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 772-4700
Facsimile:  (415) 772-4707
*lking@kaplanfox.com*

*Co-Lead Class Counsel*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Ave., 14th Floor
New York, NY  10022
Telephone:  (212) 687-1980
Facsimile:   (212) 687-7714
*ffox@kaplanfox.com*
*dstraite@kaplanfox.com*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE YAHOO MAIL LITIGATION | Case No.   5:13-cv-4980 LHK<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MODIFICATION TO DEADLINE FOR EXPERT DISCOVERY** |

Plaintiffs Cody Baker, Halima Nobles, Brian Pincus, and Rebecca Abrams ("Plaintiffs"), and Defendant Yahoo! Inc. ("Yahoo"), the parties in this Consolidated Action (together the "Parties"), acting through their counsel of record, respectfully propose a limited extension to the upcoming deadline for the conclusion of expert discovery, and hereby STIPULATE AND AGREE as follows:

sf-3568863

1. The Parties exchanged reports of proposed experts on July 10, 2015, as directed by the Court in the Case Management Order dated May 27, 2015. [ECF No. 107].

2. The proposed experts were deposed in New York on July 30, 2015 and July 31, 2015.

3. The Parties thereafter exchanged rebuttal reports authored by the same proposed experts on August 5, 2015, the date set by the Court in the Case Management Order.

4. On August 13, 2015, counsel for Yahoo notified class counsel that they wished to depose plaintiffs' proposed expert about his rebuttal report (the proposed "Rebuttal Report Deposition").

5. The Parties conferred regarding the request, including an in-person meet and confer in San Francisco on August 20, 2015.

6. On August 24, 2015, the Parties agreed to a limited Rebuttal Report Deposition, on the terms detailed below. Given the schedules of counsel and plaintiffs' proposed expert, the Rebuttal Report Deposition cannot occur in the next week prior to the close of expert discovery, and the Parties respectfully request permission to conduct the deposition on September 10, 2015.

7. The proposed dates for the Rebuttal Report Deposition precede the deadline for the Parties to file dispositive motions (September 18, 2015), see Case Management Order at 2, and the stipulation would not impact this deadline nor any other deadline in the case.

8. The Parties have agreed to the following limitations on the Rebuttal Report Deposition:

   a. The deposition will be limited in duration to the amount of unused time from the deponent's first deposition (approximately 2 hours and 10 minutes).
   b. The deposition shall occur in New York.
   c. The deposition shall be limited in scope to the opinions expressed in the rebuttal report and any supporting evidence cited therein. The deponent shall not be required to answer questions about topics in his report of July 10, 2015, or topics already covered in his deposition of July 30, 2015, or related to his professional background and expert qualifications.

sf-3568863

      d.   Because some topics in the deponent's July 10 report and his rebuttal report overlap, the parties agree to meet and confer during the deposition in good faith to resolve disputes as to whether a question is permissible under subsection (c) above.

Dated: August 24, 2015

| MORRISON & FOERSTER LLP | KAPLAN FOX & KILSHEIMER LLP |
|---|---|
| */s/ Rebekah Kaufman* <br> Rebekah Kaufman (CA Bar No. 213222) <br> Robert Petraglia (CA Bar No. 264849) <br> 425 Market Street <br> San Francisco, CA 94105 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br> *RKaufman@mofo.com* <br> *RPetraglia@mofo.com* | */s/ Laurence D. King* <br> Laurence D. King (SBN 206423) <br> 350 Sansome Street, Suite 400 <br> San Francisco, CA 94104 <br> Telephone: (415) 772-4700 <br> Facsimile: (415) 772-4707 <br> *lking@kaplanfox.com* |

**ZWILLGEN PLLC**
Marc J. Zwillinger (*pro hac vice*)
Jacob Sommer (*pro hac vice*)
1705 N. Street, NW
Washington, D.C. 20036
Telephone: (202) 706-5202
Facsimile: (202) 706-5298
*Marc@zwillgen.com*
*Jake@zwillgen.com*

*Attorneys for Defendant YAHOO! INC.*

**KAPLAN FOX & KILSHEIMER LLP**
David A. Straite (admitted *pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*dstraite@kaplanfox.com*

**GIRARD GIBBS LLP**
Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
601 California Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 981-4800
*dcg@girardgibbs.com*

*Co-Lead Class Counsel*

**IT IS SO ORDERED**

Dated: August 25, 2015

_____
THE HONORABLE LUCY H. KOH
United States District Court Judge

sf-3568863