UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CODY BAKER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>YAHOO! INC.,<br><br>    Defendant. | Case No. 13-CV-04980-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: Matthew George, Ashley Tveit
Defendant's Attorney: Rebekah Kaufman

A case management conference was held on September 16, 2015. A further case management conference is set for December 10, 2015, at 1:30 p.m. The parties shall file their joint case management statement by December 3, 2015.

Both parties intend to file motions for summary judgment by September 18, 2015. Each party is limited to one (1) *Daubert* motion. The page limits are five (5) for the motions, five (5) for the oppositions, and four (4) for any replies. The motions must be filed by September 28, 2015, the oppositions by October 19, 2015, and the replies by November 9, 2015.

Accordingly, the case schedule is as follows:

1

Case No. 13-CV-04980-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
|---|---|
| Briefing Schedule on Motions for Summary Judgment (one per side in the entire case) | Motion: September 18, 2015<br>Opposition: October 19, 2015<br>Reply: November 16, 2015 |
| Briefing Schedule on *Daubert* Motions | Motion: September 28, 2015<br>Opp'n: October 19, 2015<br>Reply: November 9, 2015 |
| Hearing on Motions for Summary Judgment | December 10, 2015, at 1:30 p.m. |
| Final Pretrial Conference | January 28, 2016, at 1:30 p.m. |
| Trial | February 8, 2016, at 9:00 a.m. |
| Length of Trial | 6 days |

**IT IS SO ORDERED.**

Dated: September 16, 2015.

_____
LUCY H. KOH
United States District Judge