Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
Ashley Tveit (SBN 275458)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 981-4800
Facsimile: (415) 981-4846
*dcg@girardgibbs.com*
*as@girardgibbs.com*
*at@girardgibbs.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 772-4700
Facsimile:   (415) 772-4707
*lking@kaplanfox.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Ave., 14th Floor
New York, NY  10022
Telephone:  (212) 687-1980
Facsimile:   (212) 687-7714
*dstraite@kaplanfox.com*

*Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO MAIL LITIGATION | Consolidated Case No.: 5:13-cv-04980-LHK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF THE RECORD OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>N.D. Cal Local Rules 7-11 and 79-5<br><br>No Hearing Necessary<br><br>The Honorable Lucy H. Koh |

## I. Introduction

Pursuant to Civil Local Rules 7-11 and 79-5(e), Plaintiffs Cody Baker, Brian Pincus, Rebecca Abrams, and Halima Nobles respectfully submit this Administrative Motion to File Portions of the Record on Plaintiffs' Motion for Summary Judgment Under Seal. Plaintiffs are lodging the following documents under seal because they contain testimony, documents, or summaries and references thereto that Defendant Yahoo! Inc. has designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order entered by the Court in this matter on February 28, 2014 (ECF No. 36):

(1) Excerpts of Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Summary Judgment that discuss testimony and documents designated by Yahoo as "Highly Confidential – Attorneys' Eyes Only";

(2) Exhibits 19-26 and 28-55 to the Declaration of David A. Straite, which Yahoo has designated as "Highly Confidential—Attorneys' Eyes Only" in their entirety; and

(3) Portions of Exhibits 1-2, 7-11, 16-18, and 27 to the Declaration of David A. Straite, which Yahoo has designated as "Highly Confidential—Attorneys' Eyes Only."

Pursuant to Civil Local Rule 79-5(1), the following attachments accompany this motion: (1) the Declaration of Ashley Tveit identifying the documents and portions of documents that are the subject of this motion; (2) a proposed order that lists in table format the documents and portions of documents sought to be sealed; (3) redacted versions of the documents that are the subject of this motion; and (4) unredacted versions of the documents that are the subject of this motion with portions Yahoo has designated as "Highly Confidential—Attorneys' Eyes Only" identified by highlighting with the text.

## II. Discussion

Public policy favors public access to court records. *See Foltz v. State Farm Mutual Automobile Insurance Co.*, 331 F.3d 1124, 1134-35 (9th Cir. 2003); *see also Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978) (recognizing "a general right to inspect and copy public records and documents, including judicial records and documents"). "Unless a particular court record is one 'traditionally kept secret,' a 'strong presumption in favor of access' is the starting point." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Foltz*, 331 F.3d at 1135). "In order to overcome this strong presumption, a party seeking to seal a judicial record must articulate

justifications for sealing that outweigh the public policies favoring disclosure." *Dunbar v. Google, Inc.*, No. 5:12-cv-003305-LHK, 2012 WL 6202719, at *1 (N.D. Cal. Dec. 12, 2012). Because a motion for class certification is treated as a non-dispositive motion by courts in this circuit, the party seeking to seal must demonstrate "good cause." *Id.* (citing *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010)); *see also In re High-Tech Employee Antitrust Litig.*, No. 11-cv-02509-LHK, 2013 WL 163779, at *2 n.1 (N.D. Cal. Jan. 15, 2013) (noting that "the vast majority of other courts within this circuit" apply a "good cause" standard to motions for class certification). The "good cause" standard requires a "particularized showing" that "warrant[s] preserving the secrecy of sealed discovery material attached to non-dispositive motions." *Kamakana*, 447 F.3d at 1180 (quoting *Foltz*, 331 F.3d at 1135).

Yahoo has designated many of the exhibits, or portions of exhibits, that plaintiffs are filing with their motion for summary judgment as "Highly Confidential—Attorneys' Eyes Only." To comply with the Protective Order in this case (ECF No. 36) and Civil Local Rule 79-5, Plaintiffs have lodged these documents, or portions of documents, under seal. Plaintiffs have also lodged the portions of their memorandum that discuss these documents under seal. The accompanying declaration of Ashley Tveit identifies the documents and portions of documents that are the subject of this motion.

### III.  Conclusion

Plaintiffs have filed this motion in compliance with the Protective Order and Civil Local Rule 79-5 to identify the documents and portions of documents filed with their motion for summary judgment that Yahoo has designated as "Highly Confidential—Attorneys' Eyes Only." Plaintiffs do not take a position as to whether these documents and portions of documents are appropriately filed under seal.

Dated:  September 18, 2015

Respectfully Submitted,

By:   */s/ Daniel C. Girard*

Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
Ashley Tveit (SBN 275458)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 981-4800
Facsimile: (415) 981-4846

*dcg@girardgibbs.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Ave., 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*dstraite@kaplanfox.com*

*Co-Lead Class Counsel*