Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
Ashley Tveit (SBN 275458)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA  94108
Telephone:  (415) 981-4800
Facsimile: (415) 981-4846
*dcg@girardgibbs.com*
*as@girardgibbs.com*
*at@girardgibbs.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 772-4700
Facsimile:   (415) 772-4707
*lking@kaplanfox.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Ave., 14th Floor
New York, NY  10022
Telephone:  (212) 687-1980
Facsimile:   (212) 687-7714
*ffox@kaplanfox.com*
*dstraite@kaplanfox.com*

*Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO MAIL LITIGATION | Consolidated Case No.: 5:13-cv-04980-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND ISSUANCE OF DECLARATORY JUDGMENT AND PERMANENT INJUNCTION** |

After considering all of the arguments and briefing presented by plaintiffs and any opposition thereto, the Court hereby GRANTS plaintiffs' motion for summary judgment and declares that Yahoo's conduct violates the California Invasion of Privacy Act, Cal. Penal Code § 631, and the Stored Communications Act, 18 U.S.C. § 2702.  The parties are directed to meet and confer and, within thirty days of entry of this order, file either a joint proposed order for permanent injunctive relief or, if the parties are unable to agree, file separate proposed orders.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                                                     THE HONORABLE LUCY H. KOH
                                                                                     United States District Court Judge

1

[PROPOSED] ORDER GRANTING PLTF.'S MOT. FOR SUMMARY JUDGMENT AND ISSUANCE OF DECLARATORY JUDGMENT AND PERMANENT INJUNCTION
CONSOLIDATED CASE NO.: 5:13-CV-04980-LHK