UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE YAHOO MAIL LITIGATION

Case No. 13-CV-04980-LHK

**ORDER DENYING REQUEST TO VACATE HEARING**

Re: Dkt. No. 172

The hearing on cross-motions for summary judgment and cross-*Daubert* motions is set for December 10, 2015. The final pre-trial conference will take place on January 28, 2016. Trial will begin on February 8, 2016. Pursuant to the Court's Standing Order on Civil Jury Trials, the parties must meet and confer on pre-trial matters by January 7, 2016.

On December 7, 2015, the parties filed a stipulation in which they represent that they have "reached an agreement in principle to settle the action on a class-wide basis." ECF No. 172 at 2. The parties request that the December 7, 2015 hearing be vacated, and that on December 10, 2015, the parties discuss with the Court "an appropriate schedule for finalizing the proposed settlement and requesting the Court's approval." *Id.* at 3.

The parties' request is DENIED. The parties shall file their motion for preliminary approval of class action settlement by January 7, 2016. The December 10, 2015 hearing is continued to January 21, 2016 at 1:30 p.m. If the parties do not file their motion for preliminary approval by January 7, 2016, the Court may issue a ruling on the pending motions without a

1  hearing.  The pre-trial conference and trial will remain as set.  The December 10, 2015 Case
2  Management is continued to January 21, 2016 at 1:30 p.m.
3  **IT IS SO ORDERED.**
4  Dated:  December 7, 2015

_____
LUCY H. KOH
United States District Judge