# EXHIBIT 2

REBEKAH KAUFMAN (CA Bar No. 213222)
ROBERT PETRAGLIA (CA Bar No. 264849)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522
RKaufman@mofo.com
RPetraglia@mofo.com

MARC J. ZWILLINGER (*pro hac vice*)
JACOB SOMMER (*pro hac vice*)
ZWILLGEN PPLC
1705 N. Street, NW
Washington, D.C. 20036
Telephone: (202) 706-5202
Facsimile: (202) 706-5298
Marc@zwillgen.com
Jake@zwillgen.com

*Attorneys for Defendant YAHOO! INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE YAHOO MAIL LITIGATION | Case No.   5:13-cv-4980 LHK |
| | **DECLARATION OF NICK HUANG IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| | Date:   February 4, 2016<br>Time:   1:30 p.m.<br>Judge:  The Honorable Lucy H. Koh<br>          Courtoom 8 |

I, NICK HUANG, hereby declare as follows:

1. I am Senior Manager of Engineering at Yahoo! Inc. ("Yahoo"). I have held this position at Yahoo since October 18, 2010. As part of my job duties I am familiar with the processes that Yahoo uses to provide product features and targeted advertisements to Yahoo Mail users. I am also knowledgeable about Yahoo's email architecture. I submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Settlement. I have personal knowledge of the facts set forth in this Declaration, and if called to testify, I could and would testify competently thereto.

2. I understand that the parties to this litigation have reached an agreement in which Yahoo has agreed to entry of an injunction in which Yahoo will make changes to its email architecture to be in effect for a period of not less than three years. I am familiar with the design and technical changes that will be implemented to effectuate the changes to Yahoo's email architecture. The specifics of these changes are highly confidential because the precise methods that Yahoo uses to process incoming and outgoing email, and target relevant advertisements to its users, could be copied or adapted by competitors. If Yahoo were to reveal its techniques it would be placed at a disadvantage in the marketplace, and be denied the benefits of its considerable investment in its email product. Therefore I cannot provide specific technical details of Yahoo's new systems in this declaration, which I understand will be made available to the public.

3. However, I can discuss these changes in general terms to explain how the redesign of Yahoo's email architecture will affect Yahoo's access to inbound and outbound email for purposes of targeted advertising. Under the new email architecture, email content from incoming emails will be retrieved from the servers from which email is accessible by Yahoo Mail users, and sent to separate servers for analysis for advertising purposes only after a Yahoo Mail user can access the email in his or her inbox. For outgoing email, email content will be retrieved from the servers from which outgoing email is accessible by Yahoo Mail users and only sent to separate servers for analysis for advertising purposes after a Yahoo Mail user can access the outbound email in his or her sent email folder.

4. These architectural changes alter Yahoo's current email processing and the timing of when email data is sent to the servers where Yahoo analyzes email for targeted advertising purposes.

5. These changes are substantial for Yahoo and require a considerable investment of time, money, and resources. This project will require the cooperation of a significant number of software development and operational engineers, program managers, and product managers.

I declare under the penalty of perjury that the forgoing is true and correct.

Executed this 5th day of January 2016, at Sunnyvale, California.

_____
NICK HUANG