# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO MAIL LITIGATION | Case No. 5:13-CV-4980-LHK<br><br>**DECLARATION OF CATHY YANNI IN SUPPORT OF MOTION FOR PRELMINIARY APPROVAL OF SETTLEMENT** |

I, CATHY YANNI, hereby declare as follows:

1. I am a full-time specialist in ADR, working with JAMS in San Francisco since 1998. I was jointly retained as a private neutral mediator by counsel for plaintiffs and defendant Yahoo! Inc. ("Yahoo") on or about September 22, 2015.

2. Since 1998, I have mediated thousands of cases, and in 2013 was included in the *Daily Journal's* inaugural list of "Top Masters" in California, a list limited to ADR specialists recognized as "Top Neutrals" in five previous years by the *Daily Journal*.

3. Attached to this declaration as Exhibit A is a true and correct copy of my full biography.

4. I am over 21 years of age and I am not a party to this lawsuit. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

5. I am familiar with the history of this case as set forth by plaintiffs in their confidential FRE 408 mediation statement dated October 28, 2015 and by defendant in its confidential FRE 408 mediation statement dated October 30, 2015, and as further supplemented by the parties during mediation described below.

6. On November 4, 2015 at JAMS' San Francisco I conducted a full-day mediation with the parties. In attendance for all plaintiffs were class counsel Laurence King, David Straite, Dena Sharp and Ashley Tveit, joined by additional counsel Lesley Portnoy for plaintiff Rebecca Abrams. In attendance for defendant Yahoo were counsel Marc Zwillinger and Rebekah Kaufman, Yahoo in-house counsel Dan Tepstein, and a Yahoo engineer.

7. At the November 4th mediation, I met privately and repeatedly with counsel for each side, and then facilitated two frank and open face-to-face discussions with all counsel in one room. After each face-to-face discussion, I held further private discussions with each side.

8. During the mediation, the parties negotiated in good faith, but did not reach agreement. The parties agreed to continue exploring settlement with my assistance.

9. In November and early December 2015, I continued to facilitate discussions with the parties, which included the exchange of draft and revised confidential FRE 408 "deal points." The parties consulted with me before meeting again in person on December 4, 2015, and then informed me that an agreement in principle to settle the action was reached at that meeting.

10. As I understand the settlement, it includes a material change to Yahoo's internal email delivery architecture, plus two additional terms:

   a. The settlement requires Yahoo to enhance its public disclosures regarding its email scanning practices; and

   b. The settlement requires Yahoo to certify under oath that no subscriber email content was shared with Google, Inc. during Yahoo's one-month test of AdSense for Content for mail in 2012.

11. In my view the injunctive relief obtained by Plaintiffs is significant, and compares favorably to the relief they could have obtained at summary judgment or trial if they had been successful.

12. Therefore, I consider these settlement terms to be fair, adequate and reasonable under the circumstances. In addition, I can attest that the proposed settlement was negotiated at arms' length by fully informed and knowledgeable counsel on both sides.

13. I declare under penalty of perjury under the laws of the California that the foregoing is true and correct.

Executed on this ___6___ day of January, 2016, at San Francisco, California.

_____
Cathy Yanni

2
DECLARATION OF CATHY YANNI
CASE NO.: 5:13-CV-4547-LHK

# Exhibit A





**T:** 415-982-5267
**F:** 415-982-5287

**Video-**
Yanni on mass tort process design

*"Cathy truly cares about the parties and the issues. She does not stop or abandon the case until it settles."*

*--National Settlement Counsel*

*"Cathy knows each case and is persistent and patient with emotionally charged clients."*

*--Bay Area Attorney*

*Recognized as "Top Master," Daily Journal Top California Neutrals List, 2013*

*Recognized as a Top California Neutral, Daily Journal, 2003-2008, 2010-2012*

**Case Manager**
Darcy English
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
415-774-2635 Phone
415-982-5287 Fax
Email:
denglish@jamsadr.com

**Cathy Yanni**
Class Action/MDL/Mass Tort

**Cathy Yanni** has extensive experience with class actions and multi-district litigation (MDLs). In addition to mediating class actions and MDLs, Ms. Yanni has also been appointed as a Special Master. In her role as a Special Master she has assisted federal and state courts with case management and has designed, managed, and adjudicated settlement proceedings and allocation processes.

