UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE YAHOO MAIL LITIGATION | Case No. 13-CV-04980-LHK<br><br>**ORDER VACATING HEARING ON MOTIONS FOR SUMMARY JUDGMENT, PRETRIAL CONFERENCE, AND TRIAL, AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 7, 2016, Plaintiffs filed a motion for preliminary approval of class action settlement. ECF No. 174. This motion is set for hearing on March 10, 2016, at 1:30 p.m. ECF No. 175.

The Court hereby VACATES the January 21, 2016 hearing on the parties' cross-motions for summary judgment and the January 28, 2016 pretrial conference. The Court also VACATES the trial currently set for February 8, 9, 12, 16, 19, and 22, 2016. The case management conference, currently set for January 21, 2016, at 1:30 p.m., is hereby CONTINUED to March 10, 2016, at 1:30 p.m.

Depending on the Court's decision on Plaintiffs' motion for preliminary approval, the

Court may revisit and reset the hearing dates on the parties' cross-motions for summary judgment, the pretrial conference, and trial. Accordingly, in the parties' joint case management statement, to be filed by March 3, 2016, the parties shall propose new hearing dates on the parties' cross-motions for summary judgment, the pretrial conference, and trial.

**IT IS SO ORDERED.**

Dated: January 18, 2016

_____
LUCY H. KOH
United States District Judge