UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE YAHOO MAIL LITIGATION | Case No.   5:13-CV-04980-LHK |
|---|---|
| | **[PROPOSED] FINAL ORDER AWARDING ATTORNEYS' FEES, LITIGATION EXPENSES, AND LEAD PLAINTIFF SERVICE AWARDS** |

[PROPOSED] FINAL JUDGMENT APPROVING ATTORNEYS' FEES, LITIGATION EXPENSES AND SERVICE AWARDS
CASE NO. 5:13-CV-04980-LHK

This matter came on for hearing on August 25, 2016.  The Court has considered the Settlement Agreement dated January 7, 2016, ECF No. 174-3 ("Settlement Agreement"), objections and comments received regarding the Settlement, the record in the Action, and the arguments and authorities of counsel.  Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.  This Order incorporates by reference the definitions in the Settlement Agreement, and all capitalized terms used, but not defined herein, shall have the same meanings as in the Settlement Agreement.

2.  This Court has jurisdiction to enter this Order and over the subject matter of the Action and over all parties to the Action, including all members of the National Class and California Subclass.

3.  Pursuant to and in full compliance with Rule 23(h) of the Federal Rules of Civil Procedure, due process, and all other applicable law and rules, the Court hereby finds and concludes that due and adequate notice was directed to all persons and entities who are Class Members, advising them of Lead Counsel's motion for attorneys' fees, litigation expenses and lead plaintiff service awards and of their right to object thereto, and a full opportunity was accorded to all such persons and entities to be heard with respect to the motion.

4.  The Court has considered and hereby finds that the amount of attorneys' fees and expenses to be paid by defendant Yahoo! Inc. ("Yahoo") is fair and reasonable.  Accordingly, Lead Counsel is hereby awarded attorneys' fees and expenses in the amount of $4,000,000.00 to be paid by Yahoo.

5.  The Court has also considered and hereby finds that service awards to each of the four court-appointed lead plaintiffs (Cody Baker, Brian Pincus, Halima Nobles and Rebecca Abrams) in the amount of $5,000.00 each, to be paid by Yahoo, are fair and reasonable for Plaintiffs' time, effort and risk of forfeiting personal privacy directly related to their representation of their fellow class members.

6.  The Court therefore hereby directs Yahoo to deposit the sum of $4,020,000.00 into an interest-bearing account at Union Bank of California within ten (10) business days of the entry

of this Order in accordance with the Settlement Agreement. Thereafter, within three (3) business days of the Effective Date (as defined in paragraph 16 of the Settlement Agreement), Yahoo shall instruct Union Bank to transfer the entire sum, plus all accrued interest, by wire transfer to a trust account of Co-Lead Counsel Girard Gibbs LLP as specified in paragraph 50 of the Settlement Agreement.

7. As further specified in paragraph 50 of the Settlement Agreement, Lead Counsel shall jointly decide how to allocate the awarded attorneys' fees and expenses among themselves and any additional counsel, and shall distribute the service awards to the court-appointed lead plaintiffs.

8. The finality of the Judgment entered with respect to the Settlement Agreement shall not be affected in any manner by this Order, or any appeal from this Order approving the requested attorneys' fees and expenses.

9. Exclusive jurisdiction is hereby retained over the parties and the Class Members for all matters relating to this Action, including the administration, interpretation, effectuation or enforcement of the Settlement Agreement and this Order.

**IT IS SO ORDERED.**

Dated: _____

                                             THE HONORABLE LUCY H. KOH
                                               United States District Judge