Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dcg@girardgibbs.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Ave., 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*dstraite@kaplanfox.com*

*Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO MAIL LITIGATION | Consolidated Case No.: 5:13-cv-04980-LHK<br><br>**DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY FROM OBJECTOR PATRICK S. SWEENEY** |

DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE
TO TAKE EXPEDITED DISCOVERY OF OBJECTOR PATRICK S. SWEENEY
CASE NO. 5:13-cv-04980-LHK

I, David A. Straite, hereby declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court. I am of counsel to the law firm of Kaplan Fox & Kilsheimer LLP, Co-Lead Class Counsel for plaintiffs in this class action against Defendant Yahoo! Inc.

2. I submit this declaration in support of plaintiffs' motion for leave to conduct limited discovery of Patrick S. Sweeney, Esq. on an expedited basis.

3. The following statements are based on my personal knowledge and review of the files in this case and, if called on to do so, I could and would testify competently thereto.

4. Attached hereto as Exhibit A is the proposed Subpoena To Testify at a Deposition in a Civil Action and To Produce Documents directed at objector Patrick S. Sweeney, Esq.

5. Attached hereto as Exhibit B is a true and correct copy of an objection dated May 3, 2016 purportedly filed by Pamela A. Sweeney in *Barron v. Snyder's-Lance, Inc*., 13-cv-62496-JAL (S.D. Fla.), obtained via PACER.

6. Attached hereto as Exhibit C is a true and correct copy of an objection dated May 31, 2016 purportedly filed by Mr. Sweeney in *Pearson v. NBTY, Inc*., 1:11-cv-7972-JBZ (N.D. Ill.), obtained via PACER.

7. Attached hereto as Exhibit D is a true and correct copy of a transcript of the deposition of Pamela A. Sweeney dated May 12, 2016 in her capacity as objector in *Barron v. Snyder's-Lance, Inc*., 13-cv-62496-JAL (S.D. Fla.), obtained via PACER.

8. Attached hereto as Exhibit E is a true and correct copy of an order of Magistrate Judge Stephen Crocker (W.D. Wis.) dated May 10, 2016, obtained via PACER.

9. Attached hereto as Exhibit F is a true and correct copy of a purported agreement of Mr. Sweeney dated Mar. 18, 2016, to withdraw an objection to settlement in *Chimeno-Buzzi v. Hollister Co*., 1:14-cv-12120-MGC (S.D. Fla.), obtained via PACER.

10. Attached hereto as Exhibit G is a true and correct copy of a Complaint filed by the Wisconsin Office of Lawyer Regulation filed on July 10, 2015.

11. Attached hereto as Exhibit H is a true and correct copy of Patrick Sweeney's Answer to the Wisconsin OLR Complaint, dated November 10, 2015.

1

DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE
TO TAKE EXPEDITED DISCOVERY OF OBJECTOR PATRICK S. SWEENEY
CASE NO. 5:13-cv-04980-LHK

12. Attached hereto as Exhibit I is a true and correct copy of a certification of the Wisconsin Division of Corporate and Consumer Services related to the corporate status of Sweeney Legal Group, S.C., dated July 19, 2016.

13. Attached hereto as Exhibit J is a true and correct copy of a Voluntary Petition for Bankruptcy dated February 14, 2013 filed by Patrick S. Sweeney and Pamela A. Sweeney, obtained via PACER.

14. Attached hereto as Exhibit K is a true and correct copy of the Complaint filed on February 1, 2016, in *Alvarez v. Sweeney & Sweeney, P.C., et al.*, Case No. 16-cv-0297 (Wisc. Circuit Ct., Dane County).

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on this 22st day of July, 2016, at New York, New York.

*/s/ David A. Straite*
David A. Straite

**ATTESTATION STATEMENT**

I, Daniel C. Girard, am the ECF User whose identification and password are being used to file this Declaration of David A. Straite in Support of Plaintiffs' Motion for Leave to Take Expedited Discovery of Objector Patrick S. Sweeney. Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in this filing has been obtained from David A. Straite.

/s/ *Daniel C. Girard*
Daniel C. Girard

2
DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY OF OBJECTOR PATRICK S. SWEENEY
CASE NO. 5:13-cv-04980-LHK

# CERTIFICATE OF SERVICE
### (Fed. R. Civ. P. 5(b))

I declare that I am employed with the law firm of Girard Gibbs LLP, whose address is 601 California Street, 14th Floor, San Francisco, CA 94108. I am over the age of 18 and am not a party to the within action.

I further declare that on July 22, 2016, I served true and correct copies of the following documents:

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND MOTION FOR EXPEDITED DISCOVERY FROM OBJECTOR PATRICK S. SWEENEY; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

**DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY FROM OBJECTOR PATRICK S. SWEENEY, and EXHIBITS A – K THERETO; and**

**[PROPOSED] ORDER GRANTING LEAVE TO CONDUCT LIMITED DISCOVERY OF OBJECTOR PATRICK S. SWEENEY, ESQ., ON EXPEDITED BASIS;**

by placing the same in sealed envelopes, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California to the address provided by Patrick S. Sweeney in his Objection. (ECF No. 194.) The address is omitted from this Certificate consistent with this Court's redaction of the address from the public file. (*Ibid.*)

I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed this 22nd July, 2016, at San Francisco.

_____
Anne-Michele Von Goetz

3

DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE
TO TAKE EXPEDITED DISCOVERY OF OBJECTOR PATRICK S. SWEENEY
CASE NO. 5:13-cv-04980-LHK