Daniel C. Girard (SBN 114826)
Amanda M. Steiner (SBN 190047)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dcg@girardgibbs.com*

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Ave., 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*dstraite@kaplanfox.com*

*Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO MAIL LITIGATION | Consolidated Case No.: 5:13-cv-04980-LHK<br><br>**SUPPLEMENTAL DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' RESPONSE TO OBJECTION TO CLASS SETTLEMENT** |

| | |
|---|---|
| 1 | I, David A. Straite, hereby declare as follows: |
| 2 | 1. I am an attorney admitted to practice *pro hac vice* before this Court. I am of counsel to |
| 3 | the law firm of Kaplan Fox & Kilsheimer LLP, Co-Lead Class Counsel for plaintiffs in this class action |
| 4 | against Defendant Yahoo! Inc. |
| 5 | 2. I submit this declaration in support of plaintiffs' response to the objection filed by Patrick |
| 6 | S. Sweeney, Esq. on July 14, 2016 [ECF No. 194]. |
| 7 | 3. The following statements are based on my personal knowledge and review of the files in |
| 8 | this case and, if called on to do so, I could and would testify competently thereto. |
| 9 | 4. Attached hereto as Exhibit A is a true and correct copy of the transcript of the deposition |
| 10 | of Patrick S. Sweeney, Esq., dated August 5, 2016 (the "Deposition"), without exhibits. |
| 11 | 5. Attached hereto as Exhibit A-26 is a true and correct copy of Exhibit 26 used at the |
| 12 | Deposition. |
| 13 | 6. Attached hereto as Exhibit A-27 is a true and correct copy of Exhibit 27 used at the |
| 14 | Deposition. |
| 15 | 7. Attached hereto as Exhibit A-29 is a true and correct copy of Exhibit 29 used at the |
| 16 | Deposition. |
| 17 | 8. Attached hereto as Exhibit A-31 is a true and correct copy of Exhibit 31 used at the |
| 18 | Deposition. |
| 19 | 9. Attached hereto as Exhibit A-32 is a true and correct copy of Exhibit 32 used at the |
| 20 | Deposition. |
| 21 | 10. Attached hereto as Exhibit B is a true and correct copy of Jody Godoy, "Yahoo's Tech |
| 22 | Fix Shows Importance of Privacy Disclosures," Law360 (Jan. 30, 2016). |
| 23 | |
| 24 | I declare under penalty of perjury under the laws of California that the foregoing is true and |
| 25 | correct. Executed on this 11th day of August, 2016, at New York, New York. |
| 26 | |
| 27 | */s/ David A. Straite* <br> David A. Straite |
| 28 | |

1

SUPPLEMENTAL DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS'
RESPONSE TO OBJECTION TO CLASS SETTLEMENT
CASE NO. 5:13-cv-04980-LHK

**ATTESTATION OF E-FILED SIGNATURE**

I, Daniel C. Girard, am the ECF User whose ID and password are being used to file this Supplemental Declaration of David A. Straite in Support of Plaintiffs' Response to Objection to Class Settlement. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that David A. Straite has concurred in this filing.

                                                           */s/ Daniel C. Girard*

## CERTIFICATE OF SERVICE
### (Fed. R. Civ. P. 5(b))

I declare that I am employed with the law firm of Girard Gibbs LLP, whose address is 601 California Street, 14th Floor, San Francisco, CA 94108. I am over the age of 18 and am not a party to the within action.

I further declare that on August 11, 2016, I served true and correct copies of the following documents:

**PLAINTIFFS' RESPONSE TO OBJECTION TO CLASS SETTLEMENT**

**SUPPLEMENTAL DECLARATION OF DAVID A. STRAITE IN SUPPORT OF PLAINTIFFS' RESPONSE TO OBJECTION TO CLASS SETTLEMENT**

by placing the same in sealed envelopes, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California to the address provided by Patrick S. Sweeney in his Objection. (ECF No. 194.) The address is omitted from this Certificate consistent with this Court's redaction of the address from the public file. (*Ibid*.)

I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed this 11th August, 2016, at San Francisco.

_____
Anne-Michele Von Goetz