Laurence D. King (CA Bar No. 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*

Daniel C. Girard (CA Bar No. 114826)
Jordan Elias (CA Bar No. 228731)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
*dcg@girardgibbs.com*
*je@girardgibbs.com*

Frederic S. Fox (admitted *pro hac vice*)
David A. Straite (admitted *pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*ffox@kaplanfox.com*
*dstraite@kaplanfox.com*

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE YAHOO MAIL LITIGATION | Case No. 5:13-cv-4980 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF MOTION FOR SANCTIONS AND WITHDRAWAL OF MOTION FOR APPEAL BOND**<br><br>Next Hearing: December 22, 2016<br>Time: 1:30 P.M.<br>Courtroom: 8<br><br>District Court Judge Lucy H. Koh |

STIPULATION RE WITHDRAWAL OF MOTIONS
CASE NO. 13-CV-4980-LHK

Plaintiffs Cody Baker, Halima Nobles, Rebecca Abrams, and Brian Pincus ("Plaintiffs") and Objector Patrick S. Sweeney, Esq. ("Sweeney"), enter into the following stipulation to withdraw Plaintiffs' Motion for Sanctions (ECF No. 209) and Plaintiffs' Motion for Appeal Bond (ECF No. 211) and to vacate the hearing on those motions scheduled for December 22, 2016.

WHEREAS, Plaintiffs filed a Motion for Sanctions on Sweeney under Fed. R. Civ. P. 11 on September 29, 2016 (ECF No. 209);

WHEREAS, Plaintiffs filed a Motion for Appeal Bond on October 11, 2016 (ECF No. 211);

WHEREAS, oral argument on both motions is scheduled for December 22, 2016;

WHEREAS, Sweeney did not file a response to either motion and the final deadline for briefing has concluded under Local Rule 7-7(e);

WHEREAS, the Ninth Circuit Court of Appeals dismissed Sweeney's appeal on November 16, 2016 under Ninth Circuit local rule 42-1 and served a mandate on this Court on the same date (ECF No. 215), such that Plaintiffs' Motion for Appeal Bond is now moot;

WHEREAS, Plaintiffs and Sweeney have conferred concerning the motion for sanctions, and agreed that Sweeney will and hereby does waive any further right to appeal, including any right to move for reconsideration or to petition for a writ of certiorari, in consideration for Plaintiffs' withdrawal of the Sanctions Motion, and

WHEREAS, Co-Lead Class Counsel have conferred with counsel for defendant Yahoo, Inc., who have advised that Yahoo does not oppose the relief sought by this stipulation,

**NOW, THEREFORE, PLAINTIFFS AND SWEENEY STIPULATE AND RESPECTFULLY REQUEST THAT THE COURT ORDER**:

1. Plaintiffs' Motion for Sanctions (ECF No. 209) is withdrawn;
2. Plaintiffs' Motion for Appeal Bond (ECF No. 211) is withdrawn; and
3. The December 22, 2016 hearing on the foregoing motions is vacated.

STIPULATION RE WITHDRAWAL OF MOTIONS
CASE NO. 13-CV-4980-LHK

1

| | | |
|---|---|---|
| DATED: Dec. 9, 2016 | | **GIRARD GIBBS LLP** <br> Daniel C. Girard <br><br> By: /s/ Daniel C. Girard <br> *Co-Lead Class Counsel* |
| DATED: Dec. 9, 2016 | | **KAPLAN FOX & KILSHEIMER LLP** <br> Laurence D. King <br><br> By: /s/ Laurence D. King <br> *Co-Lead Class Counsel* |
| DATED: Dec. 9, 2016 | | **PATRICK S. SWEENEY** <br><br> /s/ Patrick S. Sweeney <br> *Pro Se Objector* |

### ECF ATTESTATION

I, Daniel Girard, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND PROPOSED ORDER REGARDING WITHDRAWAL OF MOTION FOR SANCTIONS AND WITHDRAWAL OF MOTION FOR APPEAL BOND**. In compliance with General Order 45, X.B., I hereby attest that all signatories have concurred in this filing.

DATED: Dec. 9, 2016                           **GIRARD GIBBS LLP**
                                              Daniel C. Girard

                                              By:     /s/ Daniel C. Girard
                                              *Co-Lead Class Counsel*

# **[PROPOSED]** ORDER

Good cause appearing herein, the foregoing Stipulation is approved and it is hereby ORDERED that:

1. The hearing scheduled for December 22, 2016 on the Plaintiffs' Motion for Sanctions and Motion for Appeal Bond is VACATED.
2. The Motion for Sanctions (ECF No. 209) is WITHDRAWN.
3. The Motion for Appeal Bond (ECF No. 211) is WITHDRAWN.

The Motion for Sanctions and the Motion for Appeal Bond are therefore denied as moot.

**PURSUANT TO STIPUATION, IT IS SO ORDERED.**

Dated: December 12, 2016

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Court Judge