**Representative Matters**

**Pharmaceutical/Biotech/Medical Device Mass Torts**

- Mediator/Special Master: Transvaginal Mesh (TVM) Cases. Appointed by The Hon. Joseph Goodwin, Southern District of West Virginia as Special Master to assist with the administration and implementation of multiple settlements in the Boston Scientific, Covidien, and BARD, MDLs. The TVM MDLs include more than 78,000 individual cases and is the largest medical device mass tort. Cathy has mediated and resolved hundreds of cases that were a part of the associated MDLs
- Mediator/Special Master: St. Jude Riata Lead Wire Medical Device Litigation. Retained by the Plaintiffs' Steering Committee and St. Jude as Mediator and Special Master. Cathy's mediated hundreds of claims and also oversaw the process for allocation of settlement funds including hearing appeals and serving as the final arbitrator
- Mediator/Special Master: St. Jude Medical/Eon Mini Model Cases. Retained by the plaintiffs and St. Jude Medical as Mediator and resolved hundreds of cases. Currently acts as Special Master working on allocation of settlement funds and hearing appeals and serving as the final arbitrator
- Special Master: administration and implementation of the settlement in the In re: DePuy Orthopaedics, Inc., ASR™ Hip Implant Products Liability Litigation. Appointed by the Hon. David A. Katz, Northern District of Ohio to assist with distribution of $2.45 billion settlement
- Special Master: Kelly v. Xoft. Mediated and allocated funds for claims arising out of alleged Tungsten Migration used in breast cancer treatment
- Special Master: Medtronic Infuse, appointed by The Hon. Wynne Carvill, Alameda County Superior Court, California, to oversee, administrate and allocate inventory settlement
- Mediator: Mediate multiple Advanced Bionics and Cochlear Limited litigation involving cochlear implants
- Mediator/Special Settlement and Discovery Special Master: appointed by The Hon. Dan Polster, Northern District of Ohio, in Gadolinium Contrast Dyes Product Liability Litigation, settled MDL and state court cases involving allegations of catastrophic personal injury and wrongful death, allocated inventory settlements. Appointed mediator by The Hon. Richard Kramer, SF Superior Court, in Gadolinium Medical cases JCCP proceedings involving mediation and allocation; pharmaceutical manufacturers involved included Bayer, General Electric and Mallinckrodt
- Mediator: appointed mediator by the Hon. Anthony Mohr, Superior Court of California, Los Angeles County, for all remaining PPA cases (Phenylpropanolamine, an additive in over the counter diet and cold medications), settled Federal Multi-District litigation and state court cases, allocated inventory settlements
- Mediator: appointed Federal Mediator in Baycol MDL by The Hon. Michael J. Davis, District of Minnesota, settled MDL and state court cases, settled multiple catastrophic cases arising out of complications from Rhabdomyolysis
- Mediator: Avandia, mediated and allocated claims
- Allocator: allocated claims arising out of the Yaz and Yasmin litigation
- Mediator: over 1,000 Fen-Phen diet drug related cases
- Settlement Special Master: Bextra MDL to allocate and distribute multi-million dollar settlement proceeds
- Settlement Special Master: Ortho Evra MDL to design and implement allocation of multi-million settlement proceeds to claimants
- Settlement Special Master: Zyprexa I, II MDL appointed by the Hon. Jack Weinstein, Eastern District of New York, to design and implement claims administration process and allocation of over $800 million dollar settlement
- Mediator: appointed Federal Mediator in Silicone Gel Breast Implant Litigation by The Hon. Denise Hood, US District Court Eastern District Michigan, to mediate cases arising out of the Dow

- Corning Settlement
- Mediator: Quinine, settled lawsuit and allocated funds

**Consumer Class Actions**

- Special Master/Mediator: consumer class actions involving multiple high-tech companies, Apple,Toshiba, Palm: claims concerning operating systems, iPod nano, iTunes gift cards, iPhone antenna smart phones, iPad data plans, privacy, apps, desktop and notebook computers, software, computer displays, and digital music players
- Mediator: false advertising matters regarding labels of food products
- Mediator: class actions involving elder abuse claims and nursing home understaffing issues

**Employment**

- Mediator: Polo Ralph Lauren California wage and hour and overtime pay class action lawsuit involving 6,700 member class; case involved protracted negotiations and settled two weeks into trial
- Mediator: employment discrimination class action involving African American claimants against a Fortune 500 company
- Special Master/Mediator: wage and hour class actions involving financial institutions, insurance companies, retailers, automotive dealers, and vehicle rental companies; designed settlement process, allocated and adjudicated claims

**Americans with Disabilities Act**

- **Mediator/Special Master:** Americans with Disabilities Act class actions against major public and private universities; monitoring of post-settlement consent decree

**Commercial Class Actions**

- Mediator: California Business and Professions Code §17200 cases involving financial institutions and automotive dealers
- Mediator: class action (mediated in Guam) involving the citizens of Guam and distribution of $90 million dollars of earned income tax credits
- Mediator: cross-border, multi-national class action (mediated in Japan) involving Japanese conglomerate, Siapan, and U.S. companies' banking dispute regarding transfer of assets

**Honors, Memberships, and Professional Activities**

- Recognized as "Top Master," *Daily Journal* Top California Neutrals List, 2013
- Recognized as a "Top California Neutral," *Daily Journal*, 2003-2008, 2010-2012
- Recognized as AV Preeminent in Martindale-Hubbell Lawyer Ratings
- Woman of Achievement Award, Legal Momentum, 2008
- Past President and Board of Directors, Academy of Court-Appointed Masters (ACAM)
- Board of Directors, The American College of e-Neutrals (ACESIN)
- Lecturer, Mediation and Negotiation, Stanford Law School, University of California Berkeley School of Law, University of San Francisco School of Law, Golden Gate Law School, Hastings College of the Law, University of San Diego School of Law
- Sedona Conference: E-Discovery Dispute Resolution Program for Special Masters & Mediators
- Conducts CLE seminars on ADR: Mediation, Negotiation, Ethics, Bias, Employment, Insurance, Special Masters and Referees, Intellectual Property, and e-Discovery
- "Big Cases, Personal Touch," *Daily Journal*, ADR Profile, May 30, 2014

**Background and Education**

- Panelist, JAMS, San Francisco, 1998-present
- Discovery Referee, San Mateo County Superior Court, 1994-1998
- Litigation Partner, major San Francisco law firm
- Mediation Workshop, Harvard Law School Program of Instruction for Lawyers
- J.D., Golden Gate University School of Law; Editor, *Law Review*
- B.A., Mount Holyoke College; Dartmouth College; Honors Commendation